## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FEB 2 8 2006

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

FILED          ENTERED
LODGED          RECEIVED

MAR 1 0 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

RECEIVED
U.S. MARSHAL
GREENBELT, MD
MAR 10 9 29 AM '06

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| vs. | ) **Case No. PJM-03-0457** |
| | ) |
| KENNETH JAMAL LIGHTY | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT AND ORDER

Pursuant to the jury verdict, returned on the 10th day of November, 2005, finding the defendant, KENNETH JAMAL LIGHTY, guilty of Count 1 in the Indictment, the defendant is adjudged guilty of each of the following offenses:

| Title & Section | Offense | Date of Offense | Count No. |
|---|---|---|---|
| 18 U.S.C. § 1201 | Kidnapping resulting in death | January 3, 2002 | 1 |

Pursuant to the Federal Death Penalty Act of 1994, 18 U.S.C. §§ 3591-3595 and the Special Findings of the jury, returned on the 10th day of November, 2005, and the jury's unanimous vote recommending that the defendant, KENNETH JAMAL LIGHTY, shall be sentenced to death on Count 1, it is the Judgment of the Court that the defendant, KENNETH JAMAL LIGHTY, is sentenced to death on Count 1 of the Indictment.

Pursuant to the provisions of 18 U.S.C. § 3596, it is **ORDERED** that the defendant, KENNETH JAMAL LIGHTY, is committed to the custody of the Attorney General of the United States until exhaustion of the procedures for appeal of the judgment of conviction and for review of the sentence. When the sentence is to be implemented, the Attorney General shall release the defendant to the custody of a United States Marshal, designated by the Director of the United States Marshals Service, who shall supervise implementation of the sentence in the manner prescribed by



the law of the State of Maryland.

It is further **ORDERED** that the sentence shall be executed on a date and at a place designated by the Director of the Federal Bureau of Prisons.

As required by 18 U.S.C. § 3013, it is Ordered that the defendant shall pay a special assessment of $100, which shall be due immediately.

Dated this 28 day of February, 2006.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

2