Box Number: 40

03-cr-0457

Kenneth Jamal Lighty, et al

#274 Transcript



CaseNumber



Defendant Name



File Description

Scanned by Scan-R-Store | www.scan-r-store.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED ENTERED
LODGED RECEIVED

DEC 0 5 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
      v.                        :      Case No. 03-CR-457
                                :
Kenneth Lighty et al.,          :
                                :
         Defendant.             :      Greenbelt, Maryland
                                :
- - - - - - - - - - - - - - - - x      February 17, 2004


**HEARING**


BEFORE:                    THE HONORABLE JILLYN K. SCHULZE,
                           United States Magistrate Judge


APPEARANCES:               DEBORAH JOHNSTON, Esq.
                           Office of the US Attorney
                           6500 Cherrywood Lane, Suite 400
                           Greenbelt, MD  20770-1249
                                On Behalf of the Plaintiff

                           JEFFREY B. O'TOOLE, Esq.
                           O'Toole Rothwell Nassau and
                           Steinbach
                           1350 Connecticut Avenue, NW
                           Suite 200
                           Washington, D.C.  20036
                                On Behalf of the Defendant

Audio Operator:            RMS

Transcription Company:     CompuScribe
                           5100 Forbes Blvd., Suite 102
                           Lanham, Maryland  20706
                           (301) 577-5882


Proceedings recorded by electronic sound recording, transcript
produced by transcription service.



mab                                                                    2

P R O C E E D I N G S

THE COURT:  Mr. Lighty, we are going to do what is called an initial appearance today.  And what that is is --.  Actually, did we call the case Ms. Segona?

THE CLERK:  This is US v. Kenneth Lighty.  And the case number is PJM-03-0457.

THE COURT:  What we are going to do Mr. Lighty is you have a copy of the indictment.  I am going to make sure you understand what you are charged with and what your rights are.

We are going to schedule a detention hearing and an arraignment for you and you already have a lawyer, but I am going to make sure you understand what that means, and what your rights to counsel mean.  So we are not here for a trial or for any decisions to be made today.  Do you understand?

THE DEFENDANT:  Yes, ma'am.

THE COURT:  Okay.  You should have a copy of an indictment on the table in front of you.  You are charged in count one of that indictment with a kidnapping resulting in the death of the alleged victim.  In count two you are charged with conspiracy to commit kidnapping.

In counts three, four, and five you are charged with use of firearm in the commission of a crime of violence.  There is a section at the end that is called special findings, and those are put in there for the purpose of clarifying that

mab                                                                3

this is the case, where the Government is entitled to seek the

death penalty, if it decides to do so.

You have the right to remain silent.  You are not

required to make any statements.  And anything that you say

can be used against you at your trial.  And you also have the

right to be represented by a lawyer, not only during all of

your Court appearances, but also outside of the Courtroom.

If you decide that you wish to speak with the

Government, you have the right to have your lawyer present

with you during any questioning.  If you are asked to

participate in a line up, you have the right to have your

lawyer attend the line up.

And if you can't afford to hire a lawyer, then the

Court will appoint a lawyer for you at no cost to you.  And I

was given your financial affidavit.  You are qualified for

Court-appointed Counsel and a lawyer has been appointed to

represent you.

And as you just heard I just spoke with him over the

phone and he will be Thursday afternoon, which is when we are

going to schedule your next Court appearance.  Ms. Johnston,

is the Government moving for detention?

MS. JOHNSTON:  Yes.  Of course, Your Honor.

THE COURT:  Okay.  Mr. Lighty, the Government is

going to ask that you be detained pending your trial.  You

have the right to have a hearing on whether you should be

mab                                                                 4

detained or not pending your trial, and that is going to happen on Thursday afternoon.

At that time, your lawyer will be here to represent you on that issue.  You are also going to be arraigned on Thursday afternoon, which will be your opportunity to enter a plea of -- to these charges.

Now, the Government by asking that you be detained, because of the nature of the charges that you have, has the right to have you held in custody until your detention hearing.  So you are going to be kept in custody, you will be brought back here Thursday, you will have a chance to meet with your lawyer and then we will have your detention hearing.

And Ms. Johnston, I think has talked about doing it at 2:30 o'clock, and if that is when it got scheduled for, that is fine, but we will be here all afternoon, so whenever it happens it will happen.

MS. JOHNSTON:  Your Honor, I don't think anything has been finalized.

THE COURT:  Right.

MS. JOHNSTON:  So if the Court will set it at 2:30 o'clock then that is fine.

THE COURT:  Okay.  I will go ahead and set it for 2:30 o'clock then, and we will notify your lawyer.  Now, Mr. Lighty, do you have any questions?

