# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Reply to Southern Division Address

Jeffrey E. Risberg, Chief Deputy
Lisa Rosenthal, Chief Deputy

August 13, 2008

**Christopher Michael Davis**
Davis and Davis
514 10th St NW Ninth Fl
Washington, DC 20004

     Re:    Case No. PJM-03-0457

Dear Counsel/Party:

Your Motion for Leave to Appeal In Forma Pauperis was filed electronically on August 12, 2008; however, it is deficient in the area(s) checked below. The link to the document has been reset so that non-court users may not access it and the docket text has been modified to indicate that it was filed in error.

**Document filed in wrong case:**

☐ Case caption and number do not match. Document should be refiled in case no.: _____.

☐ Case number is incorrect and correct number cannot be determined. Document should be refiled in correct case.

☐ Document filed in consolidated member case which should have been filed in lead case. Document should be refiled in case no.: _____.

**Failure to meet requirements of Local Rules 104, 105, and Fed.R.Civ.P. 5:**

☐ Discovery requests and responses should not be filed with the court.

☐ Notices of service of discovery requests and responses should not be filed with the court.

☐ Rule 26(a) disclosures should not be filed with the court.

**Miscellaneous:**

☐ Document should not have been filed electronically. You must submit an original and the appropriate number of copies on paper to the Clerk within 48 hours.

☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.

☒ Other.  You attached a Notice of Appeal - not a Motion for Leave to Appeal In Forma Pauperis

Very truly yours,
  /s/ _____
Edith Tate for
Felicia C. Cannon, Clerk

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**