UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. PJM-03-0457 |
| LORENZO WILSON | : | |

<u>NOTICE</u> <u>OF</u> <u>APPEAL</u>

Notice is hereby given that Lorenzo Wilson, defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the order denying his motion for a new trial based on *Brady* violation entered in this case on August 15, 2008.

Date: August 15, 2008                    Respectfully submitted,


                                    _____/s/_____
                                    Mary E. Davis
                                    Counsel for Lorenzo Wilson

                                    Davis & Davis
                                    The Lincoln Building
                                    514 10th Street, NW – Ninth Floor
                                    Washington, DC 20004
                                    (202) 234-7300