TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>_ Cross Appeal<br>_ Interlocutory Appeal<br>□ Additional NOA<br>□ Amended NOA<br>_ Transmittal of Record<br>_ Supplement to ROA<br>□ Transmittal of Certificate<br>□ Other | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Lorenzo Wilson | District Court Case No. PJM 03-0457<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed:  8/15/08 | 4.  Fees<br>     □ USA no fee required<br>$5 filing fee:   _ paid ___ unpaid<br>$450 docketing fee: _ paid ___ unpaid<br>Pauper status:  X  granted  _ denied  □ pending in District Court<br>Does PLRA apply?  □ yes □ no  3 strikes?  □ yes □ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2.  Amended NOA filed: | |
| 3.  District Judge:<br> Peter J. Messitte | 5.  Materials Under Seal in District Court?  X  yes ___ no<br><br> Party Names Under Seal in District Court?  □ yes  X no |
| 6.  Official Court Reporter(s):<br> Linda Marshall, Sharon O'Neill<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia  (301) 344-3104 | 7.  Transcript<br><br> In-Court Hearing Held?   X  yes  ___ no |
| | 8.  Criminal/Prisoner Cases<br><br>□ recalcitrant witness  Defendant's Address:<br>□ on death row<br>□ in custody<br>□ on bond<br>□ on probation |

**Part II**    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:  Vols._____<br>Transcript:  Vols._____<br>Exhibits:  Vols._____<br>Depositions:  Vols._____<br>State Ct. Record: Vols._____<br>Sealed:  Vols._____<br>No. of Boxes   _____ | Pleadings:  Vols._____<br>Transcript:  Vols._____<br>Exhibits:  Vols._____<br>Depositions:  Vols._____<br>State Ct. Record: Vols._____<br>Sealed:  Vols._____<br>No. of Boxes   _____ |

Deputy Clerk:  Kathy Chiarizia Phone:  (301) 344-3104   Date:  August 18, 2008