UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


UNITED STATES OF AMERICA         :

    v.                           :  Crim. No. PJM-03-0457

LORENZO WILSON                             :


<u>ORDER</u>

Upon consideration of Defendant's Motion to Unseal, it is on this _____

day of September, 2008 hereby

ORDERED that the Motion is Granted and the record of the proceedings

held on August 11, 2008 is unsealed for the limited purpose of allowing a

transcript of the proceedings to be produced and provided to counsel for Lorenzo

Wilson.


_____
Peter J. Messitte
Judge, U.S. District Court