IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. PJM-03-0457 |
| KENNETH JAMAL LIGHTY,    Defendant | : | |

DEFENDANT LIGHTY'S MOTION TO UNSEAL

Defendant Kenneth Jamal Lighty, by and through counsel, moved this Honorable Court to unseal the record of the proceedings held on August 11, 2008 for the limited purpose of allowing the court reporter to prepare a transcript of the proceedings. A transcript is necessary to both prepare for the hearing set for October 28, 2008 and to appeal the Court's denial of Lighty's motion for a new trial based on a *Brady* violation.

Respectfully submitted,

/s/
Jeffrey B. O'Toole
Counsel for Kenneth Jamal Lighty

O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW, Suite 200
Washington, DC 20036
(202) 775-1550

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Motion was served via the Court's Electronic Case Filing System upon Deborah Johnson, AUSA, 6500 Cherrywood Lane, Greenbelt, MD 20770 on this 8th day of October, 2008.

/s/
Jeffrey B. O'Toole