UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


UNITED STATES OF AMERICA      :

    v.      :   Crim. No. PJM-03-0457

LORENZO WILSON      :

<u>NOTICE</u> <u>OF</u> <u>APPEAL</u>

     Notice is hereby given that Lorenzo Wilson, defendant in the above captioned

case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the

order denying his motion for a new trial based on newly discovered evidence entered in

this case on June 1, 2009.


Date: June 1, 2009          Respectfully submitted,


         _____/s/_____
         Mary E. Davis
         Counsel for Lorenzo Wilson

         Davis & Davis
         The Lincoln Building
         514 10th Street, NW – Ninth Floor
         Washington, DC 20004
         (202) 234-7300