TRANSMITTAL SHEET
(Notice of Appellate Action)

| X Notice of Filing (**SEALED**)<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>_ Transmittal of Record<br>☐ Supplement to ROA<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Kenneth Jamal Lighty | District Court Case No. PJM 03-0457<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: **(SEALED NOA)** |
|---|---|---|
| | | |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1.   NOA filed: 6/2/09 | 4.   Fees<br>              ☐ USA no fee required<br>$5 filing fee:                       _ paid   _ unpaid<br>$450 docketing fee:            _ paid   _ unpaid<br>Pauper status:     X   granted    ☐ denied      ☐ pending in District Court<br>Does PLRA apply?        ☐ yes  ☐ no    3 strikes?       ☐ yes   ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
|---|---|
| 2.   Amended NOA filed: | |
| 3.   District Judge:<br>      Peter J. Messitte | 5.   Materials Under Seal in District Court? X  yes __ no<br><br>        Party Names Under Seal in District Court?       ☐ yes    X   no |
| 6.   Official Court Reporter(s):<br>  Linda Marshall, Sharon O'Neill,<br>  Gloria Williams, Tracy Dunlap<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia  (301) 344-3104 | 7.   Transcript<br><br>        In-Court Hearing Held?                 X  yes__ no |
| | 8.   Criminal/Prisoner Cases<br><br>☐ recalcitrant witness          Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**                    TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD<br>Pleadings:          Vols._____<br>Transcript:          Vols._____<br>Exhibits:            Vols._____<br>Depositions:       Vols._____<br>State Ct. Record: Vols._____<br>Sealed:             Vols._____<br>No. of Boxes            _____ | SUPPLEMENT TO RECORD - SUPPLEMENT #_____<br>Pleadings:          Vols._____<br>Transcript:          Vols._____<br>Exhibits:            Vols._____<br>Depositions:       Vols._____<br>State Ct. Record: Vols._____<br>Sealed:             Vols._____<br>No. of Boxes            _____ |
|---|---|
| | |

Deputy Clerk:  Kathy Chiarizia     Phone:   (301) 344-3104                    Date:  June 5, 2009

TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing (**SEALED**)<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>_ Transmittal of Record<br>☐ Supplement to ROA<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Kenneth Jamal Lighty | District Court Case No. PJM 03-0457<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: (**SEALED NOA**) |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.    NOA filed: 6/2/09<br><br><br>2.    Amended NOA filed: | 4.    Fees<br>                                      ☐ USA no fee required<br>$5 filing fee:                    _ paid  _ unpaid<br>$450 docketing fee:           _ paid  _ unpaid<br>Pauper status:   X  granted   ☐ denied   ☐ pending in District Court<br>Does PLRA apply?      ☐ yes  ☐ no   3 strikes?      ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.    District Judge:<br>       Peter J. Messitte | 5.    Materials Under Seal in District Court? X  yes __ no<br><br>       Party Names Under Seal in District Court?      ☐ yes   X  no |
| 6.    Official Court Reporter(s):<br>        Linda Marshall, Sharon O'Neill,<br>        Gloria Williams, Tracy Dunlap<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia  (301) 344-3104 | 7.    Transcript<br><br>       In-Court Hearing Held?              X  yes__ no |
| | 8.    Criminal/Prisoner Cases<br><br>☐ recalcitrant witness          Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**                          TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:        Vols._____<br>Transcript:       Vols._____<br>Exhibits:          Vols._____<br>Depositions:     Vols._____<br>State Ct. Record: Vols._____<br>Sealed:            Vols._____<br>No. of Boxes            _____ | Pleadings:        Vols._____<br>Transcript:       Vols._____<br>Exhibits:          Vols._____<br>Depositions:     Vols._____<br>State Ct. Record: Vols._____<br>Sealed:            Vols._____<br>No. of Boxes            _____ |

Deputy Clerk:  Kathy Chiarizia      Phone:  (301) 344-3104              Date:  June 5, 2009

TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing (**SEALED**)<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>_ Transmittal of Record<br>☐ Supplement to ROA<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Kenneth Jamal Lighty | District Court Case No. PJM 03-0457<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: (**SEALED NOA**) |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed: 6/2/09 | 4.  Fees<br>                ☐ USA no fee required<br>$5 filing fee:            _ paid  _ unpaid<br>$450 docketing fee:     _ paid  _ unpaid<br>Pauper status:   _X_ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?    ☐ yes  ☐ no  3 strikes?    ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2.  Amended NOA filed: | |
| 3.  District Judge:<br>    Peter J. Messitte | 5.  Materials Under Seal in District Court? _X_ yes __ no<br><br>    Party Names Under Seal in District Court?    ☐ yes  _X_ no |
| 6.  Official Court Reporter(s):<br>   Linda Marshall, Sharon O'Neill,<br>   Gloria Williams, Tracy Dunlap<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia  (301) 344-3104 | 7.  Transcript<br><br>    In-Court Hearing Held?     _X_ yes__ no |
| | 8.  Criminal/Prisoner Cases<br><br>☐ recalcitrant witness      Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**            TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:      Vols._____<br>Transcript:     Vols._____<br>Exhibits:       Vols._____<br>Depositions:   Vols._____<br>State Ct. Record: Vols._____<br>Sealed:        Vols._____<br>No. of Boxes       _____ | Pleadings:      Vols._____<br>Transcript:     Vols._____<br>Exhibits:       Vols._____<br>Depositions:   Vols._____<br>State Ct. Record: Vols._____<br>Sealed:        Vols._____<br>No. of Boxes       _____ |

Deputy Clerk:  Kathy Chiarizia    Phone:  (301) 344-3104        Date:  June 5, 2009