**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SEALED** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 03-cr-00457-PJM-1 |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF ORDER OF TRANSCRIPT FOR THE RECORD ON APPEAL**

Notice is hereby given that Kenneth Jamal Lighty, defendant in the above captioned case, has submitted an order from the reporter for the transcript of the June 1, 2009 hearing in this case. Defendant has previously ordered the transcripts for the other hearings in this case. Defendant has already ordered the transcripts for the other hearings, and with this order, has ordered the entire transcript. Defendant is not required by Rule 10(b)(3)(A) to file a statement of the issues.

Attached to this notice are the following exhibits:

Exhibit A – Transcript Order for June 1, 2009 hearing

Exhibit B – First page of transcript from the August 11, 2008 hearing

Exhibit C – First page of transcript from the February 23, 2009 hearing

Exhibit D – First page of transcript from the February 27, 2009 hearing

Dated: June 10, 2009                                        Respectfully submitted,

/s/ Jeffrey B. O'Toole
Jeffrey B. O'Toole
Danya A. Dayson
O'TOOLE, ROTHWELL,
NASSAU & STEINBACH
1350 Connecticut Ave., NW
Suite 200
Washington, D.C. 20036
(202) 775-1550

Counsel for Kenneth J. Lighty

## CERTIFICATE OF SERVICE

I certify that today, June 10, 2009, a copy of Defendant's Notice of Appeal was sent via first class mail and electronic mail to the following:

Deborah Johnston, Esq.
Sandra Wilkinson, Esq.
Assistant United States Attorneys
Office of the United States Attorney
400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249


/s/ Jeffrey B. O'Toole
Jeffrey B. O'Toole

3

**EXHIBIT A**

| ✎AO 435<br>(Rev. 12/03)<br>*Please Read Instructions above* | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|---|

| 1. NAME<br>Jeffrey B. O'Toole, O'Toole, Rothwell, Nassau & Steinbach | | 2. PHONE NUMBER<br>(202) 775-1550 | 3. DATE<br>6/10/2009 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS<br>1350 Connecticut Avenue, NW, Suite 200 | | 5. CITY<br>Washington | 6. STATE<br>D.C. | 7. ZIP CODE<br>20036 |

| 8. CASE NUMBER<br>03-cr-00457-PJM-1 | 9. JUDGE<br>Judge Peter J. Messitte | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 10. FROM 6/1/2009 | 11.   6/1/2009 |
| 12. CASE NAME<br>United States of America v. Kenneth Jamal Lighty | | LOCATION OF PROCEEDINGS | |
| | | 13. Greenbelt, MD | 14. |

**15. ORDER FOR**

| [X] APPEAL | [X] CRIMINAL | [X] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
|---|---|---|---|
| [ ] NON-APPEAL | [ ] CIVIL | [ ] IN FORMA PAUPERIS | [ ] OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | Motion for New Trial | 6/1/2009 - 6/1/2009 |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Free Copy<br>for the Court) | FIRST<br>COPY | ADDITIONAL<br>COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | 150.00 | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE<br>6/10/2009 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY<br>Linda Marshall<br>*Costs to be paid by United States under the Criminal Justice Act | COURT ADDRESS<br>United States District Court for the District of Maryland<br>Greenbelt Division<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770 | |
|---|---|---|

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

**<u>EXHIBIT B</u>**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

UNITED STATES OF AMERICA　　:　Criminal Action No.

　　v.　　　　　　　　　　　　　:　PJM 03-457

KENNETH JAMAL LIGHTY,　　　:　Greenbelt, Maryland
et al.,

　　　　　　　　　　　　　　　:

　　　　　Defendant.　　　　　Monday, August 11, 2008
　　　　　　　　　　　　　/　10:15 A.M.

TRANSCRIPT OF MOTION PROCEEDINGS
BEFORE THE HONORABLE PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:　　DEBORAH A. JOHNSTON, ESQUIRE
　　　　　　　　　　　　SANDRA WILKINSON, ESQUIRE
　　　　　　　　　　　　Assistant United States Attorneys
　　　　　　　　　　　　6500 Cherrywood Lane, Suite 400
　　　　　　　　　　　　Greenbelt, Maryland  20770
　　　　　　　　　　　　(301) 344-4433

FOR THE DEFENDANT:　　JEFFREY B. O'TOOLE, ESQUIRE
KENNETH LIGHTY:　　　　DANYA ARIEL DAYSON, ESQUIRE
　　　　　　　　　　　　O'Toole, Rothwell, Nassau & Steinbach
　　　　　　　　　　　　1350 Connecticut Avenue, NW, Suite 200
　　　　　　　　　　　　Washington, D.C.  20036
　　　　　　　　　　　　202-775-1550
　　　　　　　　　　　　and
　　　　　　　　　　　　AMANDA M. RAINES, ESQUIRE
　　　　　　　　　　　　Skadden, Arps
　　　　　　　　　　　　1440 New York Avenue, NW
　　　　　　　　　　　　Room 10-402
　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　202-371-7492

OFFICIAL COURT REPORTER:   LINDA C. MARSHALL, (301) 344-3229

COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES

**EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION


UNITED STATES OF AMERICA          .

      vs.                         .   PJM-03-0457

KENNETH J. LIGHTY                 .   GREENBELT, MARYLAND

LORENZO A. WILSON                 .   FEBRUARY 23, 2009


TRANSCRIPT OF HEARING
BEFORE THE HONORABLE PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE GOVERNMENT:          DEBORAH JOHNSTON, ESQ.
                             SANDRA WILKINSON
                             ASSISTANT U.S. ATTORNEYS


FOR THE DEFENDANT LIGHTY:    JEFFREY O'TOOLE, ESQ.
                             DANYA DAYSON, ESQ.
                             DONALD SALZMAN, ESQ.


FOR THE DEFENDANT WILSON:    ROBERT KRY, ESQ.
                             MARY DAVIS, ESQ.


Court Reporter:              Sharon O'Neill, RMR
                             Official Court Reporter
                             United States District Court
                             6500 Cherrywood Lane
                             Greenbelt, Maryland 20770
                             Tel.  301-344-3227

**EXHIBIT D**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION


UNITED STATES OF AMERICA    :    Criminal Action No.

    v.    :    PJM 03-457

KENNETH LIGHTY,    :    Greenbelt, Maryland

        Defendant.    :    Friday, February 27, 2009

_____/    9:35 A.M.



TRANSCRIPT OF MOTIONS PROCEEDINGS
BEFORE THE HONORABLE PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:    DEBORAH A. JOHNSTON, ESQUIRE
Assistant United States Attorneys
6500 Cherrywood Lane, Suite 400
Greenbelt, Maryland  20770
(301) 344-4433

FOR THE DEFENDANT    JEFFREY B. O'TOOLE, ESQUIRE
KENNETH LIGHTY:    DANYA ARIEL DAYSON, ESQUIRE
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
202-775-1550
and
DONALD P. SALZMAN, ESQUIRE
Skadden, Arps, Slate, Meagher &
Flom, LLP
1440 New York Avenue, NW
Washington, D.C.  20005
202-371-7983


OFFICIAL COURT REPORTER:  LINDA C. MARSHALL, (301) 344-3229

COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES