CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE MDX | 2. PERSON REPRESENTED Lighty, Kenneth Jamal | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER PJM 8: 03 - 457 - 001 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) U.S. v. Lighty | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal ____ | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: ____ | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

18 1201.F - Kidnapping

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** *(Describe briefly)*

Arguments and Oral Decision on Motion for New Trial on 6/1/2009

**13. PROCEEDING TO BE TRANSCRIBED** *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

Arguments and Oral Decision on Motion for New Trial on 6/1/2009

**14. SPECIAL AUTHORIZATIONS**                                                                                 **JUDGE'S INITIALS**

A. Apportioned Cost_____% of transcript with *(Give case name and defendant)*

B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript   ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement   ☑ Prosecution Argument   ☐ Prosecution Rebuttal
☐ Defense Opening Statement   ☑ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

_____   6/11/2009
Signature of Attorney                                          Date

Danya A. Dayson
Printed Name

Telephone Number: _____ (202) 775-1550
☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____   _____
Date of Order                          Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

**17. COURT REPORTER/TRANSCRIBER STATUS**

☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

**18. PAYEE'S NAME** *(First Name, M.I., Last Name, including any suffix)*, AND MAILING ADDRESS

Linda Marshall
6500 Cherrywood Lane
Room 240
Greenbelt, MD 20770

Telephone Number: (301) 344-3229

| 20.    TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | TOTAL AMOUNT CLAIMED : | | | |

**21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**ATTORNEY CERTIFICATION**

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

_____   _____
Signature of Attorney or Clerk             Date

**APPROVED FOR PAYMENT - COURT USE ONLY**

**23. APPROVED FOR PAYMENT**                                                                 **24. AMOUNT APPROVED**

_____   _____
Signature of Judicial Officer or Clerk of Court        Date