TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>‗ Transmittal of Record<br>☐ Supplement to ROA<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Lorenzo Anthony Wilson | District Court Case No. PJM 03-0457<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |
| | | |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed: 6/1/09<br><br><br>2.  Amended NOA filed: | 4.  Fees<br>    ☐ USA no fee required<br>$5 filing fee:                      _ paid  _ unpaid<br>$450 docketing fee:            _ paid  _ unpaid<br>Pauper status:   X  granted   ☐ denied   ☐ pending in District Court<br>Does PLRA apply?       ☐ yes  ☐ no   3 strikes?       ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.  District Judge:<br>     Peter J. Messitte | 5.  Materials Under Seal in District Court? X  yes  __  no<br><br>     Party Names Under Seal in District Court?       ☐ yes   X   no |
| 6.  Official Court Reporter(s):<br>     Linda Marshall, Sharon O'Neill<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia (301) 344-3104 | 7.  Transcript<br><br>     In-Court Hearing Held?              X  yes _ no |
| | 8.  Criminal/Prisoner Cases<br><br>☐ recalcitrant witness          Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**          TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:          Vols._____<br>Transcript:          Vols._____<br>Exhibits:          Vols._____<br>Depositions:          Vols._____<br>State Ct. Record: Vols._____<br>Sealed:          Vols._____<br>No. of Boxes          _____ | Pleadings:          Vols._____<br>Transcript:          Vols._____<br>Exhibits:          Vols._____<br>Depositions:          Vols._____<br>State Ct. Record: Vols._____<br>Sealed:          Vols._____<br>No. of Boxes          _____ |
| | |

Deputy Clerk:  Kathy Chiarizia      Phone:   (301) 344-3104                    Date:  June 12, 2009

TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| X Notice of Filing<br>☐ Cross Appeal<br>☐ Interlocutory Appeal<br>☐ Additional NOA<br>☐ Amended NOA<br>_ Transmittal of Record<br>☐ Supplement to ROA<br>☐ Transmittal of Certificate<br>☐ Other | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND AT GREENBELT<br><br>Caption:<br>United States of America<br>vs.<br>Lorenzo Anthony Wilson | District Court Case No. PJM 03-0457<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1.  NOA filed: 6/1/09 | 4.  Fees<br>　　　　　　　　　　☐ USA no fee required<br>$5 filing fee:　　　　_ paid  _ unpaid<br>$450 docketing fee:　_ paid  _ unpaid |
| 2.  Amended NOA filed: | Pauper status:  __X__ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?  ☐ yes  ☐ no  3 strikes?  ☐ yes  ☐ no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 3.  District Judge:<br>　　Peter J. Messitte | 5.  Materials Under Seal in District Court? __X__ yes  __ no<br><br>Party Names Under Seal in District Court?  ☐ yes  __X__ no |
| 6.  Official Court Reporter(s):<br>　　Linda Marshall, Sharon O'Neill<br><br>For Electronically Recorded:<br>Coordinator(s):<br>Stephanie Savoy (410) 962-3928<br>Kathy Chiarizia  (301) 344-3104 | 7.  Transcript<br><br>In-Court Hearing Held?  __X__ yes _ no |
| | 8.  Criminal/Prisoner Cases<br><br>☐ recalcitrant witness　　　Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**　　　　　　　　TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings:　　　Vols._____<br>Transcript:　　　Vols._____<br>Exhibits:　　　　Vols._____<br>Depositions:　　Vols._____<br>State Ct. Record: Vols._____<br>Sealed:　　　　Vols._____<br>No. of Boxes　　　_____ | Pleadings:　　　Vols._____<br>Transcript:　　　Vols._____<br>Exhibits:　　　　Vols._____<br>Depositions:　　Vols._____<br>State Ct. Record: Vols._____<br>Sealed:　　　　Vols._____<br>No. of Boxes　　　_____ |

Deputy Clerk:  Kathy Chiarizia　　Phone:  (301) 344-3104　　　　　　Date:  June 12, 2009