IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 03-cr-00457-PJM-1 |
| KENNETH JAMAL LIGHTY, ) | |
| Defendant. ) | |

## DEFENDANT LIGHTY'S MOTION TO UNSEAL

Defendant Kenneth Jamal Lighty, by and through counsel, moves this Honorable Court to unseal the record of the proceedings held on June 1, 2009 for the limited purpose of allowing the court reporter to prepare a transcript of the proceedings. A transcript is necessary for the record on appeal.

Respectfully submitted,

/s/
Jeffrey B. O'Toole
Danya A. Dayson
Counsel for Kenneth Jamal Lighty

O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Ave NW, Suite 200
Washington, DC 20036
(202) 775-1550

<u>CERTIFICATE OF SERVICE</u>

        I certify that today, June 15, 2009, a copy of Defendant's Motion to Unseal was sent via First Class Mail and electronic mail to the following:

Deborah Johnston, Esq.
Sandra Wilkinson, Esq.
Assistant United States Attorneys
Office of the United States Attorney
400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249
Deborah.Johnston@usdoj.gov
Sandra.Wilkinson@usdoj.gov

                                                      /s/
                                          Jeffrey B. O'Toole