Case 8:03-cr-00457-BAH    Document 373    Filed 06/23/09    Page 1 of 2

FILED: June 23, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-4573
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann,

Defendant - Appellant

_____

O R D E R

_____

The Court appoints Paul Francis Enzinna to represent Lorenzo Anthony Wilson. Counsel is referred to the memorandum on **Payment of Counsel Appointed under the Criminal Justice Act** for information on obtaining a fee exempt PACER account for electronic access to documents in CJA cases, redacting private and sensitive data from transcripts and other documents, and maintaining time and expense records.

Counsel not yet registered for electronic filing should proceed to the Court's web site to register as an ECF filer,

**www.ca4.uscourts.gov/cmecftop.htm**.

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk