FILED: June 23, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-4180 (L)
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann,

                Defendant - Appellant

_____

No. 09-4573
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann,

                Defendant - Appellant

_____

O R D E R

_____


The Court consolidates Case No. 06-4180 and Case No.

09-4573.  The lead case number, 06-4180(L), shall be included on

all papers subsequently filed in this Court.


                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk