**FOURTH CIRCUIT TRANSCRIPT ORDER FORM**

Case Style United States v. Lorenzo Anthony Wilson _____

Dist. Ct. No. 8:03-cr-00457-PJM-2 _____ District  D. Md. _____

Date Notice of Appeal filed  06/01/09 _____ Court of Appeals No. 09-4573 _____

Name of Court Reporter/Electronic Rec. (use separate form for each reporter) Linda Marshall _____

Address of Reporter US Courthouse -- 6500 Cherrywood Lane -- Greenbelt MD 20770 _____

Appellant must order any necessary transcript, completing a separate transcript order form (and separate CJA 24 Form) for each reporter and submitting the order to the court reporter and the district court within 14 days of noting the appeal.  The completed form must show that necessary financial arrangements have been made or that a CJA 24 Form has been  submitted to the district judge for approval.  Copies of the transcript order form must be attached to the docketing statement filed in the Court of Appeals and served on opposing counsel within 14 days of docketing of the appeal, or the appeal will be subject to dismissal pursuant to Local Rule 45.  If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order.  If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.  In sentencing appeals, a transcript of the sentencing hearing must be ordered.  In Anders appeals, plea (or trial) and sentencing transcript must be ordered.  If appellee wishes to obtain a copy of transcript ordered by appellant, appellee must order a copy from the court reporter.  In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates.  Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files.  Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal. Local Rule 30(b).

A.   This constitutes an order of the transcript of the following proceedings.  Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages.  Failure to specify in adequate detail the proceedings to be transcribed is grounds for dismissal.  Specific authorization is required under the CJA for opening and closing statements, voir dire, or jury instructions.

| **PROCEEDING** | **HEARING DATE(S)** |
|---|---|
| ☐  Voir Dire | _____ |
| ☐  Opening Statement (Plaintiff) | _____ |
| ☐  Opening Statement (Defendant) | _____ |
| ☐  Closing Argument (Plaintiff) | _____ |
| ☐  Closing Argument (Defendant) | _____ |
| ☐  Opinion of Court | _____ |
| ☐  Jury Instructions | _____ |
| ☐  Sentencing | _____ |
| ☐  Bail Hearing | _____ |
| ☐  Pre-Trial Proceedings (specify) | _____ |
| _____ | _____ |
| ☐  Testimony (specify) | _____ |
| _____ | _____ |
| ☑  Other (specify) | _____ |
| New Trial Hearing _____ | June 1, 2009 _____ |

**TOTAL ESTIMATED PAGES** _150_____

B.   I certify that I have contacted the court reporter (or coordinator if electronic recording from the District of Maryland) and satisfactory financial arrangements for payment of the transcript have been made.

☐   Private funds. (Deposit of $_____ enclosed with court reporter's copy.  Check No. _____.)

☑   Criminal Justice Act.  A CJA 24 Form has been submitted to the district court and a copy is attached.

☐   Government expense (civil case--IFP).  Motion for transcript at government expense is pending with district judge.

☐   Advance payment waived by court reporter.  Payment in full is due upon receipt of transcript.

☐   Federal Public Defender - no CJA 24 Form necessary.

☐   United States appeal - copy of litigation expense form attached, if applicable.

Signature /s/ Robert Kry _____ Typed name Robert Kry _____

Address Baker Botts LLP, 1299 Pennsylvania Ave. NW, Washington DC 20004 _____

Telephone No. (202) 639-7702 _____ Date Sent to Reporter 07/08/09 _____

06/03/09

✎ CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./ DIV. CODE<br>MDXMD | 2. PERSON REPRESENTED<br>Lorenzo Wilson | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>PJM-03-0457 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name)<br><br>US v. Lighty | 8. PAYMENT CATEGORY<br>☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions) |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

Conspiracy to Kidnap - 18 USC 1201(c)

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

Appeal

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).  NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

Motion Hearing on June 1, 2009

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A.  Apportioned Cost _____ % of transcript with *(Give case name and defendant)* | |
| B.  ☐ 14-Day  ☐ Expedited  ☐ Daily  ☐ Hourly  ☐ Realtime Unedited | |
| C.  ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal<br>     ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions | |
| D.  In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation.  I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.<br><br>6/2/2009<br>_____  _____<br>Signature of Attorney         Date<br>Mary E. Davis<br>_____<br>Printed Name<br>Telephone Number: _____<br>☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>_____<br>Signature of Presiding Judge or By Order of the Court<br><br>_____  _____<br>Date of Order         Nunc Pro Tunc Date |

