FILED: October 29, 2009

            UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT

                 _____

                   No. 06-4180 (L)
                (8:03-cr-00457-PJM-2)

                 _____


UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann,

                    Defendant - Appellant


                 _____

                    O R D E R
                 _____


     The Court grants the motion to substitute counsel on

appeal.

     The Court appoints Robert Kelsey Kry to represent Lorenzo

Anthony Wilson on appeal. Counsel is referred to the memorandum

on **Payment of Counsel Appointed under the Criminal Justice Act**

**for information on appointment terms** for information on

obtaining a fee exempt PACER account for electronic access to

documents in CJA cases, redacting private and sensitive data

from transcripts and other documents, and maintaining time and

expense records.

Counsel not yet registered for electronic filing should proceed to the Court's web site to register as an ECF filer, **www.ca4.uscourts.gov/cmecftop.htm**.

The enclosed notice to new counsel provides counsel with additional information relevant to the appointment.

Former counsel shall immediately provide new counsel with all case papers, including any prepared transcripts, and information of relevance to the representation.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk