FILED: November 18, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-6
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY,

                    Defendant - Appellant

_____

O R D E R

_____

Appellant has filed an unopposed motion for appropriate relief.

The Court grants the motion, consolidates Case No. 06-6 and Case No. 09-6, and amends the caption of Case No. 09-6 to change the appellant's name from "Under Seal" to "Kenneth Lighty." The Court grants appellant's motion to adopt the briefs and joint appendix for Case No. 06-6 in Case No. 09-6 and directs the parties to file a supplemental appendix containing the new

record material for Case No. 09-6.  The Court grants the parties leave to refer to the individuals whose identities were sealed in the district court by their initials, so sealed and redacted versions of the briefs are not required.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk