**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| **v.** | * | **Criminal No. 03-cr-00457-PJM-3** |
| | * | |
| **JAMES EVERETT FLOOD, JR.** | * | |

**DEFENDANT FLOOD'S UNOPPOSED MOTION TO UNSEAL**

Comes now the Defendant herein, James Flood, through counsel, Michael E. Lawlor, court-appointed counsel pursuant to the CJA, and hereby moves this Court to unseal the transcript of proceedings of his co-defendants' Motions for New Trial, to counsel for Mr. Flood. In support of the Motion, Mr. Flood states the following:

1. Following arraignment, but prior to trial, undersigned counsel was appointed to represent Mr. Flood.

2. Mr. Flood was joined at trial with co-defendant Kenneth Lighty, Judgment was imposed on both on January 13, 2006. Mr. Flood filed a notice of appeal to the Fourth Circuit Court of Appeals on January 20, 2006. That appeal, No. 06-4069, remains pending.

3. On August 11, 2008, February 23, 2009, February 27, 2009 and June 1, 2009 hearings were held on Lighty's and Lorenzo Wilson's Motions for New Trial. Transcript of the hearings are currently under seal.

4. The undersigned is currently representing Mr. Flood for purposes of the appeal and would like the opportunity to read the transcript of the hearings that took place in this Court on the co-defendants' Motions for New Trial.

5. Undersigned counsel has discussed this with Assistant United States Attorney,

Deborah Johnston, and Ms. Johnston does not oppose unsealing the transcript for this limited purpose, and only to the undersigned.

WHEREFORE, for the foregoing reasons, Mr. Flood respectfully requests that this Honorable Court order that the transcript of proceedings held on Mr. Lighty and Mr. Wilson's Motions for New Trial, be unsealed as to the undersigned only, and for the above stated limited purpose.

Respectfully submitted,

/s_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland  20770
(301) 474.3404

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 2, 2010, a copy of the foregoing Motion was sent, via ECF, to the Office of the United States Attorney.

/s_____
Michael E. Lawlor