Case 8:03-cr-00457-BAH    Document 383    Filed 08/10/10    Page 1 of 2

FILED: August 10, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6 (L)
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY, a/k/a Goat

Defendant - Appellant

_____

No. 09-6
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY

Defendant - Appellant

_____

No. 06-4069
(8:03-cr-00457-PJM-3)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAMES EVERETT FLOOD, III, a/k/a Junior, a/k/a Bug, a/k/a
Junebug

        Defendant - Appellant

_____

O R D E R
_____

The Court consolidates Case Number 06-4069 with Case Number

06-6 (L) for decision.

        For the Court

        <u>/s/ Patricia S. Connor, Clerk</u>