Filed: August 26, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-4180 (L)
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann

Defendant - Appellant

_____

No. 09-4573
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann

Defendant - Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)
_____

This Court's mandate is stayed under Fed. R. App. P. 41(d)(1), which provides that "[t]he timely filing of a petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, stays the mandate until disposition of the petition or motion."

*/s/Patricia S. Connor, Clerk*