Filed: August 26, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6 (L)
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY, a/k/a Goat

Defendant - Appellant

_____

No. 09-6
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY

Defendant – Appellant

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

This Court's mandate is stayed under Fed. R. App. P.
41(d)(1), which provides that "[t]he timely filing of a petition
for panel rehearing, petition for rehearing en banc, or motion
for stay of mandate, stays the mandate until disposition of the
petition or motion."

*/s/Patricia S. Connor, Clerk*