Case 8:03-cr-00457-BAH   Document 388   Filed 09/02/10   Page 1 of 1

FILED: September 2, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-4069
(8:03-cr-00457-PJM-3)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES EVERETT FLOOD, III, a/k/a Junior, a/k/a Bug, a/k/a
Junebug

Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this Court, entered 8/11/10, takes effect
today.

This constitutes the formal mandate of this Court issued
pursuant to Rule 41(a) of the Federal Rules of Appellate
Procedure.

/s/Patricia S. Connor, Clerk