FILED: September 8, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6 (L)
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY, a/k/a Goat

Defendant - Appellant

_____

No. 09-6
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

KENNETH JAMAL LIGHTY

Defendant - Appellant

_____

O R D E R

_____

The Court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Motz, Judge Agee, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk