FILED: September 16, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6 (L)
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

　　　　　Plaintiff - Appellee

　v.

KENNETH JAMAL LIGHTY, a/k/a Goat

　　　　　Defendant - Appellant

_____

No. 09-6
(8:03-cr-00457-PJM-1)

_____

UNITED STATES OF AMERICA

　　　　　Plaintiff - Appellee

　v.

KENNETH JAMAL LIGHTY

　　　　　Defendant – Appellant

————————————————

M A N D A T E

————————————————

The judgment of this Court, entered 8/11/10, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*