FILED: September 16, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-4180 (L)
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann

                    Defendant - Appellant

_____

No. 09-4573
(8:03-cr-00457-PJM-2)

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

v.

LORENZO ANTHONY WILSON, a/k/a Baby Ann

                    Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this Court, entered 08/11/2010, takes

effect today.

This constitutes the formal mandate of this Court issued

pursuant to Rule 41(a) of the Federal Rules of Appellate

Procedure.

*/s/Patricia S. Connor, Clerk*