IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|                  |        |                            |
|------------------|--------|----------------------------|
|                  | *      |                            |
| United States    | *      | Case Number: PJM-03-0457   |
| v.               | *      |                            |
| Kenneth Lighty   | *      |                            |
|                  | ****** |                            |

ORDER

Having received notice that the Fourth Circuit Court of Appeals has affirmed the defendant's conviction and sentence of death, counsel must be appointed to pursue remedies under 28 U.S.C. §2255. The CJA Supervising Attorney has consulted with the Federal Public Defender and the Director of the Federal Capital Habeas project. Following those consultations, the Court finds it appropriate to appoint Seth Rosenthal, Esq. Venable LLP, 575 7th Street, NW, Washington, D.C. 20004, and Julie Brain, Esq. from the Delaware Federal Public Defender, 800 King Street, Suite 200, Wilmington, DE, 19801, in connection with the filing of a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. §2255 and all proceedings before the United States District Court for the District of Maryland in connection with said petition.

The Court is satisfied that the experience of Seth Rosenthal, Esq., satisfies the requirements  of 21 U.S.C. Section 848(q)(5) in that he has been admitted to practice before this Court for not less than five years and has not less than three years experience in the actual trial of felony prosecutions in this Court. The Court is further satisfied that Julie Brain, Esq. possesses the background, knowledge, and experience appropriate to the task of serving as counsel with Mr. Rosenthal. The appointments are effective as of April 29, 2011.

It is therefore ORDERED this 16th day of May, 2011 , by the United States District Court for the District of Maryland, that Seth Rosenthal, Esq., and Julie Brain, Esq. are  hereby appointed to represent Kenneth Lighty  in proceedings to be filed in this

Court pursuant to 28 U.S.C. Section 2255. It is further, ORDERED, that Seth Rosenthal, Esq., be compensated for his services at the rate of $ 178.00 per hour, Mr. Rosenthal should contact the CJA Supervising Attorney, Donna P. Shearer to negotiate a reduced hourly rate for associates of the firm,  and to begin the budgeting process. Ms. Brain will be compensated by her office. As soon as possible counsel will propose a budget to this Court for the preparation of the habeas petition and District Court proceedings which counsel reasonably anticipate. Once a budget is approved, the court will approve interim payments to Mr. Rosenthal.

/s/

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE
