## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

                                    *

                                    *

        v.                          *       Criminal No. 8:03-cr-00457-PJM-3
                                    *       Civil No. PJM11CV3563
                                    *

JAMES EVERETT FLOOD, III            *

                                    *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF APPEARANCE

Please enter the Appearance of Marta K. Kahn as court appointed counsel for the petitioner in the above-captioned case.

I am a member in good standing of the bars of this Court and of the highest court of Maryland and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

Respectfully Submitted,

Marta K. Kahn
Bar # 24992
The Law Office of Marta K. Kahn, LLC
8 E. Mulberry St.
Baltimore, MD 21202
410-299-6966
mkkahn@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2011, a copy of the foregoing Entry of Appearance was served on Assistant United States Attorneys Deborah Johnston and Sandra Wilkinson via ECF.

Marta K. Kahn