# Attachment B

**U.S. Department of Justice**
Office of Justice Programs



## Bureau of Justice Statistics

# Compendium of Federal Justice Statistics, 2004

### Federal criminal case processing, October 1, 2003, through September 30, 2004

| | |
|---|---|
| Suspects investigated in matters concluded | 148,229 |
| Suspects arrested | 140,755 |
| Defendants prosecuted | 116,363 |
| Offenders convicted | 74,782 |
| Offenders sentenced to prison | 58,106 |
| Offenders sentenced to probation | 11,067 |

### A Federal Justice Statistics Program Report

**Table 4.2.  Disposition of criminal cases terminating from October 1, 2003 - September 30, 2004, by offense**

| Most serious offense charged | Total defendants | Percent of all defendants convicted | Convicted Total | Guilty plea | Nolo contendere | Trial Jury | Trial Non-jury | Not convicted Total | Dismissed | Trial Jury[a] | Trial Non-jury |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All offenses** | 83,391 | 89.7% | 74,782 | 71,692 | 460 | 2,313 | 317 | 8,609 | 7,893 | 490 | 226 |
| **Felonies** | 73,138 | 92.2% | 67,464 | 64,997 | 37 | 2,292 | 138 | 5,674 | 5,072 | 482 | 120 |
| **Violent offenses** | 2,962 | 91.0% | 2,694 | 2,501 | 5 | 175 | 13 | 268 | 203 | 58 | 7 |
| Murder[b] | 251 | 87.3 | 219 | 185 | 1 | 33 | 0 | 32 | 26 | 6 | 0 |
| Negligent manslaughter | 1 | ^ | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Assault | 619 | 86.9 | 538 | 492 | 1 | 42 | 3 | 81 | 57 | 21 | 3 |
| Robbery | 1,382 | 95.7 | 1,322 | 1,268 | 1 | 50 | 3 | 60 | 54 | 4 | 2 |
| Sexual abuse[b] | 513 | 89.7 | 460 | 422 | 2 | 31 | 5 | 53 | 34 | 17 | 2 |
| Kidnapping | 156 | 79.5 | 124 | 106 | 0 | 18 | 0 | 32 | 28 | 4 | 0 |
| Threats against the President | 40 | 75.0 | 30 | 27 | 0 | 1 | 2 | 10 | 4 | 6 | 0 |
| **Property offenses** | 13,733 | 90.7% | 12,460 | 11,995 | 9 | 434 | 22 | 1,273 | 1,143 | 91 | 39 |
| **Fraudulent** | 11,447 | 90.8% | 10,391 | 10,001 | 5 | 368 | 17 | 1,056 | 950 | 75 | 31 |
| Embezzlement | 734 | 93.6 | 687 | 667 | 0 | 20 | 0 | 47 | 43 | 3 | 1 |
| Fraud[b] | 9,261 | 90.3 | 8,360 | 8,024 | 5 | 317 | 14 | 901 | 806 | 66 | 29 |
| Forgery | 106 | 91.5 | 97 | 95 | 0 | 2 | 0 | 9 | 9 | 0 | 0 |
| Counterfeiting | 1,346 | 92.6 | 1,247 | 1,215 | 0 | 29 | 3 | 99 | 92 | 6 | 1 |
| **Other** | 2,286 | 90.5% | 2,069 | 1,994 | 4 | 66 | 5 | 217 | 193 | 16 | 8 |
| Burglary | 72 | 94.4 | 68 | 67 | 0 | 1 | 0 | 4 | 4 | 0 | 0 |
| Larceny[b] | 1,576 | 91.2 | 1,438 | 1,392 | 2 | 42 | 2 | 138 | 126 | 8 | 4 |
| Motor vehicle theft | 61 | 90.2 | 55 | 51 | 0 | 4 | 0 | 6 | 6 | 0 | 0 |
| Arson and explosives | 272 | 85.3 | 232 | 216 | 0 | 13 | 3 | 40 | 32 | 7 | 1 |
| Transportation of stolen property | 247 | 90.7 | 224 | 216 | 2 | 6 | 0 | 23 | 20 | 0 | 3 |
| Other property offenses[b] | 58 | 89.7 | 52 | 52 | 0 | 0 | 0 | 6 | 5 | 1 | 0 |
| **Drug offenses** | 27,407 | 92.3% | 25,310 | 24,412 | 10 | 858 | 30 | 2,097 | 1,905 | 158 | 34 |
| Trafficking | 25,539 | 92.3 | 23,570 | 22,744 | 9 | 787 | 30 | 1,969 | 1,787 | 149 | 33 |
| Possession and other drug offenses | 1,868 | 93.1 | 1,740 | 1,668 | 1 | 71 | 0 | 128 | 118 | 9 | 1 |
| **Public-order offenses** | 4,410 | 88.6% | 3,906 | 3,662 | 3 | 226 | 15 | 504 | 430 | 62 | 12 |
| **Regulatory** | 877 | 86.3% | 757 | 710 | 0 | 47 | 0 | 120 | 99 | 19 | 2 |
