# Attachment E

258

Q    Did you have conversation with him in the basement?

A    Yes.

Q    What was the conversation that you had with him in the basement?

A    I asked him, "Why was you over that house, I never picked you up from there." And then he said, "Well, that's the crackhead that Kenny know," or whatever. And I was like, "Oh." And then he was like, then he started telling me what had happened that night.

Q    Now, let's slow down for a minute. You asked him?

A    Why was they over there.

Q    Over where?

A    Over that house where I picked them up from.

Q    The house that you showed us on the photographs?

A    Yes.

Q    And what was his response to you when you asked him why you picked him up there?

A    He told me it was a crackhead that Kenny know. He just started telling me a story of what happened that night.

Q    Would you tell us the story slowly of what he told you that night as you recall it?

A    Okay. He said that he was driving. It was him, Kenny and June Bug in the car, and he said there was one more man was in the car, but he was driving. Kenny and June Bug was in the back, and the other person was in the front seat. And he was

259

driving June Bug's car.

And then they -- oh, before all of this, though -- can I start from the beginning?

Q    Okay.

A    He had told me that they were carjacking around that way, but I didn't pay it any attention. He didn't say who it was, I just said somebody was carjacking.

Q    Let me stop you right there. At some point in time, was that same night that Mr. Wilson told you about someone carjacking?

A    No, it was before that.

Q    Was it during your Christmas break?

A    Yes, from what I can remember.

Q    All right. And what was the conversation you had with him when he told you about someone carjacking?

A    He was just like be careful because they been carjacking around here.

Q    That's what he told you before this January 3rd?

A    Yes.

Q    Okay. Now, on January 3rd, 2002, you asked him why he's that house?

A    Right.

Q    And after he tells you that it was a crackhead that Kenny knew.

A    Right.

260

Q    He tells you what happened?

A    Yes.

Q    What does he tell you?

A    He told me that he was driving, Kenny and June Bug was in the back, and that somebody else was in the front seat, but I can't remember who he said was in the front seat. And then he said that they went up a alley, I think on 8th Street, and they had on masks, and they had guns, and they told -- and everybody ran except for two guys, two guys didn't run, and they got those two guys.

Kenny and June Bug put them in the back with them. Then he told me they was driving. And from what I remember, Kenny asked the boy his name, one of the boys his name, and the boy said, Eazy.

And then he told me that they was driving, and from what I can remember they stopped at Keating Place, I don't know why. And then the boys got out the back seat and Kenny shot somebody, and June Bug or Kenny shot somebody, but Lorenzo said he didn't shoot anybody.

Q    Told you he didn't shoot anyone?

A    Yeah.

Q    What did he tell you after that?

A    And then the two-way pager, a two-way pager went off. And I said, Is that yours? And he was like, No, that's the boy. Then he pulled it out and whatever. And he was like, Oh, the

261

guy wasn't lying, his name is Eazy. And it said Eazy on the two-way.

Q    What else did he tell you?

A    That's it.

Q    Let's back up for just a second. When Mr. Wilson told you that he drove the car to 8th Street, what did he tell you about the car?

A    What did he tell me about it?

Q    Yeah.

A    What kind of car?

Q    Did he tell you what kind of car it was?

A    He said it was a Lincoln, it was a long Lincoln.

Q    Did he tell you whose car it was?

A    He said it was June Bug's car.

Q    And what did he tell you in terms of what happened to that car?

A    June Bug was going to get it painted the next day.

Q    Did he say anything to you about where the car was that night?

A    The car was in the crackhead's driveway or in his garage.

Q    And what, if anything, did he tell you concerning the arrangements made to keep the car in that garage, the driveway?

A    Kenny gave him some drugs to keep the car.

Q    Who told you that?

A    Lorenzo.

262

Q   Was it that night that he told you that?

A   Yes.

Q   Now, you mentioned a two-way pager.  Is that what you called it?

A   Yes.

Q   Okay.  You heard a pager go off?

A   Yes.

Q   Where were you in your house when you heard the pager go off?

A   In my basement.

Q   Up until that point in time, had you had -- had Lorenzo carried a pager?

A   No, he didn't have one that I remember.

Q   That you knew of?

A   No.  I noticed one.

Q   You heard the pager go off?

A   Uh-huh.

Q   What happens after you heard the pager go off?

A   I was like, you know, who is that.  I was happy for him.  I thought it was his.  I don't think he said anything.  He just pulled it out, and he was like, The guy wasn't lying, his name is Eazy.

Q   Let me interrupt you there.  Can you describe what the pager looked like?

A   It was black, you can hold it in your hand.  It wasn't that

263

big, but wasn't small either.

Q   Did it have a screen on it you could read?

A   Yes.

Q   And when he tells you that the guy wasn't lying, his name was really was Eazy, who was he referring to?

A   One of the guys they shot.

Q   Who shot?

A   He said Kenny shot the first one, and the second one I can't recall if he said June Bug or Kenny shot them.

Q   But he said one of those two people shot?

A   One of those two, but I know for sure he said Kenny shot one of them.

Q   Now, what does he -- you've told us that he -- that Mr. Wilson told you that they kept -- they stopped on Keating Street?

A   Yes.

Q   And got the people out of the car?

A   Uh-huh.

Q   You have to say yes or no.

A   Yes.

Q   What does he tell you happened after that?

A   And then they put the guys in the trunk, and they dropped one off at Oxon Run, and they drop another one off in this dark area near this girl Kelly's house.

Q   Do you know where Kelly live?

264

A   No, she lives around my way, but I don't know exactly where.

Q   And what did he tell you, what, if anything, did he tell you happened when they got to drop the guy off by Kelly's house?

A   When they dropped -- oh, when they dropped the guy off at Kelly's house, Kenny shot him again and took his coat and his shoes.

Q   What did he tell you about where the pager came from?

A   The pager came from the guy's coat.

Q   And did he describe the coat for you?

A   Not that I can remember.  I think he -- from what I can remember, he said it was Eddie Bauer.

Q   Did he tell you what color the Eddie Bauer was?

A   Not that I can remember.

Q   And what did he tell, if anything, did he tell you about the shoes that Kenny took?

A   He just say they -- that Kenny took the shoes.  I remember he said that something was in the trunk of the car.  I can't remember if it was the coat.  I know he said something was still in the trunk of -- still in the trunk of June Bug's car.

Q   Now, when they got into the car, did you see an Eddie Bauer coat?

A   No, not that I can remember.

Q   But you saw tennis shoes?

A   Yes.

265

Q   Who had the -- what did you call them, Foamposites?

A   Kenny had them.  Kenny.

Q   And where did he tell you the pager came from?

A   He said the guy's coat.

Q   And that was the guy who was left by Kelly's house?

A   Yes.

Q   Do you know who Kelly is?

A   She went to my school.  I don't know her personally.

Q   Did he describe the area where they -- where Kenny shot this person a second time?

A   He just said it was dark.

Q   Now, let's back up for a second.  You said that -- you interrupted your story to say he had told you before about watching out for carjacking.

A   Right.

Q   That night in your basement, what did he say in terms of carjacking?

A   Oh, and I was like, "Why did y'all do that?"  And he was like, "Because those were the guys that was carjacking."

Q   And what did he tell you regarding who -- who it was that they picked up on 8th Street?

A   Oh, they just picked those two because everybody else ran, and those the two that didn't run.

Q   Now, after the text pager goes off, do you continue to talk with Mr. Wilson?