# Attachment F

James Everett Flood   Affidavit

I James Everett Flood, hereby declare and affirm under the penalty of perjury, pursuant to 28 USC § 1746, that I am over 18 and is comtetent to make this Affidavit and the following statements are true and correct upon personal knowledge, and belief:

1. I was Represented at my trial first by Harry Trainor and John McKenna then by Michael E. Lawlor.

2. I did not believe my chances of winning at trial was very good. All I wanted to do was avoid getting a life sentence, I was hoping I could get a plea and get a lower sentance. As far as I know my lawyers never asked the government about the possibility of a plea before the trial

James Flood-Bey
12-6-11