The Law Office of

# Marta K. Kahn, LLC

8 East Mulberry Street
Baltimore, MD 21202

tel:  410-299-6966
fax: 443-927-7216
mkkahn@yahoo.com

December 13, 2011

The Honorable Peter J. Messitte
United States District Court Judge
United States District Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Judge Messitte:

Attached please find a signed verification from Mr. James Flood in relation to his Motion to Vacate under 28 U.S.C. §2255. Although I believe I am authorized under the rule to sign for him as his counsel, as this arrived in the mail today within the statute of limitations, I am forwarding it to the Court in an abundance of caution.

Sincerely,

Marta K. Kahn

Enclosure

Respectfully submitted,

_____/s_____
Marta K. Kahn
The Law Office of Marta K. Kahn, LLC
8 E. Mulberry St.
Baltimore, MD 21209
(410) 299-6966

Verification

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE AND IN THE ACCOMPANYING MEMORANDUM IS TRUE AND CORRECT.**

James Everett Flood, III                    12/5/11
                                            Date

4