**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JAMES EVERETT FLOOD       *

Petitioner       *

v       *       Civil Action No. PJM-11-3563
      (Related Crim. Case PJM-03-457 )

UNITED STATES OF AMERICA       *

Respondent       *
      ***

## ORDER

The above-captioned Motion to Vacate, Set Aside or Correct Sentence was filed on December 12, 2011.  ECF No. 396.  This is Petitioner's first Motion to Vacate and it appears to be timely filed.  The government shall file a response.  Accordingly, it is this 10th day of January 2012, by the United States District Court for the District of Maryland hereby ORDERED that:

1.  The United States Attorney SHALL RESPOND to the Motion to Vacate within 60 days of the date of this Order;

2.  Petitioner SHALL NOTIFY the Court and the government of any change of address; and

3.  The Clerk SHALL PROVIDE copies of this Order to Marta Kahn, Esq., and Assistant United States Attorney Sandra Wilkinson.

                /s/
                PETER J. MESSITTE
                UNITED STATES DISTRICT JUDGE