**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **Civil No. PJM 11-3563** |
| | **:** | **Criminal No. PJM 03-457** |
| **JAMES EVERETT FLOOD, II** | **:** | |
| **Defendant.** | **:** | |

**\*\*\*\*\*\*\***

**ORDER**

Pending before the Court is the Government's Motion for Extension of Time in which to file a response to Defendant/Petitioner Flood's Motion filed under 28 U.S.C. Section 2255. Good cause having been shown, IT IS, this __ day of March, 2012 ORDERED THAT:

1.      The Government's Motion BE, and the same hereby IS, GRANTED.

2.      That the Government's Response to Flood's Motion to Vacate Pursuant to 28 U.S.C. § 2255 is now due to filed by April 26, 2012.

3.      That a copy of this Order be provided to both parties.


_____
Peter J. Messitte
United States District Judge