TO WHOM IT MAY CONCERN

My names Angela Neal. I known Lorenzo Wilson from a house party we all went to before. January 3, 2002 I had came to Maryland to visit a friend. I remember that date to cause all the people was talking bout a shoot out at a club and a high speed chase that was in the news. That day I had gone to the mall to do some shopping. I thin it was KBToys. On my way back I ran into him. I dont know the street cause I dont know the area to well. It was like 8:30 at night. We was talking bout 10 to 15 minutes out on the street when a car stopped close by. I dont know what kinda car it was but it was really big and dark. I saw three brothas get out. The one driving shot off down the street without stopping. The other one that was in the front seat came up to us and scoped me out. Then he started to talking to Ant real fast like. I couldnt hear all that they said but I heard him say like they was trying to head over to Butters but they need a ride cause theirs was acting up and he asked Ant if he could hook him up and Ant nodded his head and said that he could but he have to call and check it out first. This guy gave Ant his cell and he called someone. I dont no who cause they walked a little ways away. Maybe 3 or 4 mintues Ant came  and told me that he had to bounce but that he get back at me. I didnt see him no more that day. I didnt even know he got arrested till I was hanging out with my friend and Ant called. He told me that they had him on some trumped up charges and if I remember that  day we was chilling out on the street and I told him I did and he told me to call his lawyer and tell him bout it. I called like a week later which was around my birthday and left my name and cell number. No one called me back so I thought the charges got dropped or something. But Ants people got ahole of me today and told me he lost in trial and that he was bout to get sentenced. They ask me why I didnt come and testify at Ants trial and I told them no one called me and I thought the charges got dropped. Then they ask me write a letter to the judge so Ant can give it to him. So thats what I done.

_Angela Neal_  1/6/06
Angela Neal
1055 Killoden Drive
Monroe, LA 71203

EXHIBIT A