Subj:       **Re: Wilson**
Date:       9/13/2004 6:36:16 PM Eastern Daylight Time
From:       CDavisDC
To:         dpres@msn.com

Dave:

   I met with Wilson today.  Talked to him about the fact that Yogi is all but a figment of his imagination.  He still insists he is real.  He said Slug knows him.  ..  Could you identify the easiest way to fly into NC to see this guy. I will get Donna to issue a travel voucher and you can fly down and come back in a day if you like.  You might want to speak to Lorenzo again before going.  There is also that guy down on the Eastern Shore -- it is probably time to move on with this -- what do you think?

Chris

Davis & Davis
The Lincoln Building
514 10th Street NW
Ninth Floor
Washington, DC 20004

work (202) 234-7300
fax (202) 686-0391
cell (202) 487-6980

EXHIBIT B