PRINCE GEORGE'S COUNTY POLICE DEPARTMENT

STATEMENT OF VICTIM/WITNESS/SUSPECT

CCN: 02-003-1115    DATE: 03-28-02    TIME: 0840

STATEMENT OF: WHITLEY CHARLES EDWARD aka "CHUCKIE"
HOME ADDRESS:                                         PHONE:
BUSINESS ADDRESS: UN EMPLOYED                         PHONE: -
SEX/RACE/DOB:                    B: WASHINGTON D.C.   HEIGHT: 5-6
WEIGHT: 134    HAIR: BLK    EYES: BRN    SSN:
DRIVER'S LICENSE NO:                    TYPE OF OFFENSE: WITNESS
STATEMENT TAKEN BY:                LOCATION: C.I.D. \\ HOMICIDE STA

STATEMENT: When I was in the hospital kenny came to 7 vists during the 3 vist kenny ask me have I been looking at the news lately and I said yea and he said you heard about the police son getting kill around all way and I said yea. so he started to simik and I ask did he don't it and he said yea but didn't tell me what happen at that time When came home I ask him about it he told me that him baby, Ann A guy name June Bog, and Tony went up 8th st in S.E D.C. In kenny old Blue lincon he sold to June Bog. kenny said he got out and ask the guy for drugs when he went to get it kenny pull his gun out and told him to get in the car when the dude got in the car they drove to Hillcrest M.D. and kenny told the dude to get out and take off

I HAVE READ THE ABOVE STATEMENT CONSISTING OF 2 PAGE(S). THIS STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

_____          _____
WITNESSED BY                        Charles Whitley  SIGNATURE

P.G.C. FORM #2998 3/84

GRAND JURY EXHIBIT NO. W-2
WITNESS NAME Whitley
INITIALS OF REPORTER RmH
DATE 6-12-03

EXHIBIT C

STATEMENT OF VICTIM/WITNESS/SUSPECT (CONT.)    PAGE 2 OF 2

NAME: Whitley Charles    CCN: 02-003-1115

STATEMENT: your shoes and coat off after he took his shoes off and coat Kenny tell me he shoot him twice and they left.

Q: Why were you in the hospital?
A: I got shot in the stomach on 12-24-01. It was a robbery attempt CW

Q: What hospital were you in?
A: Howard University CW

Q: How did Kenny know you were in the hospital?
A: He knew I got shot. He came up there that same night CW

Q: What is Kenny's full name?
A: Kenneth Lightly 8/17/18 to 19 2002 Gaithers St Temple Hill Md. Benim Shubert Middle School. He has a white Box Caprice that sits in his driveway CW

WITNESSED BY    EXHIBIT C    SIGNATURE Charles Whitley

P.G.C. FORM #2998A  5/34    TIME TERMINATED: _____