## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

v.      *     CRIMINAL NO. PJM 03-0457

LORENZO ANTHONY WILSON     *

\* \* \* \* \*

### VERDICT SHEET

1.    Is the defendant, Lorenzo Anthony Wilson, guilty or not guilty of Count One, the kidnapping of Eric Hayes?

     Guilty _____      Not Guilty \_\_✓\_\_\_\_

2.    If you find the defendant guilty of Count One, the kidnapping of Eric Hayes, did the kidnapping result in his death?

     Yes _____      No _____

3.    Is the defendant, Lorenzo Anthony Wilson, guilty or not guilty of Count Two, conspiracy to kidnap Eric Hayes?

     Guilty \_\_✓\_\_\_\_      Not Guilty _____

4.    Is the defendant, Lorenzo Anthony Wilson, guilty or not guilty of Count Three, use of a firearm (to wit: the forcible placing of Eric Larry Hayes II at gunpoint into the vehicle during and in relation to the initial seizure of Eric Hayes in the District of Columbia) in the commission of a crime of violence?

     Guilty _____      Not Guilty \_\_✓\_\_\_\_

EXHIBIT D