

↖"PLEASE APPLY↗
TAPE

✳ LEGAL ✳
MAIL

✳
✳ LEGAL
MAIL
1257

✳ "PLEASE APPLY
↙ TAPE

UNITED STATES PENITENTIARY ATWATER
ATWATER, CA  95301  DATE

APR 1 0 PM

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which the facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.