IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LORENZO ANTHONY WILSON,          *

Petitioner                       *

v                                *          Civil Action No. PJM-12-1136
                                            (Related Crim. Case PJM-03-457)
UNITED STATES OF AMERICA         *

Respondents                      *
                                ***

## ORDER

The above-captioned Motion to Vacate, Set Aside or Correct Sentence was filed on April 13, 2012.  ECF No. 402.  This is Petitioner's first Motion to Vacate and it appears to be timely filed.  The government shall, therefore, be required to file an Answer.  Accordingly, it is this 17th day of April, 2012, by the United States District Court for the District of Maryland hereby ORDERED that:

1. The United States Attorney SHALL RESPOND to the Motion to Vacate within 60 days of the date of this Order;

2. Petitioner SHALL NOTIFY the Court and the government of any change of address; and

3. The Clerk SHALL PROVIDE a copy of this Order to Petitioner and SHALL PROVIDE a copy of this Order, and a copy of the Motion to Vacate to Assistant United States Attorney Deborah A. Johnston, Office of the United States Attorney, 6500 Cherrywood Lane, Suite 400, Greenbelt, Maryland 20770-1249.\

                                           /s/
                                    PETER J. MESSITTE
                              UNITED STATES DISTRICT JUDGE