**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PJM-03-00457** |
| | * | |
| **LORENZO ANTHONY WILSON,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

**ENTRY OF APPEARANCE**

MADAM CLERK:

Please enter my appearance in this case as counsel for the United States of America.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

_____/s/_____
Gregory P. Bailey
Special Assistant United States Attorney
6500 Cherrywood Lane
Greenbelt, Maryland 20770
301-344-0174