## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PJM-03-457** |
| | * | |
| **LORENZO ANTHONY WILSON,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## ORDER

The United States of America's Motion for Additional Time to Respond to the

Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a

Person in Federal Custody seeking an additional 60 days to file their response is hereby

GRANTED.

Ordered this ___ day of June, 2012

_____

The Honorable Peter J. Messitte
United States District Judge