The Law Office of

# Marta K. Kahn, LLC

8 East Mulberry Street                                                                    tel:  410–299–6966
Baltimore, MD 21202                                                                    fax: 443–927–7216
                                                                                              mkkahn@yahoo.com

June 7, 2012

The Honorable Peter J. Messitte
United States District Court Judge
United States District Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

     *United States v. James Flood*, Criminal No. PJM-03-457

Dear Judge Messitte:

     The undersigned filed a Motion to Vacate under 28 U.S.C. §2255 in the above captioned matter on December 12, 2011.  The Government responded approximately five and one half months later, on May 29, 2012.   The undersigned respectfully requests that the Court permit the undersigned to file a Reply brief on June 28, 2012, thirty days from the date of the Government's response.

     I thank the Court for its consideration.


                              Sincerely,

                              /s/

                              Marta K. Kahn