# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

        vs.

KENNETH JAMAL LIGHTY

\*

\*        **Case No.** 03-cr-00457

\*

\*\*\*\*\*\*

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, <u>Kenneth Jamal Lighty</u> . I

certify that: [check and complete one that applies]

☑     I am admitted to practice in this Court, and my bar number is <u>18390</u> .

☐     I am a member in good standing of the bar of the highest state court of _____

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence,

the Federal Rules of Appellate Procedure and the Local Rules of this Court.

<u>August 27, 2012</u>
Date

<u>Venable LLP</u>
Firm Address

<u>575 7th St. NW.</u>
Address

<u>Washington, D.C. 20004</u>
City/State/Zip

Please select your designation:

<u>(signature)</u>
Signature of Counsel

<u>Molly T. Geissenhainer</u>
Print Name

<u>202-344-4215</u>
Phone No.

<u>202-344-8300</u>
Fax No.

<u>mtgeissenhainer@venable.com</u>
Email Address

☑ CJA      ☐ Retained      ☐ Public Defender      ☐ Pro Bono

**\*\* NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)