_____ FILED        _____ ENTERED
_____ LOGGED    _____ RECEIVED

AUG **2 7** 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____        DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

KENNETH J. LIGHTY

\*

\*

\*

\*

\*\*\*\*\*\*

Case No.   03-cr-00457-PJM

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, Kenneth J. Lighty

_____. I certify that: [check and complete one that applies]

☐      I am admitted to practice in this Court, and my bar number is _____.

☒      I am a member in good standing of the bar of the highest state court of Arkansas

and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence,

the Federal Rules of Appellate Procedure and the Local Rules of this Court.

| | |
|---|---|
| August 24, 2012 | Signature of Counsel |
| Date | |
| | Julie Brain |
| | Print Name |
| Delaware Federal Defender Office | (302 442 6545 |
| Firm Address | Phone No. |
| 800 King Street, Suite 200 | (302) 573 6041 |
| Address | Fax No. |
| Wilmington, DE 19801 | Julie_brain@fd.org |
| City/State/Zip | Email Address |

Please select your designation:

☐ CJA          ☐ Retained          ☒ Public Defender          ☐ Pro Bono

**\*\* NOTE**: Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule
201.3. Such leave is liberally granted if sought within 14 days of the defendant's
initial appearance in this Court.

Entry of Appearance – Criminal (Rev. 02/2011)