**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

**MOTION FOR ORDER PERMITTING ACCESS TO TRIAL EXHIBITS**

Petitioner, Kenneth J. Lighty, by and through undersigned counsel, respectfully moves this Honorable Court to issue an order directing the Clerk of Court to permit counsel to have access to the exhibits that were admitted at the trial in this case.

In support of this Motion, undersigned counsel state:

1.    Mr. Lighty was convicted of kidnapping resulting in death and related charges and sentenced to death before this Court following a jury trial in 2005.

2.    Undersigned counsel were appointed by this Court on May 16, 2011, to represent Mr. Lighty in post-conviction proceedings pursuant to 28 U.S.C. § 2255.  In order to properly understand the existing record and to investigate and develop all potentially meritorious claims for post-conviction relief, undersigned counsel require the opportunity to examine and photograph the numerous exhibits that were admitted into the record at trial.  Counsel also require the opportunity to duplicate the audio and video recordings that are included amongst those exhibits.  Although counsel have received and reviewed the files maintained by Mr. Lighty's trial counsel, those files do not contain a complete, identifiable set of the trial exhibits and contain no audio or video recordings or transcripts thereof.

1

3.      Undersigned counsel contacted the Clerk's Office to request access to the exhibits in the case.  The Office staff informed counsel that the exhibits may be viewed only with the express permission of the presiding judge.   Counsel accordingly respectfully request that the Court grant that permission and order that counsel be allowed access to the exhibits in this case.

WHEREFORE, Petitioner, Kenneth J. Lighty, respectfully requests that this Motion be granted and that the Court enter an order directing the Clerk's Office to permit counsel for Mr. Lighty to view and photograph all trial exhibits, and to duplicate the audio and video recordings included in those exhibits.

Respectfully submitted,

Dated:  September 5, 2012

/s/ Julie Brain
Julie Brain
Julie_brain@fd.org
Karl Schwartz
Karl_schwartz@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street
Suite 200
Wilmington, DE 19801
302-573-6010

Seth A. Rosenthal
sarosenthal@venable.com
Bar No. 17080
Gilead I. Light
gilight@venable.com
Molly T. Geissenhainer
mtgeissenhainer@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*

2