**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**ORDER**

The Court has considered the Motion for Order Permitting Access to Trial Exhibits filed by Mr. Lighty.  The Court has determined that the Motion should be granted.  Accordingly, it is this _____ day of September, 2012, by the United States District Court for the District of Maryland hereby ORDERED that:

1.    The Office of the Clerk of this Court shall permit counsel for Mr. Lighty to examine and photograph the exhibits that were admitted into the record at the trial in this matter. The Office shall also permit counsel to duplicate the audio and video recordings that are included amongst those exhibits.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE