**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | **MOTION TO PERMIT JUROR** |
| | ) | **CONTACT** |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

## MOTION TO PERMIT JUROR CONTACT

Defendant Kenneth Jamal Lighty respectfully moves the Court to permit his counsel and their representatives to contact and interview the jurors in his case. As set forth in the accompanying Memorandum of law, permission to contact and interview the jurors is necessary to ensure that Mr. Lighty's constitutional rights were preserved during trial. In seeking such permission, Mr. Lighty and his counsel assure the Court that they do not intend either to invade the jury's deliberation process or to infringe upon jurors' privacy interests. Their focus will be on whether any improper extraneous matter may have influenced the jury's verdicts.

Respectfully submitted,

Dated:  September 5, 2012

/s/ Julie Brain

Julie Brain
Julie_brain@fd.org
Karl Schwartz
Karl_schwartz@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street
Suite 200
Wilmington, DE 19801
302-573-6010

Seth A. Rosenthal (D. Md. Bar No. 10780)
sarosenthal@venable.com
Gilead I. Light
gilight@venable.com
Molly T. Geissenhainer (D. Md. Bar No. 18390)
mtgeissenhainer@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*