**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

The Court has considered the Motion to Permit Juror Contact filed by Mr. Lighty. The

Court has determined that the Motion should be granted. Accordingly, it is this _____ day of

September, 2012, by the United States District Court for the District of Maryland hereby

ORDERED that counsel for Mr. Lighty and their representatives shall be permitted to contact

and interview the jurors empanelled in his case.

_____/s/_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE