## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

### MOTION TO WITHDRAW DOCUMENT

Petitioner, Kenneth J. Lighty, by and through undersigned counsel, respectfully moves this Honorable Court for permission to withdraw Document 421, filed in this Court ex parte and under seal using the Court's CM/ECF electronic filing system.

In support of this Motion, undersigned counsel state:

1.    Mr. Lighty was convicted of kidnapping resulting in death and related charges and sentenced to death before this Court following a jury trial in 2005.

2.    Undersigned counsel were appointed by this Court on May 16, 2011, to represent Mr. Lighty in post-conviction proceedings pursuant to 28 U.S.C. § 2255.

3.    On August 27, 2012, counsel filed a document, Document 421, in this Court ex parte and under seal using the Court's CM/ECF electronic filing system.  Counsel wish to withdraw that Document and respectfully request permission to do so.

WHEREFORE, Petitioner, Kenneth J. Lighty, respectfully requests that this Motion be granted and that he be permitted to withdraw Document 421.

Respectfully submitted,

1

2

Dated:  September 6, 2012

/s/ Julie Brain

Julie Brain
Julie_brain@fd.org
Karl Schwartz
Karl_schwartz@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street
Suite 200
Wilmington, DE 19801
302-573-6010

Seth A. Rosenthal
sarosenthal@venable.com
Bar No. 17080
Gilead I. Light
gilight@venable.com
Molly T. Geissenhainer
mtgeissenhainer@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*