**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | **Criminal No. PJM 03-00457** |
| **V.** | : |
| | |
| **KENNETH JAMAL LIGHTY** | : |

...oooOooo...

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO MOTION TO PERMIT JUROR CONTACT (DOCKET # 426)**

Comes now  United States of America, by and through Rod J. Rosenstein, United States Attorney for the District of Maryland, and the undersigned Assistant United States Attorney  and files this request for an enlargement of time through October 3, 2012 to file a response to Defendant Light's Motion to Permit Juror Contact (Docket 426) and as grounds therefore does state that undersigned counsel is beginning a trial on September 24, 2012 in front of Judge Bennett.  Counsel has consented to the

Respectfully submitted,

Rod J. Rosenstein
United States Attorney
/s/
By:_____
Sandra Wilkinson
Assistant United States Attorney

CERTIFICATE OF SERVICE

This is to certify that on this September 21, 2012, a copy of the foregoing Government's Request for Enlargement was e-filed emailed to counsel of record: Julie Brain at julie_brain@fd.org
_____/s/_____
Sandra Wilkinson