**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**                    :

                                       **Criminal No. PJM 03-00457**

       **V.**                                        :

**KENNETH JAMAL LIGHTY**                    :

                **...oooOooo...**

ORDER

Pending before the Court is the Government's Motion for Enlargement of Time  to Respond to Motion to Permit Juror Contact (Docket 426).  Good cause having been shown, and there defense counsel having agreed to the brief extension, IT IS this __ day of September, 2012 ORDERED:

1.    That the Government's Motion BE AND THE SAME HEREBY IS GRANTED;

2.    That the Government's Response to Motion to Permit Juror Contact be filed no later than October 3, 2012.

3.    That a copy of this Order be provided to counsel of record for both parties.

_____
Peter J. Messitte
United States District Judge