**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | |
|---|---|---|
| *Rod J. Rosenstein* | *400 United States Courthouse* | *301-344-4433* |
| *United States Attorney* | *6500 Cherrywood Lane* | |
| | *Greenbelt, MD 20770-1249* | *301-344-4032* |
| *Sandra Wilkinson* | | *FAX 301-344-4516* |
| *Assistant United States Attorney* | | *Deborah.Johnston@usdoj.gov* |

**November 2, 2012**

Honorable Peter J. Messitte
United States District Judge
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

   RE: <u>United States v. Lighty and Flood</u>, Crim. No. PJM 03-0457
      <u>United States v. Lighty</u>, Civil No. PJM 12-3065
      <u>United States v. Flood</u>, Civil No. PJM 11-3563

Dear Judge Messitte:

   Pursuant to the Court's Order, the government consulted with counsel for both Defendants this afternoon. The government learned that counsel for Lighty has not filed a legal Memorandum of Law in support of their claims. The government suggested that, consistent with this District's practice, counsel needed to fully brief its Claims in a Memorandum of Law before the Government files any Response. Counsel for Lighty disagree believing the Government needed to file an "Answer" before Lighty briefed his Claims. Thus, we were unable to agree on a schedule but the Government respectfully submits the proposed briefing order attached. Counsel for the Defendant do not consent.

        Very truly yours,

        Rod J. Rosenstein
        United States Attorney
          /s/

By:_____
     Deborah A. Johnston
     Sandra Wilkinson
     Assistant United States Attorneys