## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil No. PJM 11-3563** |
| | **:** | **Criminal No. PJM 03-457** |
| **JAMES EVERETT FLOOD, II** | **:** | |
| **Defendant.** | **:** | |
| | **\*\*\*\*\*\*\*** | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil No. PJM 12-3065** |
| | **:** | **Criminal No. PJM 03-457** |
| **KENNETH LIGHTY** | **:** | |
| **Defendant.** | **:** | |
| | **\*\*\*\*\*\*\*** | |

### BRIEFING ORDER

Pending before the Court, is Defendant Flood's Motion under 28 U.S.C. § 2255 to Vacate Sentence (hereinafter "Flood's Motion") which is fully briefed and Defendant Lighty's Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 (hereinafter "Lighty's Motion") that was filed October 16, 2012. Lighty's Motion is not yet fully briefed. Claim I in Lighty's Motion and Claim IV in Flood's Motion raise similar factual and legal issues. Accordingly, the Court sets the following bifurcated briefing schedule:

1.  Lighty shall file any Memorandum of Law in Support of Claim I of Lighty's Motion shall be filed on or before 30 days of the date of this Order.

2.  The Government shall file its Response to Lighty's Memorandum of Law in Support of Claim I within 45 days after Lighty's Memorandum is filed. Lighty shall have 15 days to file a Reply to the Government's Response.

3.  As to Claims II through IX in Lighty's Motion, Lighty shall file any supporting

Memorandum of Law on or before March 1, 2013.

4.    The Government shall file its Response to Lighty's Memorandum of Law in Support of

Claim One within 120 days after Lighty's Memorandum on Claims II through IX is filed.

Lighty shall have 30 days to file a Reply to the Government's Response.


So ordered this ____ day of November, 2012:


_____
Peter J. Messitte
United States District Judge


Copies to All Counsel