**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant.* | ) | |

**CONSENT MOTION FOR ACCESS TO
JUROR STRIKE LISTS**

Defendant Kenneth Lighty hereby moves for an order requiring the jury clerk to provide each party access to the juror strike lists submitted to the Court during jury selection in this case. The lists contain information essential to the resolution of the equal protection claims made by Mr. Lighty and his Co-Defendant, James Flood, in their respective Motions filed under 28 U.S.C. § 2255.

The government and Mr. Flood consent to the relief requested in this motion.

A proposed order is attached.

As grounds for this Motion, Mr. Lighty states:

1. On September 27, 2005, the parties in this case exercised their peremptory strikes of prospective jurors using what is known as a simultaneous, blind striking procedure. Each party simultaneously submitted its complete list of strikes to the Court without the other party knowing which jurors it was striking.

1

2.      The jury clerk informed undersigned counsel that the jurors' office has retained the strike lists from jury selection in this case.  The jury clerk further informed undersigned counsel that the jurors' office may not release the strike lists without an order from the Court.

3.      Mr. Lighty and Mr. Flood have filed motions under 28 U.S.C. § 2255.  Each Defendant has alleged that the government violated the Equal Protection guarantee of the Fifth Amendment by exercising its peremptory strikes to remove female jurors, as well as African-American female jurors in particular, from the panel of qualified jurors.

4.       Mr. Lighty and Mr. Flood have deduced, based on their own, jointly-exercised strikes, many of the jurors the government struck.  This information furnishes part of the basis for their equal protection claims.  Yet because of the simultaneous, blind striking procedure utilized in this case, Mr. Lighty and Mr. Flood are unable to determine conclusively all of the jurors the government struck.

5.      The strike lists are presumed to contain the information needed to permit the parties to determine conclusively which jurors each party struck.  The strike lists, therefore, contain information essential to the resolution of Mr. Lighty's and Mr. Flood's equal protection claims.

6.      In a letter order dated October 23, 2012, the Court directed the parties to confer regarding a briefing schedule for Mr. Lighty's and Mr. Flood's equal protection claims.  Release of the strike lists will allow the Court to consider and resolve these claims on an accurate evidentiary record.

WHEREFORE, for the foregoing reasons, Mr. Lighty, with the consent of the government and Mr. Flood, requests that the Court order the jury clerk to provide the parties access to the juror strike lists submitted to the Court in this case.

Respectfully submitted,


Dated:  November 5, 2012          /s/ Julie Brain                                    
                                  Julie Brain
                                  Julie_brain@fd.org
                                  Karl Schwartz
                                  Karl_schwartz@fd.org
                                  Capital Habeas Unit
                                  Delaware Federal Defender Office
                                  800 King Street
                                  Suite 200
                                  Wilmington, DE 19801
                                  302-573-6010

                                  /s/ Seth Rosenthal                            
                                  Seth A. Rosenthal (D. Md. Bar No. 10780)
                                  sarosenthal@venable.com
                                  Gilead I. Light
                                  gilight@venable.com
                                  Molly T. Geissenhainer (D. Md. Bar No. 18390)
                                  mtgeissenhainer@venable.com
                                  VENABLE LLP
                                  575 7th Street, NW
                                  Washington, DC  20004-1601
                                  202-344-4000

                                  *Counsel for Kenneth Jamal Lighty*