## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

**ORDER**

Having considered Defendant Kenneth J. Lighty's Consent Motion for Access to Juror Strike Lists, the government's consent to the relief requested in said Motion, and the claims made in the 28 U.S.C. § 2255 petitions of both Defendant Lighty and his co-defendant James Flood, it is hereby ORDERED that the Jury Clerk provide Mr. Lighty, Mr. Flood and the government, through their respective counsel, access to the juror strike lists submitted to the Court during jury selection in this case.

So ORDERED this _____ day of November, 2012

_____
Honorable Peter J. Messitte
United States District Judge