## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 03-cr-00457-PJM |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Pending before the Court is Defendant Flood's Motion Under to 28 U.S.C. § 2255 to Vacate Sentence, [Doc. 396], and Defendant Lighty's Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255, [Doc. 434]. Claim I of Lighty's Motion and Claim IV of Flood's Motion raise similar factual and legal issues. Accordingly, the Court finds it appropriate to consider those claims together and prior to addressing the balance of the claims in the respective Motions. To ensure the prompt resolution of all claims, the Court hereby sets the following schedule:

1. Within 30 days following the Court's decision on the pending Consent Motion for Access to Juror Strike Lists, [Doc. 441], Mr. Lighty may file an Amended § 2255 motion.

2. Within 45 days of the date upon which Mr. Lighty's amended motion is filed, the government shall file its responsive pleading with respect to Claim I of Mr. Lighty's motion. Mr. Lighty may thereafter file a reply to the government's response within 30 days of the filing of the response.

3.      Within 120 days of the filing of Mr. Lighty's reply on Claim I of his Motion, the government shall file an answer to the remainder of the claims in that Motion.  Mr. Lighty may thereafter file a reply within 90 days of the filing of the response.

4.      Mr. Lighty shall thereafter have 90 days in which to file any requests for discovery, supplementation of the record, an evidentiary hearing or for any other factual development procedures to which he believes he may be entitled.  The government may respond to any such requests within 90 days of their filing.  Mr. Lighty may file a reply, if necessary, within 30 days of the filing of the government's response.

5.      Within 120 days of the Court's resolution of any requests for fact-development procedures, or of the conclusion of those procedures should any be granted, Mr. Lighty shall file a brief on the merits of the remaining claims in his Motion.  The government may file a brief in response within 120 days thereafter, and Mr. Lighty may file a reply brief within 60 days of the filing of the government's brief.

So ORDERED this _____ day of November, 2012.


_____
Honorable Peter J. Messitte
United States District Judge