**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA               :

      V.                                    :        **CRIMINAL NO. PJM-03-0457**

KENNETH JAMAL LIGHTY                    :

                 ...oooOooo...

**MOTION TO STRIKE APPEARANCE**

Madam Clerk:

Please strike the appearance of Gregory Paul Bailey as counsel for the government for all

purposes in the above-captioned case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Deborah A. Johnston
Assistant United States Attorney