**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff,* | )    Case No. 03-cr-00457-PJM |
| | ) |
| v. | ) |
| | ) |
| KENNETH JAMAL LIGHTY, | ) |
| | ) |
| *Defendant.* | ) |

_____ FILED   _____ ENTERED
_____ LOGGED   _____ RECEIVED

NOV 1 3 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**ORDER**

Having considered Defendant Kenneth J. Lighty's Consent Motion for Access to Juror Strike Lists, the government's consent to the relief requested in said Motion, and the claims made in the 28 U.S.C. § 2255 petitions of both Defendant Lighty and his co-defendant James Flood, it is hereby ORDERED that the Jury Clerk provide Mr. Lighty, Mr. Flood and the government, through their respective counsel, access to the juror strike lists submitted to the Court during jury selection in this case.

So ORDERED this ____ day of November, 2012

_____
Honorable Peter J. Messitte
United States District Judge