_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

**NOV 15 2012**

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ ℰℬ _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

**UNITED STATES OF AMERICA**

**Case No. 03-cr-00457-PJM**

vs.

**KENNETH J. LIGHTY**

\* \* \* \* \* \*

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, Kenneth J. Lighty. I certify that: [check and complete one that applies]

☐    I am admitted to practice in this Court, and my bar number is _____.

☒    I am a member in good standing of the bar of the highest state court of

<u>Pennsylvania</u> and am familiar with the Federal Rules of Criminal Procedure, the Federal Rules

of Evidence, and the Federal Rules of Appellate Procedure and the Local Rules of this Court.

_November 15, 2012_
Date

_[signature]_
Signature of Counsel

Office of the Federal Public Defender
Firm Address

_Karl Schwartz_
Print Name

800 N. King Street, Suite 200
Firm Address

(302) 573-6010
Phone No.

Wilmington, DE 19801
City/State/Zip

(302) 573-6041
Fax No.

Karl_Schwartz@fd.org
Email Address

Please select your designation:

☐ CJA    ☐ Retained    ■ Public Defender    ☐ Pro Bono

**Note:** Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.