U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Deborah A. Johnston*
*Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4032*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*
*TTY/TDD: 301-344-2426*
*Deborah.Johnston@usdoj.gov*

November 18, 2012

The Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

   Re: United States v. James Flood, Civil No. 11-3563,  Crim No. 03-457
        United States v. Kenneth Lighty, Civil No. 12-3065, Crim No. 03-0457

Dear Judge Messitte:

       Pursuant to the court's order the parties have conferenced and reached an agreement on the scheduling in the above captioned matters. Attached is a proposed scheduling order for the court's consideration and approval.

                         Very truly yours,

                         Rod J. Rosenstein
                         United States Attorney

         By:_____/s/_____
             Deborah A. Johnston
             Sandra Wilkinson
             Assistant United States Attorneys