# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No. 03-cr-00457-PJM** |
| | ) | **Civil Case No. 11-cv-3563-PJM** |
| **v.** | ) | |
| | ) | |
| **JAMES EVERETT FLOOD, II,** | ) | |
| *Defendant.* | ) | |

**\*\*\*\*\*\***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No. 03-cr-00457-PJM** |
| | ) | **Civil Case No. 12-cv3065-PJM** |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| *Defendant.* | ) | |

**\*\*\*\*\*\***

### PETITIONERS' JOINT MOTION FOR DISCOVERY REGARDING THE ALLEGATIONS OF IMPERMISSIBLE DISCRIMINATION IN JURY SELECTION MADE IN THEIR MOTIONS FOR RELIEF UNDER 28 U.S.C. § 2255

Pursuant to Rule 6 of the Rules on Motion Attacking Sentence Under Section 2255, the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the due process clause of the Fifth Amendment, the Eighth Amendment, and this Court's Order dated November 19, 2012 (ECF No. 449), Petitioners Kenneth Jamal Lighty and James Flood request the following discovery related to Claims I and IV in their respective motions for relief under 28 U.S.C. § 2255, which allege that the Government impermissibly exercised its peremptory strikes to exclude women generally and African-American women in particular from the jury:

1.      A list of all capital eligible trials in which either Assistant United States Attorney Deborah A. Johnston, Esq., or Assistant United States Attorney Sandra Wilkinson, Esq., were the prosecutors.

2.      For each case listed in response to Request No. 1 above that either AUSA Johnston or AUSA Wilkinson prosecuted while employed by the U.S. Department of Justice, including the instant case, the contemporaneous notes that AUSA Johnston and/or AUSA Wilkinson made during jury selection.

3.      For each case listed in response to Request No. 1 above that either AUSA Johnston or AUSA Wilkinson prosecuted while employed by the U.S. Department of Justice, including the instant case, any and all documents that the Government obtained regarding any member of the venire from which the jury was drawn.

4.      For each case listed in response to Request No. 1 above that either AUSA Johnston or AUSA Wilkinson prosecuted while employed by the U.S. Department of Justice, including the instant case, any and all documents reflecting which jurors the Government struck, which jurors the defense struck and which jurors were acceptable to each side.   Such documents include, but are not limited to, the strike lists submitted by the Government and the defense at the conclusion of voir dire and maintained by the Jurors' Office, any other documents that the Jurors' Office maintains reflecting the strikes the Government and the defense exercised, and the Government's notes regarding the jurors it struck.

5.      For each case listed in in response to Request No. 1 above that either AUSA Johnston or AUSA Wilkinson prosecuted while employed by the U.S. Department of Justice, including the instant case, any and all documents reflecting the gender and race of the jurors on the venire.  Such documents include, but are not limited to, juror questionnaires maintained by

the Jurors' Office, any notes taken or documents created by Court personnel during jury selection, and any notes the Government took during jury selection.

6.      Depositions of AUSA Johnston and AUSA Wilkinson or, alternatively, answers to the following interrogatories:

a.      For each juror peremptorily struck by the Government or the defense in the instant case, please identify the gender and race of each such juror, whether the juror was struck by the Government or the defense or both, and all of the reasons for the Government's strikes.

b.      Please describe any information that the Government received regarding the penalty phase jury deliberations in *United States v. Haynes*, including but not limited to the split between jurors who voted for the death penalty and jurors who voted for life without parole and the gender and race of the jurors who voted for life imprisonment.  Additionally, please explain the beliefs of AUSA Johnston and AUSA Wilkinson regarding both the split between jurors who voted for the death penalty and jurors who voted for life without parole and the gender and race of the jurors who voted for life imprisonment in *United States v. Haynes*.

7.      The strike lists and all related materials maintained by the Jurors' Office in the following capital cases tried in the District of Maryland:  (a) *United States v. Taylor and Moses*, 02-cr-410; (b) *United States v. Argueta*, 05-cr-393; (c) *United States v. Dinkins and Gilbert*, 06-cr-309; and (d) *United States v. Patrick Byers*, 08-cr-00056.

A supporting Memorandum of Law is being filed contemporaneously.  For the reasons set forth in the Memorandum of Law, Mr. Lighty and Mr. Flood have good cause for each of the above discovery requests.  Accordingly, this Motion should be granted.

Dated:  December 20, 2012

Respectfully submitted,

/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
127 Church Street
2nd Floor
Philadelphia, PA 19106
(267) 639 0417

/s/ Karl Schwartz
Karl Schwartz
Karl_schwartz@fd.org
Chief, Capital Habeas Unit
Delaware Federal Defender Office
800 King Street
Suite 200
Wilmington, DE 19801
302-573-6010

/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
sarosenthal@venable.com
Gilead I. Light
gilight@venable.com
Molly T. Cusson (D. Md. Bar No. 18390)
mtcusson@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*

/s/ Marta K. Kahn
Marta K. Kahn
The Law Office of Marta K. Kahn, LLC
8 E. Mulberry St.
Baltimore, MD 21202
(410) 299-6966

*Counsel for James Flood*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of December, 2012, I caused the foregoing

*Petitioners' Joint Motion for Discovery Regarding the Allegations of Impermissible*

*Discrimination in Jury Selection Made in Their Motions for Relief Under 28 U.S.C. § 2255* to be

filed via the Court's ECF system, a copy of which was mailed by U.S. mail, first class, postage

pre-paid, to the following:

Deborah A. Johnston, Esq.
Sandra Wilkinson, Esq.
Assistant United States Attorney
Office of the United States Attorney
400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249


_____/s/_____
Seth A. Rosenthal, Esq.