**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No. 03-cr-00457-PJM** |
| | ) | **Civil Case No. 11-cv-3563-PJM** |
| **v.** | ) | |
| | ) | |
| **JAMES EVERETT FLOOD, II,** | ) | |
| *Defendant.* | ) | |

**\*\*\*\*\*\***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **Criminal Case No. 03-cr-00457-PJM** |
| | ) | **Civil Case No. 12-cv3065-PJM** |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| *Defendant.* | ) | |

**\*\*\*\*\*\***

## PROPOSED ORDER

Having found that Mr. Lighty and Mr. Flood have established good cause for the discovery requested, the Court hereby GRANTS Petitioners' Joint Motion for Discovery Regarding the Allegations of Impermissible Discrimination in Jury Selection Made in Their Motions for Relief Under 28 U.S.C. § 2255.

So ORDERED this _____ day of January, 2013

_____
Honorable Peter J. Messitte
United States District Judge