**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Deborah A. Johnston*
*Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4032*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*
*TTY/TDD: 301-344-2426*
*Deborah.Johnston@usdoj.gov*

January 7, 2013

The Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

    Re: <u>United States v. James Flood</u>, Civil No. 11-3563,  Crim No. 03-457
      <u>United States v. Kenneth Lighty,</u> Civil No. 12-3065, Crim No. 03-0457

Dear Judge Messitte:

    Pursuant to the court's scheduling order, the petitioners filed a motion for discovery on the *Batson* issue and an amended petition on December 20, 2012.  The government was to file a response within 15 days, making it due today, January 7, 2013.  Given the length of the defendant's pleadings and the holidays, the government has not add adequate time to prepare a response. Government counsel has consulted with opposing counsel who consent to an extension of time for the filing of our response.

    Accordingly,  the government respectfully request an extension to January 22, 2013 to file its response to petitioners' discovery motion. Thank you for your consideration of this request.

          Very truly yours,

          Rod J. Rosenstein
          United States Attorney

    By:_____/s/_____
        Deborah A. Johnston
        Sandra Wilkinson
        Assistant United States Attorneys