**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Deborah A. Johnston*
*Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4032*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*
*TTY/TDD: 301-344-2426*
*Deborah.Johnston@usdoj.gov*

January 15, 2013

The Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland   20770

    Re: <u>United States v. James Flood</u>, Civil No. 11-3563,  Crim No. 03-457
       <u>United States v. Kenneth Lighty,</u> Civil No. 12-3065, Crim No. 03-0457

Dear Judge Messitte:

    Pursuant to the court's memorandum and order dated January 10, 2013, Assistant United States attorney James Crowell IV will be the lead attorney on  the government's response to petitioner Lighty's *Batson/J.E.B.* claim as well as Lighty and  Flood's ineffective assistance of counsel claims based upon trial counsel's failure to raise a *Batson/J.E.B*. challenge at trial, which claims the court has previously consolidated for briefing, argument if necessary, and resolution.

    Given the volume of materials, new counsel will need additional time to familiarize himself with the issues and the record.  In addition, because the motion for discovery, in essence sets forth the petitioners' basis for relief, the government's response will necessarily address the merits of the claim. Such a response will require significant time.

    Government counsel has consulted with opposing counsel who consent to this request for additional time. Accordingly,  the government respectfully request an extension to March 11, 2013 to file its response to petitioners' pending motion. Thank you for your consideration of this request.

        Very truly yours,

        Rod J. Rosenstein
        United States Attorney

By:_____/s/_____
        Deborah A. Johnston
        Sandra Wilkinson
        Assistant United States Attorneys