

**JULIE BRAIN**
*Attorney at Law*

127 Church Street
2nd Floor
Philadelphia, PA 19106

267.639.0417
juliebrain1@yahoo.com

February 1, 2013

The Honorable Peter J. Messitte
United States District Judge
for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *United States v. Kenneth Lighty*, No. 03-cr-00457-PJM

Dear Judge Messitte,

Pursuant to the Court's scheduling order, Mr. Lighty's motion for discovery on all claims in his Amended § 2255 Motion other than Claim I is due to be filed on February 4, 2013. Although preparation of the motion is well underway, undersigned counsel have been unable to finally complete the document. Counsel accordingly respectfully request that they be given an extension of time of one week, until February 11, 2013, in which to file the motion.

Counsel has consulted with opposing counsel who stated their consent to the requested extension. Opposing counsel further request that the time in which the Government may file its response to the discovery motion be extended to March 11, 2013. Many thanks for the Court's consideration of these requests.

Respectfully submitted

/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
127 Church Street
2nd Floor
Philadelphia, PA 19106
(267) 639 0417

/s/ Karl Schwartz
Karl_Schwartz@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 573-6010

/s/ Seth A. Rosenthal
Seth A. Rosenthal
sarosenthal@venable.com
Bar No. 17080
Molly T. Cusson
mtcusson@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*