**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Plaintiff*, | )     **Case No. 03-cr-00457-PJM** |
| | ) |
| **v.** | ) |
| | ) |
| **KENNETH JAMAL LIGHTY,** | ) |
| | ) |
| *Defendant*. | ) |

### ORDER

Having found that Mr. Lighty has established good cause for the discovery requested, the Court hereby GRANTS Mr. Lighty's Motion for Discovery.

So ORDERED this _____ day of _____, 2013.

_____
Honorable Peter J. Messitte
United States District Judge

1