# EXHIBIT 2

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

IN RE:                              *     UNITED STATES

                                    *     SPECIAL GRAND JURY

LIGHTY INVESTIGATION                *     PROCEEDINGS

                *     *     *     *     *

July 2003 Term

September 3, 2003

Room 280-B

United States Federal Courthouse

6500 Cherrywood Lane

Greenbelt, Maryland   20770

WITNESS:                  **NIKITA CARTER**

APPEARANCE:               DEBORAH JOHNSTON, ESQUIRE

                          Assistant United States Attorney

Reported by:

Rita M. Hemphill

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL000816

2

# CONTENTS

Witness:                                                    Page

Nikita Carter                                                 3


GRAND JURY EXHIBITS:                                       Marked


Exhibit No. 1 -                                               7

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL000817

3

PROCEEDINGS

(1:17 p.m.)

Whereupon,

NIKITA CARTER

was called as a witness and, having been first duly sworn by the Foreperson of the Grand Jury, was examined and testified as follows:

EXAMINATION

BY MS. JOHNSTON:

Q. Ma'am, please state your full name.

A. Nikita          Carter.

Q. Could you please spell your middle name for the court reporter?

A.

Q. Where do you currently live?

A.                     Southeast, Washington, D.C.

Q. Your telephone number there?

A.              .

Q. Now, Ms. Carter, you understand that you've been placed under oath?

A. Mm-hmm.

Q. You have to say yes or no.

A. Yes.

Q. That means you must answer all questions here

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

4

truthfully and completely.  If you were to intentionally lie, mislead the Grand Jury or leave out information you could be charged with a crime such as perjury, obstruction of justice or making a false statement.  And if convicted, sentenced to a term of imprisonment and/or fined.  Do you understand that?

A.    Yes.

Q.    You also understand that you don't have the right to refuse to appear before the Grand Jury.  However, if you believe any of your answers might tend to prove that you, yourself, committed a crime, then you can refuse to answer such a question.  In order to do that you have to let me know that you want to refuse to answer the question on the basis that it might incriminate you.  Do you understand that right?

A.    Yes.

Q.    Also understand you don't have the right to have an attorney present in the Grand Jury with you.  If at any time you decide you want to consult with an attorney we can take a recess and if you cannot afford an attorney, one could be appointed for you.  Do you understand that?

A.    Yes.

Q.    Okay.  And are you willing to proceed at this time without an attorney?

A. Yes.

Q. If you change your mind at any time let me know and we'll recess and continue your testimony until another day and you can hire your own attorney or the court will appoint one for you. Okay?

A. Okay.

Q. Any questions about any of those rights?

A. No.

Q. What's your date of birth?

A.

Q. And your Social Security number?

A.

Q. And how far did you go in school?

A. Eleventh.

Q. Eleventh grade?

A. Grade.

Q. Where was that?

A.

Q. And when did you drop out of school?

A. In 1993.

Q. Where were you living when you went to high school?

A. I can't remember the house number, but it was in

Q. Did you basically grow up in that area of

KL000820

6

Temple Hills?

A.   From the age of 12.

Q.   Now, how long have you lived at your current address?

A.   For one year and four months.

Q.   About when did you move in?

A.   July of last year.

Q.   That would be July of 2002?

A.   Yes.

Q.   And where were you living before you moved into the Bailey Place address?

A.   Apartment

Q.   What was the telephone number there?

A.

Q.   And who did you live with at that address?

A.   My parents, George and Catherine Lee.

Q.   Now, calling your attention to late 2001 into January of 2002. Where were you living at that time?

A.   Oh, with Tanisha on -- off of Pennsylvania Avenue.

Q.   Was it an apartment or a house?

A.   Apartment.

MS. JOHNSTON:  May I have this marked as Ms. Carter's Grand Jury Exhibit No. 1.

(Grand Jury Exhibit Carter No. 1 was marked for identification.)

BY MS. JOHNSTON:

Q. Let me show you what's been marked as Grand Jury Exhibit Carter No. 1. Do you recognize that document?

A. Mm-hmm.

Q. What is it?

A. The phone bill.

Q. Okay. And the phone bill for -- whose phone bill is it?

A. Mine.

Q. Okay. And what was your telephone number?

A.

Q. Okay. And where did you have that telephone number?

A. Maryland.

Q. And the apartment number?

A.

Q. And who were you living with at that address?

A. Tanisha.

Q. Do you know Tanisha's last name?

A. Flood.

Q. And is she related to James Flood?

8

A.   Yes.

Q.   And how is she related to him?

A.   His sister.

Q.   Do you know how long you lived at that address?

A.   For about two -- two or three months.

Q.   And who lived there while you lived at that address?

A.   Myself, Tanisha, Zakiyyah, my son James and Tanisha's daughter Kanisha.

Q.   Okay.  Now, your son, James, how old is he?

A.   He's four.

Q.   When was he born?

A.   October the 15th, 1998.

Q.   And that's the son you're talking about who was living with you?

A.   Yes.

Q.   And Tanisha's son?

A.   Daughter.

Q.   Daughter.  How old was she?

A.   I think she's six -- six at the time.

Q.   About six years old?

A.   Yes.

Q.   And you mentioned a third person, who was that?

9

A. ?

Q. Could you spell her name, please, for the court reporter?

A.

