# EXHIBIT 4

KL106585

## PRINCE GEORGE'S COUNTY POLICE DEPARTMENT

### STATEMENT OF VICTIM/WITNESS/SUSPECT

CCN: 02-003-1115          DATE: 4/1/02          TIME: 0915

STATEMENT OF: YARBOROUGH, CAPRICIA

HOME

BUS:

SEX:

WEI:

DRIVER'S LICENSE NO: N/A          TYPE OF OFFENSE: 526.64

STATEMENT TAKEN BY: DET. PIAZZA 1353   LOCATION: 3809 MEADOWVIEW DRIVE

STATEMENT: X I have know Eric L Hayes, II for apper.
4 years, we have been girlfriend and boyfriend
for 3 years. Eric hung out on 8th st S.E.
and basically who I knew that he hung out
with, were his cousins, whom were much
older than him. Eric also hung out with
a young man named Antoine Forest, I
have known Antoine for about 4 years
as well. We all went to Forestville High
School together. When I found out about
Eric's death, I was devastated. I found
out on the morning of Friday, Jan. 4, 20
Eric's Aunt called me at about 5:00a
that morning.

Q1. DID YOU GOTO HIGH SCHOOL WITH ERIC?

I HAVE READ THE ABOVE STATEMENT CONSISTING OF 3 PAGE(S). THIS STATEMENT IS TRUE AND
CORRECT TO THE BEST OF MY KNOWLEDGE.

Det. J. Piazza 1353
WITNESSED BY

SIGNATURE

P.G.C. FORM #2998  3/84

STATEMENT OF VICTIM/WITNESS/SUSPECT (CONT.)    PAGE 2 OF 3

NAME: Yarborough, Cappicia    CCN: 02-003-1115

STATEMENT: A. YES, AT FORESTVILLE H.S.

Q2. WHAT WAS ERIC DOING ON 8th ST.?

A. SELLING DRUGS.

Q3. WHO DID ERIC HANG OUT WITH ON 8th ST.?

A. FRANCISCO BRITTINGHAM, HIS COUSIN, ROBERTO BRITTINGHAM, TONY, ALSO THEIR COUSIN. ANTOINE FOROST ALSO HUNG OUT WITH HIM.

Q4. HOW LONG HAD ERIC KNOWN ANTOINE?

A. SINCE ELEMENTARY SCHOOL.

Q5. WAS ERIC AND ANTOINE HAVING PROBLEMS DURING AT THE TIME OF THE INCIDENT?

A. NO.

Q6. WHO WAS SUPPLYING ERIC WITH THE DRUGS TO SELL?

A. HIS COUSINS, THE MAIN PERSON WAS FRANCISCO.

Q7. DID ERIC EVER CARRY ANY WEAPONS?

A. NOT THAT I KNOW OF.

Q8. DOES ANTOINE DEAL WITH FRANCISCO?

A. I'M NOT SURE.

Q9. ON THE NIGHT OF THE INCIDENT, DID YOU SPEAK WITH ERIC?

A. I PAGED HIM AND HE CALLED BACK AND HE SAID HE WAS WITH ANTOINE AND HE BELIEVED ANTOINE'S PHONE WAS TAPPED AND HE SAID I HAVE SOMETHING TO TELL YOU AND HE SAID PAGE ME BACK. I PAGED HIM BACK AND ERIC CALLED BACK AND HE SAID ANTOINE

Det. J. Pigza 1353
WITNESSED BY

SIGNATURE

TIME TERMINATED:

P.G.C. FORM #2998A  5/84

STATEMENT OF VICTIM/WITNESS/SUSPECT (CONT.)    PAGE 3 OF 3

NAME: _____    CCN: 02-003-1115

STATEMENT: JUST GOT OUT OF JAIL ON A MURDER CHARGE. ERIC SAID HE WAS SCARED AND DIDN'T KNOW WHAT TO DO. I TOLD HIM TO CALL A CAB FROM AROUND THE CORNER. HE SAID OKAY. I ASKED HIM WHAT THEY WERE DOING AND HE SAID THEY WERE PLAYING VIDEO GAMES. THAT'S THE LAST TIME I TALKED TO HIM.

Q10. AFTER THIS INCIDENT, DID YOU TALK TO ANTOINE?
A. YES, HE KEPT CALLING AND SAID HE NEEDED TO TALK TO ME, BUT I WOULDN'T LISTEN TO HIM.

Q11. IS THERE ANYTHING ELSE YOU WANT TO ADD TO YOUR STATEMENT?
A. NO

Det. J. Puzzo 1353
WITNESSED BY

SIGNATURE

P.G.C. FORM #2998A 5/84    TIME TERMINATED: 0955 HRS.