# EXHIBIT 5

METROPOLITAN POLICE DEPARTMENT
Washington, D.C.
COMPLAINANT/WITNESS STATEMENT

P.D. 119 REV. 16/89

1. COMPLAINT NO.
001-446

2. NATURE OF INVESTIGATION
KIDNAPPING OF ERIC HAYES

3. UNIT FILE NO.

11. LOCATION STATEMENT TAKEN
300 Ind. Ave. NW

12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)

13. DATE/TIME STARTED
1-3-02-1340

14. STATEMENT

This office is investigating the kidnapping of Eric Hayes that occurred on January 3, 2002. In your own words tell me what you know about this offense.

I talk to Eric at 6:00 pm on Thursday, Eric called me and he told me that his cousin told him that some guys were looking for Antione and I said, what for? Eric told me he did not know but he was coming over to visit his friend. I asked what were thing doing and he said, playing the play station. Afterwards he whispered on the phone he had something to tell me. I then said, "what is it" he told me he could tell me at the momement but for me page him in ten minutes. So tin minutes turned into thirty minutes and called around six thirty. I talked to him on the roommates line and was told by Eric that Atione had just came home from jail for murder. I then got static and told Eric to go home. Eric then hollered in the phone I am scared. Then I questioned why should you be scared. His response was because he did not know the status on why they were looking. In the middle of the conversation the cousin kept paging him 911. So I wondered if she call him back but I don't think he did. In the meanwhile we were concerned about the way his going to get home. Next he told me that Antoiine phone line was tapped. So I told him not to call the cab from his phone period. I told him to go back to 8th street, to the cousin's house and call. After I told him to call a cab, he told me he would leave Antoine house in twenty minutes because he was playing a game. I told him you need to go home now because you have your own video game to play. He said, ok and I guess he attempted to leave. That was the end of our conversation.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED
January 6, 2001

17.

Page 1 of 4 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

GS-0618

| METROPOLITAN POLICE DEPARTMENT Washington, D.C. COMPLAINANT/WITNESS STATEMENT | P.D. 119 REV. 10/89 |
|---|---|
| | 1. COMPLAINT NO. 001-446 |
| 2. NATURE OF INVESTIGATION KIDNAPPING OF ERIC HAYES | 3. UNIT FILE NO. |

| 11. LOCATION STATEMENT TAKEN 300 Ind. Ave. NW | |
|---|---|
| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE/TIME STARTED 1-6-02-1340 |

**14. STATEMENT**

Did Eric tell you the name of the cousin he talked to? No

Did you ask him for the name? No

Do you remember the number Eric called you from? No

Did Eric call you that day? Yes

What is Eric pager number? 202-313-1383

How many pagers did he have? 2

Do you know the other number to the pager? No

What type of pagers were they? One was a numeric pager and the other was used for e-mail.

Do you know the E-mail address? No because I don't have a computer.

Did Eric tell when Atione got home from jail? He said yesterday so I guess meaning Wednesday.

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLEC-TION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED 1/6/02

17. Page 2 of 4 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

95-0618

KL106583

| METROPOLITAN POLICE DEPARTMENT | P.D. 119 REV. 16/89 |
|---|---|
| Washington, D.C. | 1. COMPLAINT NO. |
| COMPLAINANT/WITNESS STATEMENT | 001-446 |
| 2. NATURE OF INVESTIGATION | 3. UNIT FILE NO. |
| KIDNAPPING OF ERIC HAYES | |

**11. LOCATION STATEMENT TAKEN**
300 Ind. Ave. NW

| 12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature) | 13. DATE/TIME STARTED |
|---|---|
| | 1-6-02-1340 |

**14. STATEMENT**

Did he ever tell anything about Atione committing a murder? Yes

What did he say? He had been arrested for a murder, and that Antione had killed somebody. He said, that Antione was only in jail for a week and I was wondering how a person commit a murder and get out of jail in a week. But Eric told me he was on bond and that he had people high up in the court system to help him out. I think the reason why Eric was scared because his cousin told him two guys were looking for Antione.

Did Eric tell you he was with Antione when the murder took place? No

Did Eric mention any names of the people he said Antione killed? No

Did Eric tell you the name of his cousin who called him? No

How do you know Antione? From high school and threw Eric.

What high school did you attend? Forestville High School?

Was Antione in your class? Gym class.

Did Eric tell you anything about Antione committing a murder prior to Thursday? No

**15.** I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLEC- TION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

| 16. DATE/TIME ENDED |
|---|
| 1/6/02 |
| 17. Page 3 of 4 Pages |

**18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:** (Name and Signature)

**19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:** (Name and Signature)

95-0618

METROPOLITAN POLICE DEPARTMENT
Washington, D.C.
COMPLAINANT/WITNESS STATEMENT

P.D. 119 REV. 10/89

1. COMPLAINT NO.
001-446

3. UNIT FILE NO.

2. NATURE OF INVESTIGATION
KIDNAPPING OF ERIC HAYES

4. STATEMENT OF

11. LOCATION STATEMENT TAKEN
300 Ind. Ave. NW

12. NAME OF OFFICER TAKING STATEMENT (If other than block 18 include signature)

13. DATE/TIME STARTED
1-6-02-1340

14. STATEMENT

Do you know the name of Eric Pager Company? Yes JB Company on Alabama Avenue S.E.

Did you try to call Eric latter that evening? No

Did Eric say who was in the apartment with him when you talk to him? Just him and Antione.

What was your relationship with Eric? My boyfriend.

Is there anything else you would like to add to this statement? No

Can you read and write? Yes

Are you under the influence of drugs or alcohol? No

15. I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLEC- TION. "I UNDERSTAND THAT MAKING OF A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES (D.C. CODE SECTION 22-2514)".

Signature of Person Giving Statement

16. DATE/TIME ENDED
1/6/02

17.
Page ___ of 4 Pages

18. OFFICER OBTAINING THE SIGNATURE IN BLOCK 15:

19. PERSON WITNESSING THE SIGNATURE IN BLOCK 15:

(Name and Signature)

95-0618