# EXHIBIT 6

0510 Whitley, Charles Edward brought in by PFC Davis #2375
Placed in Homicide #1

Walker and I into room

Charles girlfriend Michelle Jackson told Kenneth Lighty that
Boo Boo (Antonio Johnson) was talking about them
Michelle lives near Glassmanor

Burgundy Expedition shot up 28th (Kenny & Lorenzo's area)
Assumed to be Boo Boo (night before shooting)

Darren Taylor - ???
Lighty - Driver
Wilson - Front Passenger
Unk Person in rear

Knew Kenny had been arrested

Slug is William Payton 21-22

Whitley knew there was 9mm, 38, 25
Darren had 25 caliber
Lighty - had 25 or 380 later get locked up

P105

Whitley was in house when Lightly called him around 2230. Believed he was at payphone. Told him that Baby An (Lorenzo), Darren Taylor, and other u/k shot at Bo-Bo. Kenny was driver, Lorenzo was in the pass. seat, Darren Taylor was in drivers rear, Unk u- in pass. rear. Darren Taylor 18 - went to A.H. School

Whitley knew that Lorenzo denied involvement in the shooting.

0545 Chaney and Walker out.

0605 Walker in - Statement begins. Walker out

0715 Chaney in - Q & A

0750 Chaney out

0810 Chaney in

0825 Statement Ends / Turned over to Det. Mike Butler for additional homicide interview

P106