# EXHIBIT 7

**DISTRICT COURT OF MARYLAND FOR** Prince George's ............................................(City / County )



LOCATED AT  ( COURT ADDRESS )
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT
CASE NUMBER
1E00224449

DEFENDANT'S NAME (LAST, FIRST, M.I.)

Wilson, Lorenzo Anthony

**APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)**   Page 2 of 2
that the manner of his death was homicide.

On February 19, 2002 the below investigator interviewed Antonio Johnson (B/M 8/17/83) who detailed that he had been in an ongoing neighborhood dispute with a subject known to him as Lorenzo Wilson. Antonio Johnson was standing next to the victim at the time of the shooting and is believed to be the intended target of the shooting.

In March, 2002 a witness was interviewed who detailed that the above defendant, Lorenzo Wilson, and a co-defendant, Kenneth Lighty were responsible for shooting and killing Antoine Newbill. This witness advised that Lorenzo Wilson boasted about doing the murder and was able to give corroborating details furnished to him by Lorenzo Wilson that would only have been known by suspects in the homicide. The witness has previously provided detailed information regarding other crimes of violence and narcotics trafficking that has been corroborated by other sources.

6/20/03
Date

#1591

☐ COURT ORIGINAL
☐ STATE ATTY COPY
☐ DEFENDANT COPY
☐ FOLDER COPY
☐ OTC

PC DC/CR 1A (Rev. 8/94)

COURT COPY