# EXHIBIT 8

P.G.C. Form #85 (Rev 1/89)

**PRINCE GEORGE'S COUNTY, MARYLAND
POLICE DEPARTMENT
EVIDENCE SECTION**

02-0253 TRE

## CRIME SCENE PROCESSING REPORT

| | YES | NO | | YES | NO | 2. COMPLAINANT/VICTIM | 3. RACE | 4. SEX | 5. AGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **1. C.C.N.** 02-030-1258 | |
| **14. PHOTOGRAPHS BK/WH** SCENE COLOR | X | | **23. VACUUM AREA** | | x | Newbill, Antoine Emmanuel | blk. | male | 22 |
| **15. PHOTOGRAPHS** VICTIM | | X | **22. SCENE EVIDENCE** COLLECTED | | x | **6. ADDRESS** 2219 Afton St., Temple Hills, Md. | | | |
| **16. PROCESSED FOR POWDER** LATENT PRINTS CHEMICAL | | X | **23. AUTOPSY EVIDENCE** COLLECTED | | x | **7. T/A NAME** n/a | | | |
| **17. LATENT PRINTS** DEVELOPED | | X | **24. BAG VICTIM'S HANDS** | | x | **8. T/A ADDRESS** n/a | | | |
| **18. PLASTER CAST MADE** | | X | **25. VICTIM'S HAIR, NAIL** SCRAPPINGS | | x | **9. DATE** 2-23-02 | **10. TIME** 1950 | **11. TYPE OF CASE** Homicide - search warra | |
| **19. DIAGRAM MADE** | | X | **26. BLOOD SAMPLE** OBTAINED | | x | **12. LOCATION OF INCIDENT** 10904 Philips Dr., Upper Marlboro, Md. | | | |
| **20. CRIME SCENE** SEARCH | | X | **27. VICTIM** FINGERPRINTED | | x | **13. TYPE OF LOCATION** single family home | | | |

| **28. DETECTIVE ASSIGNED** | **29. DETECTIVE ON SCENE** |
|---|---|
| Det. Chaney #1991, Homicide | Det. T.Lancaster #1863, |

| **30. VEHICLE EXAMINED** | YEAR | MAKE | MODEL | COLOR | REGISTRATION | STATE | PHOTOGRAPHED | YES | NO |
|---|---|---|---|---|---|---|---|---|---|
| n/a | | | | | | | | | |

| **21. LOCATION VEHICLE WAS PROCESSED** | | BAY | **32. DISPOSITION OF VEHICLE AFTER PROCESSED** |
|---|---|---|---|
| n/a | | | |

| **33. DISPOSITION OF PROPERTY** | **34. PERSONAL** PROPERTY | YES | NO | **35. PHYSICAL** EVIDENCE | YES | NO | **36. ITEMS RETAINED FOR LAB EXAMINATION** |
|---|---|---|---|---|---|---|---|
| Property warehouse | | | X | | X | | none |

**37. NARRATIVE** 1. CONTINUATION OF ABOVE ITEMS (INDICATED BY ITEM NUMBER)
ITEM NO. 2. SUMMARIZE CIRCUMSTANCES PERTAINING TO CRIME SCENE PROCESSING

Photographs: I documented the areas of the house to be searched with special attention given the evidence prior to collection. The areas searched included the basement bed room and the basement storage area.

Evidence: The following evidence has been collected in line with the requirements of the search warrant:

N1- dark blue with "NY" in white letters on the front of the stocking hat and a black stocking hat. Located in the basement bed room in the top of the wardrobe.

N2- black cloth "Hoodie". Located in the basement bed room in the top of the wardrobe.

N3- (1) gray "Samsun" cell phone, serial 1418670 and (1) black "Samsun" cell phone, serial R2ZJA52635E. Located in the basement bed room on top of the wardrobe.

N4- black plastic "Ashiba" electronic scale, model 1621A. Located in the basement bed room in the bottom drawer of the wardrobe.

N5- gray plastic "Pelouze" model PE5, electronic scale, serial 1338391. Located in the basement bed room in the bottom drawer of the wardrobe.

| **38. REPORTING OFFICER** | **ID NO.** | **39. 2ND OFFICER** | **ID NO.** | **40. SUPERVISOR APPROVING** |
|---|---|---|---|---|
| W.H.Clelland | C364 | | | #1506 |

| **41. BEAT** |
|---|
| FSD, Evidence |

00828

C.C.N.
02-030-1258

N6- white plastic "Salter" electronic scale, model 2001, serial 112.  Located in the basement bed room in the closet shelf.

N7- bag of gun cleaning patches.  Located in the basement bed room on the top of the headboard.

N8- black "Nokia" cell phone, model 6185, serial 253/08791490 with a car charging cord.  Located in the basement bed room in the left side of the headboard.

N9- dark green "Sprint" cell phone, model TP2200, serial 21614164402.  Located in the basement bed room in the right side of the headboard.

N10- black plastic box with "Revelation" gun cleaning kit.  Located in the basement storage area.

N11- Maryland State Department of Education envelope and a letter to Maurice Gray.  Located in the basement storage area.

N11a- (1) "FC 32 Auto" and (1) "WW Super 38 Auto+P" live rounds, Located in the basement storage area.

00829

REPORTING OFFICER
W.H.Clelland          I.D. NO.    C364,    FSD, Evidence