**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | |
| **v.** | \* | **PJM 03-cr-0457** |
| | \* | |
| **KENNETH JAMAL LIGHTY,** | \* | |
| | \* | |
| **Defendant.** | \* | |

**\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE

To the Clerk Of The Court:

Please enter my appearance on behalf of the United States of America in the above-referenced matter.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: ____/s/_____
      James A. Crowell IV
      Assistant United States Attorney
      District of Maryland