# JULIE BRAIN
*Attorney at Law*

127 Church Street
2nd Floor
Philadelphia, PA 19106

267.639.0417
juliebrain1@yahoo.com

March 20, 2013

The Honorable Peter J. Messitte
United States District Judge
for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *United States v. Kenneth Lighty*, No. 03-cr-00457-PJM

Dear Judge Messitte,

Pursuant to the Court's scheduling order, Mr. Lighty's reply to the Government's response to his motion for discovery on his *Batson/JEB* claims, and his reply to the Government's response to his motion for discovery on all claims in his Amended § 2255 Motion other than the *Batson/JEB* claim are due to be filed on March 26, 2013. Although preparation of both documents is underway, due to other professional obligations undersigned counsel have been unable to finally complete the documents. Counsel accordingly respectfully request that they be given an extension of time of 30 days, until April 26, 2013, in which to file their replies.

Counsel has consulted with counsel for the Government and special counsel James Crowell, who stated their respective consent to the requested extensions. Many thanks for the Court's consideration of this request.

Respectfully submitted

/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
127 Church Street
2nd Floor
Philadelphia, PA 19106
(267) 639 0417

_/s/ Karl Schwartz_____
Karl_Schwartz@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street, Suite 200
Wilmington, DE 19801
(302) 573-6010

_/s/ Seth A. Rosenthal_____
Seth A. Rosenthal
sarosenthal@venable.com
Bar No. 17080
Molly T. Cusson
mtcusson@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
(202) 344 4000

*Counsel for Kenneth Jamal Lighty*