**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                                 **6500 CHERRYWOOD LANE**
UNITED STATES DISTRICT JUDGE                                            **GREENBELT, MARYLAND  20770**
                                                                                              **301-344-0632**

<u>MEMORANDUM</u>

TO:          Counsel of Record

FROM:      Judge Peter J. Messitte

RE:          <u>Lighty v. United States</u>, Civ. No. 12-3065 PJM, Crim. No. 03-0457
               <u>Flood v. United States</u>, Civ. No. 11-3563, Crim. No. 03-0457
               **Pending Motions Hearing**

DATE:       September 10, 2013

                                                  \*\*\*\*\*\*

Petitioners point out in their Reply in Support of Joint Motion for Discovery [Paper No. 471], and the Court agrees, that Petitioners' *J.E.B./Batson* claims have not yet been fully briefed, in compliance with the Scheduling Order [Paper No. 449] issued by the Court on November 20, 2012.  Accordingly, this is to confirm that argument in the Motions Hearing scheduled for September 23, 2013 at 10:00 a.m., will be limited to the Joint Motion for Discovery Regarding the Allegations of Impermissible Discrimination in Jury Selection Made in their Motions for Relief Under 28 U.S.C. § 2255 [Paper Nos. 453 and 454].

Despite the informal nature of this ruling, this memorandum shall constitute an Order of the Court and the Clerk of the Court is directed to docket it accordingly.

                                              _____/s/_____
                                              PETER J. MESSITTE
                                              UNITED STATES DISTRICT JUDGE

cc:       Court File