THE DEFENDANT:  No, ma'am.

THE COURT:  Okay.  We will see you back here Thursday, then.  Thank you all.

MS. JOHNSTON:  Thank you, Your Honor.

THE DEFENDANT:  Thank you.

(Whereupon, the hearing was recessed to reconvene at 2:30 o'clock on Thursday, February 19th, 2006 .)

mab

6

C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Melissa Akar Benjamin, Transcriber                11/30/06
                                                      Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 0 5 2006

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

- - - - - - - - - - - - - - - - x
                     :

UNITED STATES OF AMERICA    :

                     :

    v.                :    Case No. 03-CR-457

                     :

Kenneth Lighty et al.,    :

                     :

       Defendant.      :    Greenbelt, Maryland

                     :

- - - - - - - - - - - - - - - - x    February 19, 2004

**HEARING**

BEFORE:                  THE HONORABLE JILLYN K. SCHULZE,
                            United States Magistrate Judge

APPEARANCES:            DEBORAH JOHNSTON, Esq.
                            Office of the US Attorney
                            6500 Cherrywood Lane, Suite 400
                            Greenbelt, MD  20770-1249
                                  On Behalf of the Plaintiff

                            JEFFREY B. O'TOOLE, Esq.
                            DANYA A. DAYSON, Esq.
                            O'Toole Rothwell Nassau and
                            Steinbach
                            1350 Connecticut Avenue, NW
                            Suite 200
                            Washington, D.C.  20036
                                  On Behalf of the Defendant

Audio Operator:          RMS

Transcription Company:    CompuScribe
                            5100 Forbes Blvd., Suite 102
                            Lanham, Maryland  20706
                            (301) 577-5882

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

P R O C E E D I N G S

THE COURT:  United States v. Kenneth Lighty, PJM-03-0457.  This matter is called for a detention hearing and arraignment.  Counsel, would you please identify yourselves for the record.

MS. JOHNSTON:  Your Honor, Deborah Johnston on behalf of the Government.

MR. O'TOOLE:  Your Honor, good afternoon.  I am Jeffrey O'Toole on behalf of Mr. Lighty.

MS. DAYSON:  Good afternoon, Your Honor.  Danya Dayson, also on behalf of Mr. Lighty.

THE COURT:  Okay.  Ms. Johnston, this is your motion.

MS. JOHNSTON:  Your Honor, the Government is moving for detention.  I have spoken to Mr. O'Toole, who advised me that they will be consenting to detention, reserving their right to subsequently ask the Court for a hearing.

THE COURT:  Okay.

MR. O'TOOLE:  That is correct, Your Honor.  If that is all right with the Court, that would be fine with us.  And I have advised Mr. Lighty of that, and he is in agreement with that.

THE COURT:  All right.  Mr. Lighty, the order that I signed will give you the right to come back and ask the Court to reconsider this, if your circumstances change or for any

mab                                                                    3

other reason.  Hold on one second.  Okay.  We are going to start the arraignment.  And for that purpose, Mr. Lighty, I need you to stand and respond to Ms. Segona's questions.

THE CLERK:  Sir, could you please state your name for the record?

THE DEFENDANT:  Kenneth Jamal Lighty.

THE CLERK:  What is your age?

THE DEFENDANT:  Twenty-one.

THE CLERK:  What is your date of birth?

THE DEFENDANT:  9-14-82.

THE CLERK:  Have you been furnished with a copy of the indictment by the United States Attorney?

THE DEFENDANT:  Yes, ma'am.

THE CLERK:  Have you read the indictment?

THE DEFENDANT:  Yes, ma'am.

THE CLERK:  Do you understand the charges which have been placed against you?

THE DEFENDANT:  Yes, ma'am.

THE CLERK:  Mr. O'Toole, you represent the Defendant.  Are you satisfied the Defendant understands what he is charged with?

MR. O'TOOLE:  I am.

THE CLERK:  Mr. Lighty, you have been charged with counts one through five of the indictment.  What is your plea?

THE DEFENDANT:  Not guilty.

mab

4

THE CLERK:  Thank you.  You may be seated.

THE COURT:  Okay.  I assume discovery will proceed as -- pursuant to the normal schedule.

MS. JOHNSTON:  Your Honor, we have contacted Judge Messitte's Chambers and are working on a date for a scheduling conference.  We will resolve matters at that time.

THE COURT:  Okay.  Thank you all.

MR. O'TOOLE:  Thank you, Your Honor.

(Whereupon, the hearing was concluded.)

mab

## C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the

electronic sound recording of the proceedings in the

above-entitled matter.


_____    _____

Melissa Akar Benjamin, Transcriber        11/30/06

                                           Date