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS<br><br>☑ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S NAME AND MAILING ADDRESS<br><br>Linda Marshall - US Courthouse - 6500 Cherrywood Lane, Greenbelt, MD 20770 |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone Number: (301) 675-0306 |

| 20.  TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

_____    _____
Signature of Claimant/Payee                 Date

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk              Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT<br><br>_____    _____<br>Signature of Judge or Clerk of Court         Date | 24. AMOUNT APPROVED |
|---|---|

Filed: July 9, 2009

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

TRANSCRIPT ORDER ACKNOWLEDGMENT

_____

No. 06-4180 (L), US v. Lorenzo A. Wilson
                 8:03-cr-00457-PJM-2

**This Acknowledgment establishes a deadline for filing all transcript ordered from this court reporter, as follows:**

**Court Reporter**: Linda Marshall
**Current Deadline**: 08/17/2009
**Proceedings**: 6/1/2009 new trial hearing for defendant Lorenzo Anthony Wilson

If transcript has not been properly ordered or if appropriate financial arrangements (including approval of any CJA 24 application) have not been completed within 7 days of issuance of this Acknowledgment, the court reporter must complete and file a **Transcript Order Deficiency Notice** with this Court within 14 days of issuance of the Acknowledgment. If the court reporter has grounds for an extension of time, a request for extension may be sought using the **Transcript Extension Request** form.

This Court is notified of the filing of the **Appeal Transcript** in the District Court through the District Court's CM/ECF system. If the transcript is not filed by the due date, a transcript sanction takes effect, as provided in the **Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit**. If a transcript sanction is in effect, the court reporter must file a **Transcript Certification Form** with this Court at the time the transcript is filed with the District Court, certifying that the appropriate sanction has been deducted from the transcript fee. Court forms are available for completion as links from this notice and at the Court's web site, **www.ca4.uscourts.gov**.

Michael Radday
Deputy Clerk
804-916-2702

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

TRANSCRIPT ORDER DEFICIENCY NOTICE

No. 06-4180 (L), US v. Lorenzo A. Wilson
8:03-cr-00457-PJM-2

> **To permit confirmation of financial arrangements, including approval by the district court of the CJA 24 form, 7 days have been added to the period established by the transcript guidelines for filing of appellate transcript. If financial arrangements are not confirmed within 7 days or if there are other problems with the Transcript Order, the Court Reporter should, within 14 days of issuance of the Transcript Order Acknowledgment, file a Transcript Order Deficiency Notice with the Court of Appeals identifying the problem. Copies of the Deficiency Notice will be sent via CM/ECF to the parties and the district court.**

[ ]  Transcript has been filed with district court

[ ]  CJA 24 application has not been submitted to district court for approval

[ ]  CJA 24 application was not approved within 7 days of issuance of Transcript Order Acknowledgment

[ ]  Motion for transcript at government expense has not been granted (28 U.S.C. § 753(f))

[ ]  Satisfactory financial arrangements have not been made. Please specify problem:

[ ]  Transcript order is unclear. Please specify problem:

[ ]  Other (please specify):

**Relief Requested:**      [ ] Rescission of filing deadline
                           [ ] Extension of filing deadline to _____

**Court Reporter:**

**Signature:**

**Date:**

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

TRANSCRIPT EXTENSION REQUEST

No. 06-4180 (L), <u>US v. Lorenzo A. Wilson</u>
                 8:03-cr-00457-PJM-2

> **If an extension of time is needed to complete the transcript, the court reporter may file a Transcript Extension Request with the Court of Appeals at least 10 days in advance of the deadline, setting forth specific information in support of the request. Copies of the Request shall be served on the parties to the case and the District Court Reporter Coordinator. The granting of an extension also constitutes a waiver of sanctions through the date of the extension.**

**Court Reporter:** Linda Marshall
**Current Deadline:** 08/17/2009
**Extension Requested to:**

As of this date, approximately     pages have been completed and     pages are yet to be transcribed. Justification is as follows:

1. **Outstanding District Court transcripts ordered within 90 days of this request:** Any pending appellate transcripts will be taken into consideration in deciding this request.

2. **In-Court Time:** (give total days/hours by month)

3. **Travel:** (give hours spent traveling to and from Court by month)

4. **Other:** (please provide information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)

**Signature:**

**Date:**