| Antitrust | 19 | 89.5 | 17 | 17 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| Food and drug | 35 | 88.6 | 31 | 30 | 0 | 1 | 0 | 4 | 4 | 0 | 0 |
| Transportation | 146 | 84.9 | 124 | 113 | 0 | 11 | 0 | 22 | 17 | 4 | 1 |
| Civil rights | 87 | 67.8 | 59 | 47 | 0 | 12 | 0 | 28 | 18 | 10 | 0 |
| Communications | 23 | 91.3 | 21 | 21 | 0 | 0 | 0 | 2 | 2 | 0 | 0 |
| Custom laws | 61 | 80.3 | 49 | 49 | 0 | 0 | 0 | 12 | 12 | 0 | 0 |
| Postal laws | 32 | 81.3 | 26 | 26 | 0 | 0 | 0 | 6 | 6 | 0 | 0 |
| Other regulatory offenses | 474 | 90.7 | 430 | 407 | 0 | 23 | 0 | 44 | 40 | 3 | 1 |
| **Other** | 3,533 | 89.1% | 3,149 | 2,952 | 3 | 179 | 15 | 384 | 331 | 43 | 10 |
| Tax law violations[b] | 425 | 95.3 | 405 | 370 | 0 | 34 | 1 | 20 | 15 | 4 | 1 |
| Bribery | 141 | 97.9 | 138 | 127 | 0 | 11 | 0 | 3 | 3 | 0 | 0 |
| Perjury, contempt, and intimidation | 308 | 79.9 | 246 | 214 | 1 | 31 | 0 | 62 | 40 | 20 | 2 |
| National defense | 70 | 82.9 | 58 | 56 | 0 | 2 | 0 | 12 | 11 | 0 | 1 |
| Escape | 453 | 85.7 | 388 | 378 | 0 | 7 | 3 | 65 | 63 | 2 | 0 |
| Racketeering and extortion | 789 | 87.1 | 687 | 637 | 1 | 46 | 3 | 102 | 85 | 13 | 4 |
| Gambling | 29 | 96.6 | 28 | 27 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| Liquor offenses | 1 | ^ | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonviolent sex offenses | 734 | 93.6 | 687 | 661 | 1 | 22 | 3 | 47 | 46 | 1 | 0 |
| Obscene material[b] | 43 | 100.0 | 43 | 39 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| Traffic offenses | 29 | 86.2 | 25 | 24 | 0 | 1 | 0 | 4 | 4 | 0 | 0 |
| Wildlife | 49 | 93.9 | 46 | 42 | 0 | 4 | 0 | 3 | 3 | 0 | 0 |
| Environmental | 42 | 81.0 | 34 | 32 | 0 | 2 | 0 | 8 | 8 | 0 | 0 |
| All other felonies[b] | 420 | 86.4 | 363 | 344 | 0 | 15 | 4 | 57 | 53 | 2 | 2 |
| **Weapon offenses** | 9,024 | 90.1% | 8,135 | 7,584 | 8 | 508 | 35 | 889 | 768 | 99 | 22 |
| **Immigration offenses** | 15,602 | 95.9% | 14,959 | 14,843 | 2 | 91 | 23 | 643 | 623 | 14 | 6 |
| **Misdemeanors[b]** | 10,253 | 71.4% | 7,318 | 6,695 | 423 | 21 | 179 | 2,935 | 2,821 | 8 | 106 |
| Fraudulent property offenses | 738 | 83.6 | 617 | 604 | 9 | 1 | 3 | 121 | 117 | 1 | 3 |
| Larceny | 1,303 | 63.7 | 830 | 779 | 29 | 5 | 17 | 473 | 468 | 1 | 4 |
| Drug possession[b] | 1,902 | 75.1 | 1,429 | 1,375 | 41 | 1 | 12 | 473 | 463 | 1 | 9 |
| Immigration offenses | 259 | 93.4 | 242 | 239 | 1 | 1 | 1 | 17 | 17 | 0 | 0 |
| Traffic offenses | 4,044 | 69.1 | 2,794 | 2,391 | 305 | 3 | 95 | 1,250 | 1,175 | 0 | 75 |
| Other misdemeanors | 2,007 | 70.1 | 1,406 | 1,307 | 38 | 10 | 51 | 601 | 581 | 5 | 15 |

Note: For further information, see Chapter notes, item 1, p. 66.
^ Too few cases to obtain statistically reliable data.
[a]Includes mistrials.
[b]In this table, "Murder" includes nonnegligent manslaughter; "Fraud" excludes tax fraud; "Sexual abuse" includes only violent sex offenses; "Larceny" excludes transporting stolen property;

"Other property offenses" excludes fraudulent property offenses and includes destruction of property and trespassing; "Tax law violations" includes tax fraud; "Obscene material" denotes the mail or transport thereof; "All other felonies" includes felonies with unclassifiable offense type; "Misdemeanors" includes misdemeanors, petty offenses, and unknown offense levels; and "Drug possession" also includes other drug misdemeanors.