Q. Now, you lived there during what time period?

A. I think I first went there probably like around October, like, late October and I left, like, the second week of January.

Q. That would be --

A. Of 2002.

Q. So you moved in late October of 2001?

A. Yes.

Q. And moved out the --

A. January -- like, two weeks into January of 2002.

Q. Okay. So the week of Christmas and the first week of January you were living at that address?

A. Yes.

Q. Who is Ms.

A. My friend.

Q. Was she staying there with you at the time?

A. Yes.

Q. And were you involved in a relationship with her?

A. Yes.

10

Q.    Now, you mentioned James Flood, your baby's father. How long have you known him?

A.    Since I was 14.

Q.    And where did you meet him?

A.    In the neighborhood where I grew up at.

Q.    Did he live in that neighborhood?

A.    Excuse me?

Q.    Did he live in that neighborhood?

A.    Yes.

Q.    Where did he live?

A.    On 24th Avenue.

Q.    And who did he live with at that address?

A.    His parents.

Q.    Other than his sister, did he have any other siblings?

A.    They're deceased.

Q.    So it was just his sister Tanisha and him?

A.    Yes.

Q.    Now, did there come a time when he moved out of his parents home?

A.    Yes.  In March of 2001 -- like, end of February, beginning of March of 2001.

Q.    And do you know where he moved then?

A.    To Washington, D.C. on 18th Street.

Q.    Do you remember the address on 18th Street?

11

A.   No, I do not.

Q.   Do you know how long he lived there?

A.   Probably for about -- he still resides there, so from March -- end of February, March 2001 to now.

Q.   Who does he live with at that address?

A.   His cousin.

Q.   What's his cousin's name?

A.   Lamont.

Q.   Do you know Lamont's last name?

A.   No.

Q.   Has his cousin, Lamont, lived with him the entire time?

A.   Yes.

Q.   Does Lamont work?

A.   I don't know.

Q.   Does he drive any cars?

A.   I don't know.

Q.   How about James, does he drive any vehicles?

A.   Right now he's not.

Q.   Right now he's not?

A.   No.

Q.   What happened to his last vehicle?

A.   It got stolen.

Q.   And what kind of cars have you ever seen James drive?

KL000826

12

A.   From the beginning to now?

Q.   No, let's just say since he moved out in 2001, March of 2001, to the present.

A.   How many?

Q.   What cars have you seen him drive?

A.   He had a Caprice, a white Caprice, a family van -- I want to say, like, made by Chevrolet or something, and a dirt bike -- that's all.

Q.   Did you ever see him in a blue Lincoln?

A.   No.

Q.   Did you ever hear him talk about a blue Lincoln?

A.   No.

Q.   Ever hear him talk about buying a car and sending it down to his dad or his mother?

A.   Not between those years -- I mean, well, the year from the time he moved out the home -- from 2001 to now, no.

Q.   Was it --

A.   Before then.

Q.   Before then?

A.   Yes.

Q.   What car was that that you heard him talk about?

A.   It was a Pontiac, an old Pontiac like a '70-

KL000827

13

something Pontiac.

Q. You never heard him discuss a blue Lincoln and sending that to his parents?

A. No.

Q. Did you ever meet his uncle, Mr. Lassiter?

A. Do you have another name, other than that?

Q. Have you met any of his relatives?

A. Yes.

Q. Okay. And which relatives have you met?

A. His mother, his father, his sister, a couple of cousins --

Q. Well, you mentioned one cousin, Lamont. You met Lamont?

A. Lamont. A cousin, Loretta -- you talking about her father? Mr. Lancaster? Is that her --

Q. Mr. Lassiter.

A. Oh, Lassiter.

Q. Ernest.

A. Ernest, yeah.

Q. You met Ernest?

A. Yes.

Q. Did you ever hear any discussion between Ernest and James Flood about a blue Lincoln?

A. No. He don't even live up here.

Q. He lives in North Carolina?

KL000828

14

A. Yes.

Q. And did Mr. Flood ever discuss or did you ever overhear him talking about him having a garage somewhere or keeping cars some place?

A. No. Uh-uh.

Q. You have to say yes or no.

A. Oh. No.

Q. Now, during the time that you were living with his sister on Pennsylvania Avenue, did Mr. Flood ever call you on his cell phone?

A. Yes.

Q. Would you recognize his cell phone number if I showed you something with it on?

A. Yes.

Q. Let me show you a page that has been previously marked as a Grand Jury Exhibit and it's dated August 6th of 2003.

Now, calling your attention to the number at the top, do you recognize that number?

A. Mm-hmm. Yes.

Q. And whose number is that?

A. James'.

Q. And can you read the number for us?

A. 240-988-8630.

Q. Was that his house telephone number or his

KL000829

15

cell phone?

A. Both, because he didn't have a house phone.

Q. He didn't have a house phone?

A. No.

Q. So this was his cell phone number?

A. Mm-hmm. And he used it as his house phone, too.

Q. So that's the only number you had to contact him back in January of 2002?

A. Yes.

Q. Okay. He didn't have a home number in his house?

A. No.

Q. Now, the telephone bill that I showed you before with your telephone number -- was that a house phone or a cellular phone?

A. House phone.

Q. Was that the only telephone number for the residence Apartment that you shared with his sister?

A. Yes.

Q. Now, during the time that you stayed those couple of months from late October until the middle of January at the Pennsylvania address did you ever get any calls from James to come pick him up anywhere?

16

A. Yes.

Q. Do you recall how many times he called and asked you to come pick him up?

A. Twice.

Q. What was your relationship with Mr. Flood like during that time period -- late October 2001 until middle of January of 2002 when you moved out of that address?

A. Our relationship was -- he was my son's father.

Q. Were you still involved with him romantically during that time period?

A. No.

Q. When had you stopped any romantic or sexual involvement with him?

A. Like, March of 2001.

Q. Okay. Now, since March of 2001 have you resumed a sexual or romantic relationship with Mr. Flood?

A. No.

Q. And how would you describe your relationship with him? Were you close, did you talk to him frequently during that time you lived at Pennsylvania Avenue? Late October 2001 until mid January 2002.

A. Our relationship -- yes, we are close. Yes,

KL000831

17

we do -- we did talk then and we still talk now.

Q.  Were there any difficulties with Mr. Flood during that time period because of Ms. Salaam staying with you?

A.  No, it wasn't a difficulty with her staying with me.  He couldn't -- he didn't like the fact that I was dealing with a female in a relationship.

Q.  And did that reflect itself in the way he talked to you or what would occur if he would come over to the house or call when Ms. Salaam was there?

A.  Nope -- no.

Q.  During that time from late October 2001 until January of 2002, did you ever go anywhere to try to pick Mr. Flood up and not be able to pick him up?

A.  From when?

Q.  During that time period when you're living in the Pennsylvania Avenue address --

A.  Oh, yes.

Q.  -- late October 2001 until January of 2002.

A.  Yes.

Q.  Okay.  What were those circumstances?

A.  He had called and told his sister that he was just car-jacked and he was standing outside on St. Barnabas Road at the Shell gas station.  His sister then came to my room and told me.  We then left to go

18

pick him up.

When we got there we didn't see him, we rode a little ways down St. Barnabas Road each direction, and then we went to his home. When we got to his home, as we was knocking on the front building door James pulled up with a police officer.

Once he got out the car he had no shoes, no money, no wallet, no keys, no nothing -- no jacket.

Q. Did you speak to him?

A. Yes.

Q. And what did he tell you happened?

A. I was like, Where is your shoes? And he was like, They took them, leave me alone. And I was like, What you mean, they took them? I mean, it was like damp outside, so his socks was wet. And he had an attitude or whatever because he had just got car-jacked and they took his money and stuff. And he was upset about that or whatever and he was, like, Just leave me alone.

Q. Did he tell you whether or not anyone was with him when this car-jacking occurred?

A. No. He said he was by his-self at the Shell gas station.

Q. And in addition to taking his shoes, did he tell you if they took anything else?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL000833

19

A.   His shoes -- yes.  His shoes, his money out his pocket, his car, his jacket --

Q.   Do you know what kind of jacket it was?

A.   It was like -- it's like a yellow jacket and it has reflective -- it's like it got a little reflector on it, around the arm part, where both of the elbows are, and it says police on that part.  And then across the back it has the same little gray reflector with the letters police in it.

Q.   Okay.  Was he a police officer?

A.   Uh-uh.  It's just a jacket.

Q.   Was it a heavy winter coat or a light windbreaker?

A.   It was a little -- it was a windbreaker.

Q.   Do you know if anyone was ever caught for that car-jacking?

A.   No.  We just looked at it as -- I mean, we just -- I ain't want to say that.  We just was like, Forget it.  I mean, he ain't have no insurance, he couldn't go to his insurance company, as far as being reimbursed for the car.

Q.   Why was that?

A.   Because he ain't have no insurance and the police wasn't going to be out there looking for the car, so we just got over it.

KL000834

20

Q. And what kind of car was it?

A. A Caprice.

Q. What color?

A. White.

Q. Now, other than that, you don't recall going out during the time period you lived at Pennsylvania Avenue to go pick him up in the nighttime?

A. That was the -- that was actually the second time. The first time that he asked for a ride, he was just getting off of work, it was between the hours of 5:00 and 6:00 and he was at Congress Terrace subway station and he needed a ride home.

Q. Now, do you know any of his friends?

A. A few of them.

Q. Okay. And who would those be?

A. JB, Tony, Snake -- you want the female names, too?

Q. Well, yes, if you know them.

A. Crystal, Meekie -- it's a lot. I mean, because we went to school together, so his friends is my friends, you know what I'm saying? Everybody he know everybody, I know. Every -- I don't know any new friends outside of the neighborhood kids and the school kids.

Q. Okay. What I'm interested in are people who

21

would have been his friends during the time that you lived with his sister on Pennsylvania Avenue.

A.   I mean, those names I just named.

Q.   And I believe you mentioned JB?

A.   Mm-hmm.

Q.   Do you know JB's real name?

A.   No.

Q.   Where does he live?

A.   He lives off of                    irectly behind the

Q.   Does he still live there?

A.   I believe so.

Q.   When was the last time you saw him?

A.   Oh, last year sometime.

Q.   Did Mr. Flood hang out in the neighborhood with him?

A.   Yes.

Q.   In the old neighborhood where his parents' house was?

A.   Yes.

Q.   Okay.  Was JB out on the street hustling?

A.   No, not that I know of.

Q.   How about Mr. Flood, do you know whether or not he sold drugs?

A.   No.

KL000836

22

Q. No, what? He didn't or, no, you don't know?

A. No, I don't know.

Q. You never asked where he got -- whether or not he sold drugs?

A. No, I ain't never have to ask him nothing like that.

Q. Did you ever see him with any drugs?

A. No.

Q. Did he ever tell you whether or not he used drugs?

A. He don't.

Q. He doesn't use drugs?

A. No.

Q. How do you know he doesn't use drugs?

A. I mean -- I don't really know how else to put this, but I just know he don't use drugs.

Q. Well, do you recall telling me upstairs about a car accident he was involved in about six months ago?

A. Uh-huh.

Q. Okay. And was he under the influence of drugs at that time?

A. Hearsay says he was.

Q. What did you hear about him using drugs six months ago?

A. I heard that when he was in his car accident

KL000837

23

that he was off of the dipper and he crashed into a tree.

Q. And who told you that?

A. The police officer who answered his phone at the scene of the accident and also the nurse at the hospital.

Q. And you went to the hospital to see him?

A. Yes.

Q. And the nurse there told you that she thought he was under the influence of PCP?

A. Yes.

Q. Did she call it dippers?

A. No, she said PCP.

Q. And why do you refer to it as dippers?

A. It's just a street name.

Q. Where did you learn the street name for PCP?

A. In the street, outside.

Q. From Mr. Flood?

A. Uh-uh.

Q. No? Did you ever see him with any dippers?

A. No.

Q. You mentioned somebody named Snake, what's Snake's full name?

A. I can tell you the first name, but I'm not sure on the last -- Sherman.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

24

Q.   Okay.   What -- you said you're not sure on the last name?

A.   Uh-uh.

Q.   What do you think it might be?

A.   What?

Q.   Well, you said you're not sure of what his last name is.   So what --

A.   Do you want me to make up a last name?

Q.   No.

A.   Because that's the only way -- the only way I can answer that question is if I make up a last name. I don't know his last name.

Q.   Okay.   If you don't know his last name, Ms. Carter, that's fine.   But you said you were not sure of his last name, so I wanted to know if there was a name you thought might be his last name, but you just were not positive.

A.   Oh, no.   I just don't know.

Q.   What?

A.   I don't know his last name.

Q.   Where does Snake or Sherman live?

A.   I believe in Trinidad in Northeast.

Q.   Have you seen him at Trinidad in Northeast?

A.   No.   It's hearsay.

Q.   Who told you that Sherman lives in Trinidad

KL000839

25

in Northeast?

A. Janorra.

Q. Can you spell that, please?

A. J A N O R R A.

Q. And who is Janorra?

A. James Flood's baby mother.

Q. She also has a child by Mr. Flood?

A. Yes.

Q. Okay. And what is your relationship with her?

A. We are associates, she has a son by him, I raised her son for nine months for her and James, so I still keep in contact with her due to that reason. So her son and my son could continue knowing that they are brothers.

Q. And what's her last name?

A. Woods.

Q. And where does she live?

A. She lives in Upper Marlboro, Maryland.

Q. And who does she live with there?

A. Her mother.

Q. Do you know her address or her telephone number?

A. I don't know the address, I do know where it's at, but I don't know the address. But the

KL000840

26

telephone number is

Q.   Again, how does Janorra know Sherman or Snake?

A.   I believe she has friends out in Trinidad and she seen him around there before.

Q.   Can you tell me how it came up in your conversation with her that Sherman or Snake lived in Trinidad?

A.   She told me that she had seen James and Snake in Iverson Mall about two weeks ago.

Q.   And what did she tell you about that?

A.   That he was in the mall and that he didn't buy her son nothing.

Q.   Excuse me?

A.   That he was in the mall and he didn't buy her son nothing.  And I said, Who was he with?  And she said he was with Snake.  And I said, How you know Snake?  And she said he be around Trinidad.

Q.   And does Janorra hang down in the Trinidad area?

A.   I believe -- I don't think she moreso hang down there, I believe she has a friend that lives down there that she may go see every once in a while or something.

Q.   Okay.  Do you know who that friend is?

KL000841

27

A.   No.

Q.   When was the last time you talked to James?

A.   This morning.

Q.   And what did you talk about this morning?

A.   Me coming here.

Q.   What was the conversation?

A.   He asked me did I have a ride here, I told him, yeah.  And I was like, I'm getting tired of coming down here, why do they got to keep calling me down here, what is really going on?  And he was like, I don't know, I'm still trying to figure it out myself.

Q.   Now, does James go by any nicknames?

A.   June Bug, June and Bug.

Q.   And do you know how he got those nicknames?

A.   No, they been -- when I first met him back when I was 14 those were his nicknames, so -- you know.

Q.   Now, you mentioned some other friends of his -- Tony?

A.   Yes.

Q.   Okay.  What's Tony's last name?

A.   Mathis.

Q.   Where does he live?

A.   In          :          _s.

Q.   Do you know where those apartments are located?

KL000842

28

A.    They are located directly across the street from Marlow Heights Shopping Center where the NTW sits.

Q.    And who does he live with there?

A.    His mother.

Q.    Do you know his mother's name?

A.    Ms. Mathis.

Q.    When was the last time you saw Tony?

A.    The summer of 2002.

Q.    And where was he?

A.    Wait a minute, wait a minute, wait a minute -- what year -- summer of 2001.

Q.    Okay.  So the last time you saw him was before you moved into the Pennsylvania Avenue apartment?

A.    Oh, I'm sorry, no.  That's wrong then.  It's 2002.  It was after Pennsylvania Avenue.

Q.    And you're sure it was summertime?

A.    Wait a minute.  Yeah, it was like May, early June.  Like around -- yeah, like, in June the last time I seen him.

Q.    In 2002?

A.    Mm-hmm.

Q.    You have to say yes or no.

A.    Yes.

Q.    After you had moved out of Pennsylvania

KL000843

29

Avenue?

A. Mm-hmm. Yes.

Q. And where were you living the last time you saw him?

A.

Q. And who were you living with at ?

A.

Q. Who?

A.

Q. S is the last name?

A. Mm-hmm. Yes.

Q. Thank you. And is lated to Tony?

A. Yes.

Q. And what is the relationship?

A. They're cousins.

Q. Do you have a telephone number for Tony?

A. No, I think -- I guess he's still locked up. I haven't seen him. I heard he was out, but I haven't seen him.

Q. And what do you mean you heard he was out?

A. Somebody told me they seen him.

Q. But out from where?

KL000844

30

A.  Jail.

Q.  Do you know what he was in jail for?

A.  Having to do with or doing the robbery at Iverson Mall Kay Jewelers.

Q.  How about i        , do you have a telephone number for her?

A.  No.

Q.  Do you have one at home for her?

A.  No.  I don't talk to her.

Q.  Now, did you discuss your coming here with Tanisha?

A.  No, I'm not talking to her neither.

Q.  You also mentioned a friend by the name of Crystal?

A.  Associate of mine and a friend of James.

Q.  Okay.  Well, what's Crystal's full name?

A.  I don't know her last name.

Q.  Where does Crystal live?

A.  She lives in the area of

Q.  Whereabouts in the area of          ?

A.  I believe on 25th Place.

Q.  Do you know who she lives with on

A.  No.

Q.  And how do you know she's a friend of James'

KL000845

31

but an associate of yours?  Why do you say that?

A.  Because I really don't like her and he talks to her, so that's his friend.

Q.  Now, do you know an individual named Yogi?

A.  Deyogi?

Q.  Yogi.  You know, like Yogi Bear.  Ever run into anyone or hear James talk about someone named Yogi?

A.  No.

Q.  How about someone named Goat?

A.  Goat?  What?  No.  Did somebody make these names up?

Q.  You've never heard of anyone by any of those nicknames?

A.  No.

Q.  How about Baby An, you ever hear of anyone called Baby An?

A.  Mm-hmm.

Q.  You have?  Who is Baby An?

A.  He a little boy that, like, live in the neighborhood.

Q.  And what do you know about him?

A.  I know that Baby -- okay, I have a little cousin named          Her sister is not my cousin, but her sister and Baby An are sister and brother, so

KL000846

32

that's moreso how I know him.  I don't know Baby An through James.  I didn't even know James knew Baby An. I know Baby An through my little cousin, because her sister and Baby An are sister and brother.

Q.  Okay.  Let me back up here for a minute, okay?

A.  Okay.

Q.

A.  Mm-hmm.

Q.  Who is ,

A.  My little cousin.

Q.  What's          ill name?

A.

Q.

A.  Yes.

Q.  And where does she live?

A.  She lives in C

Q.  She ever live in

A.  No.

Q.  Have any relatives

A.  No.

Q.  You sure?

A.  Mm-hmm.

Q.  You have to say yes or no.

A.  Oh, yes.

33

Q. Where does she live in

A.          .

Q.

A. Yes.

Q.

A. Yes.

Q. And who does she live with there?

A. Her grandmother.

Q. And what's her grandmother's name?

A.

Q.

A.

Q. Do you know her telephone number there?

A. They don't have a phone right now, it was disconnected.

Q. Do you know what their old number was?

A. It was

Q.

A. Yes.

Q.

A. Yes.

Q. Okay. And how long had they had that number before it got disconnected?

A. Probably about six months before it got disconnected. They don't -- they don't believe in

34

paying bills there, so they get a lot of numbers.

Q.   Okay.  So you have a cousin named Ebony Johnson.

A.   Yes.

Q.   And she's related to Baby An's sister?

A.   Yes.

Q.   Okay.  What is Baby An's sister's name?

A.   Shantelle.

Q.   Shantelle?  Can you spell that?

A.   I think it's S H A N T E L -- I don't know.

Q.   And her last name?

A.   I don't know.  No, her last name is not

Q.   It's not          ?

A.   No,          las her mother's last name.

Q.   Okay.  And how is Shantelle related to

A.   They have the same father.

Q.   Okay.  And do you know his name?

A.   He locked up.  He ain't never been there, so I don't -- I don't -- I don't really -- I know it, but I just -- I can't think right now.

Q.   Okay.  And how old is

A.

Q.   And Shantelle?

A.   I believe she is 19.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL000849

35

Q. Is Shantelle older or younger than Baby An?

A. I don't know. I don't even know how old Baby An is.

Q. Have you ever met him?

A. I've seen him. I've never met him, but I've seen him before.

Q. When was the last time you saw him?

A. Probably in, like, '99, 2000, beginning of 2001 at Iverson Mall.

Q. Who was he with when you saw him?

A. A group of dudes.

Q. You don't know any of their names?

A. No.

Q. And you haven't seen him since then?

A. I mean, I see a few of the boys. They hang out in the neighborhood of Iverson Mall, so I done saw a few of the boys here and there throughout their neighborhood, going to the stores and the mall and that area.

Q. Did you ever see Baby An with James?

A. Uh-uh.

Q. You have to say yes or no.

A. Oh. No.

Q. Did you ever use James' cell phone?

A. Yes.

Q.   The telephone number that we were talking about here today, the 240-988-8630?

A.   Yes.

Q.   And who would you call when you used this telephone?

A.   I done called my mother from his phone before. I done called his sister from it, I done called to my son's doctor office from his cell phone before a few times. I have called one of my friends, Monica, from his cell phone before. That -- that's about it.

Q.   Okay. Now, your mother's number that you called, what was that?

A.   301-456-1524.

Q.   And his sister, you're talking about Tanisha?

A.   Yes.

Q.   And your friend, Monica, what's her full name?

A.

Q.   And do you know her telephone number that you would have called from his cell phone?

A.   I wasn't calling her home -- I didn't call her home, I called her cell phone. All I can remember was the first three digits was       I can't remember the last four digits.

37

Q.

A.  Yes.

Q.      and you can't remember the last four?

A.  No.

Q.  Now, let me ask you another question. Calling your attention to that time when you lived at Pennsylvania Avenue from late October of 2001 to about the middle of January 2002. Did you use James' cell phone during that time period?

A.  No.

Q.  Now, calling your attention to January 3rd, the night of January 3rd, which was a Thursday into the morning of Friday, January 4th. Were you with James Flood during that time period?

A.  No.

Q.  Who were you with?

A.  I was at home.

Q.  And who would have been at home with you?

A.  Tanisha, Zakiyyah.

Q.  Anyone else at the house that night?

A.  The kids.

Q.  Okay. But no one else?

A.  (Shaking head.)

THE REPORTER:  Is that a no?

THE WITNESS:  Oh. No.

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025

KL000852

38

BY MS. JOHNSTON:

Q.   Okay.  You have to remember to answer with yes or no, because the reporter can't take down head nods or mm-hmms or uh-uhs.  Okay?

A.   Okay.

Q.   Was Mr. Flood at the house that night?

A.   No.

Q.   Now, in regards to Mr. Flood's cell phone, did you have caller ID on your phone at Pennsylvania Avenue?

A.   Yes.

Q.   Did anyone ever call you from Mr. Flood's cell phone other than Mr. Flood?

A.   No.

Q.   Do you ever recall talking to someone else using his cell phone?

A.   No.

Q.   So if you got a call it would have been from Mr. Flood?

A.   Yes.

Q.   Again, I'm going to show you what's been previously marked as Grand Jury Exhibit WD No. 2, dated August 6th of 2003.  And I know these numbers are a little hard to see here, but calling your attention to 10:18 p.m., do you recognize 420-3406?

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

39

A.   Mm hmm.  Yes.

Q.   And was that your home telephone number at the time?

A.   Yes.

Q.   And then again, January 4th at 12:07, do you recognize that number, 420-3406?

A.   Yes.

Q.   Okay.  And is that again your home telephone number?

A.   Yes.

Q.   And the number right underneath that at 12:10 a.m., Friday, January 4th, 12:10 a.m., 420-3406 is that also your number?

A.   Yes.

Q.   And you see there the duration of the call?

A.   Yes.

Q.   It was how long?

A.   Two minutes.

Q.   And the one before that was how long?

A.   Four minutes.

Q.   Now, do you know whether or not you talked to James Flood on those three telephone calls?

A.   I don't know.

Q.   Was there anyone else at the house other than yourself?

KL000854

40

A. No.

Q. Miss Salaam?

A. No.

Q. And Tanisha Flood?

A. No.

Q. Okay. Is it possible for someone else to have come in the house and taken any of those calls from him on January 3rd and January 4th?

A. No.

Q. Did you have an answering machine on your telephone?

A. Yes.

Q. And do you remember if you had any lengthy messages from Mr. Flood on your telephone?

A. Lengthy?

Q. Lengthy, like, two or three minutes.

A. No. I don't remember. No.

Q. Excuse me?

A. No. I mean -- the phone was in my name, but it wasn't my phone. I got the phone for his sister, so I didn't check the voice mail any old way.

Q. When you say the voice mail are you talking about an answering machine?

A. Yes.

Q. So you don't know whether or not a message

KL000855

41

was left or if the phone was answered during those calls that we've discussed?

A.   No.

Q.   Do you recall whether or not you spoke to Mr. Flood that night?

A.   I don't know.

Q.   There are only three people that could have spoken to him that night; is that correct?

A.   Yes.

Q.   You, Ms. Salaam --

A.   Salaam.

Q.   -- Salaam, I'm sorry, Ms. Salaam or Tanisha Flood; is that right?

A.   Yes.  He could have talked to his son, though.

Q.   At midnight?

A.   Mm-hmm.  He wasn't in school.

Q.   How old was his son at that time?

A.   Three.

Q.   He wasn't there that night, was he?

A.   Who?

Q.   Mr. Flood.  On January 3rd into the morning of January 4th.

A.   No.

Q.   Now, I'm going to show you a book of

KL000856

42

photographs and ask you if you recognize anyone. This book is previously marked as Grand Jury Exhibit No. 2 on June 4th of 2003, for the record. Have you had occasion to look at this book upstairs?

A. Yes.

Q. Again, I want you to look very closely at the pictures and tell me if you recognize anyone in the photographs. Start with number one, do you recognize number one?

A. No.

Q. Never seen him before?

A. No.

Q. Okay. Now, you --

A. He look familiar, but I don't know.

Q. Number two?

A. No.

Q. How about number three, do you recognize number three?

A. No, he looks familiar.

Q. Okay. Where does he look familiar from?

A. Maybe in that area of Temple Hills, but I don't know him.

Q. Number four?

A. Yes.

Q. Who is number four?

43

A.  Chucky.

Q.  Do you know Chucky's real name?

A.  I believe it's Charles.

Q.  Okay.  Do you know his last name?

A.  I do, but I can't remember it.

Q.  Okay.  And where do you know Chucky from?

A.  He's my friend, he lived in my neighborhood.

Q.  Did James know Chucky?

A.  Yes.

Q.  And did James and Chucky associate with each other?

A.  Yes.

Q.  Do you know who else Chucky associated with?

A.  No.

Q.  Was Chucky involved with drugs?

A.  No -- I don't know, I don't know.  He wasn't involved with them in my eyesight.

Q.  Do you know if he's ever been shot?

A.  Yes, he has.

Q.  Do you remember when he was shot?

A.  Probably, like, a couple years ago.

Q.  Do you remember anything about those circumstances?

A.  Uh-uh.  I just know he got shot.

Q.  Have you seen him since he was shot?

KL000858

44

A.   Mm-hmm.  He comes -- well, he used to come to my apartment where I live at now, but he don't come anymore, ever since you all ran in my house.

Q.   Okay.  When you say "you all" ran in your house, what are you talking about?

A.   The FBI.

Q.   When they came to your house?

A.   Mm-hmm.

Q.   And about when was that?

A.   Hmmm, I don't -- some months ago.  I don't even remember what month.

Q.   Do you remember the last time you saw Chucky?

A.   Chucky lives down the street from me, so he just actually drove past me last week when I was standing at the bus stop.

Q.   And what kind of --

A.   On Minnesota Avenue.

Q.   On Minnesota Avenue?

A.   Mm-hmm.  Yes.

Q.   And what kind of car was he in?

A.   A Taurus station wagon, gray.

Q.   Was he driving?

A.   Yes.

Q.   Was anyone with him?

A.   It was a guy in there, I ain't know the guy,

45

though.

Q. Have you ever seen Chuckie with Mr. Flood?

A. Yes.

Q. When was the last time you saw the two of them together?

A. Like, in '99.

Q. How about number five, do you know number five?

A. No.

Q. Number six?

A. Mm-hmm. Yes.

Q. Who's that?

A. James.

Q. Okay. Is that the way he looks today?

A. Hmmm, no.

Q. Okay. What's the difference?

A. He don't have any hair.

Q. When -- in the picture or today?

A. Today.

Q. Okay. Number seven?

A. No.

Q. How about number eight?

A. No.

Q. How about number nine?

A. No.

For The Record, Inc.
Waldorf, Maryland
(301)870-8025

KL000860

46

Q. Never seen him before?

A. He -- no -- I don't know.

Q. What don't you know?

A. If I seen him before or not.

Q. Well, take a minute and look at the picture, number nine, and tell us whether or not you've seen him somewhere before.

A. He looks familiar, but -- his face looks familiar.

Q. Okay. Familiar from where or how is it familiar?

A. From in the Temple Hills area.

Q. Okay. How about number ten?

A. James.

Q. Okay. And is that a different picture of James than the earlier one?

A. Yes.

Q. And which one looks more like the way he looks today?

A. Ten.

Q. How about the group picture number 12?

A. No.

Q. Don't recognize anyone in that picture?

A. Uh-uh. No.

Q. Okay. How about number 13, do you recognize

KL000861

47

her?

A.   No.

Q.   Fourteen?

A.   No.

Q.   Fifteen?

A.   No.

Q.   Sixteen?

A.   No.

Q.   Seventeen?

A.   No.

Q.   Eighteen?

A.   No.

Q.   Nineteen?

A.   She went to school with me.

Q.   Okay.  Do you know anything else about her?

A.   That's all, that she went to my school.

Q.   Do you know her name?

A.   I can't remember it.

Q.   Twenty?

A.   No.

Q.   Twenty-one?

A.   No.

Q.   Twenty-two?

A.   No.

Q.   Twenty-three?

KL000862

48

A.    I seen him today.

Q.    That would be in our office?

A.    Mm-hmm.

Q.    Twenty-four, do you recognize anyone in that picture?

A.    No.

Q.    Okay.  And did you look at these pictures upstairs?

A.    Yes.

Q.    And are you sure you don't recognize anyone in that picture?

A.    No.

Q.    Twenty-five?

A.    No.

Q.    Nobody in that picture you recognize?

A.    No.

Q.    Twenty-six?

A.    No.

Q.    Twenty-seven?

A.    No.

Q.    Twenty-eight?

A.    No.

Q.    Twenty-nine?

A.    No.

Q.    Thirty?

49

A.    No.

Q.    Thirty-one?

A.    No.

Q.    Thirty-two?

A.    No.

Q.    Thirty-three?

A.    No.

Q.    Thirty-four?

A.    No.

Q.    Thirty-five?

A.    No.

Q.    Thirty-six?

A.    I've seen him in the Temple Hills area before.

Q.    Okay.  Do you know his name?

A.    No.

Q.    Thirty-seven?

A.    No.

Q.    How about 38?

A.    No.

Q.    Thirty-nine?

A.    No.

Q.    Forty?

A.    Yes.

Q.    Who is 40?

KL000864

50

A.   Tony Mathis.

Q.   And is he a good friend that you've talked about of Mr. Flood's?

A.   Yes.

Q.   Ever see him with a gun?

A.   No.

Q.   Ever see James with a gun?

A.   No.

Q.   Do you keep a diary at home?

A.   No.

Q.   Keep a calendar you write important events on?

A.   No.

Q.   How about for 2001 and 2002, did you keep a calendar then?

A.   No.  I don't know -- no.

Q.   No?

A.   No.

Q.   You didn't ever keep a calendar like that in 2001, 2002?

A.   No.

MS. JOHNSTON:  Any member of the Grand Jury have any questions?

A JUROR:  Yes, I have a question.  During the time that you lived with Tanisha Flood, what was the

year on that when you lived with her and your son?

THE WITNESS:  I moved in in 2001.

A JUROR:  And you said that your son was four years old then?

THE WITNESS:  Three.

A JUROR:  Was that --

THE WITNESS:  He had just turned three, his birthday is in October.  He had just turned three when I moved there.

A JUROR:  Okay.  So then in January of 2002 you said --

THE WITNESS:  Oh, no, he was two.

A JUROR:  -- because you said he was three years old --

THE WITNESS:  He was two.

A JUROR:  -- answering the phone at midnight.

THE WITNESS:  No, I ain't say he answered the phone.

A JUROR:  Oh, I'm sorry.

THE WITNESS:  She -- she asked could he have talked to anyone else and I said he could have talked to his son.  He was two, he had just turned two in 2001.

A JUROR:  Okay.

MS. JOHNSTON:  Any other questions?

KL000866

52

(No response.)

BY MS. JOHNSTON:

Q.   Okay.  Ms. Carter, that concludes your Grand Jury testimony.  If you leave here and realize that you said something that was wrong or that you forgot to say something in response to one of the questions, or if one of those pictures now you remember who it is, you can come back and correct your testimony.  Because you testified under oath you don't want there to be any misstatements in the record.

To do that you need to contact my office.  You have my number, give me a call.  But you have to do that within two weeks.  That would be by September 17th.  Do you understand that?

A.   Yes.

Q.   Okay.  Any questions about that?

A.   No.

MS. JOHNSTON:  Okay.  Then you're free to go.

(The witness was excused.)

(Whereupon, at 2:11 p.m., the taking of the testimony in the above matter, before a full quorum of the Grand Jury, was concluded.)

53

CERTIFICATE OF REPORTER

I, Rita M. Hemphill, the reporter for the United States Attorney's Office, do hereby certify that the witness whose testimony appears in the foregoing pages was first duly sworn by the Foreperson or the Deputy Foreperson of the Grand Jury when there was a full quorum of the Grand Jury present; that the testimony was taken by me, and thereafter, reduced to typewritten form; and that the transcript is a true record of the testimony given by said witness.

Rita M. Hemphill,
Official Reporter

For The Record, Inc.
Waldorf, Maryland
(301) 870-8025