**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | )  Case No. 03-cr-00457-PJM |
| | ) |
| v. | ) |
| | ) |
| KENNETH JAMAL LIGHTY, | ) |
| | ) |
| *Defendant.* | ) |

**NOTICE OF FILING SUPPLEMENTAL REPORT OF DR. JOHN LAMBERTH IN FURTHER SUPPORT OF PETITIONERS' JOINT MOTION FOR DISCOVERY REGARDING THE ALLEGATIONS OF IMPERMISSIBLE DISCRIMINATION IN JURY SELECTION MADE IN THEIR MOTIONS UNDER 28 U.S.C. § 2255**

Movant Kenneth Jamal Lighty hereby files the attached Supplemental Report of Dr. John Lamberth in further support of his and his co-defendant James Flood's pending joint motion for discovery on their *J.E.B./Batson* claims. *See* ECF Nos. 453, 454 and 471. The Supplemental Report, attached as Exhibit 1, provides a statistical analysis of the Government's use of peremptory challenges in the capital case of *United States v. Higgs*, PJM-98-0520 (D.Md.), as well as a combined analysis of the Government's use of peremptory challenges in both this case and *Higgs*.

1

Dated: September 11, 2013

Respectfully submitted,

 /s/ Julie Brain

Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
127 Church Street
2nd Floor
Philadelphia, PA 19106
(267) 639 0417

 /s/ Karl Schwartz
Karl Schwartz
Karl_schwartz@fd.org
Jennifer Merrigan
Jenny.merrigan@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street
Suite 200
Wilmington, DE 19801
302-573-6010

/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
sarosenthal@venable.com
Molly T. Cusson (D. Md. Bar No. 18390)
mtcusson@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC 20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2013, I caused the foregoing Notice of

Filing Supplemental Report of Dr. John Lamberth in Further Support of Petitioners' Joint Motion

for Discovery Regarding the Allegations of Impermissible Discrimination in Jury Selection

Made in Their Motions Under 28 U.S.C. § 2255 to be filed via the Court's ECF system, a copy

of which was mailed by U.S. mail, first class, postage pre-paid, to the following:

James Crowell, Esq.
Deborah A. Johnston, Esq.
Sandra Wilkinson, Esq.
Assistant United States Attorney
Office of the United States Attorney
400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249


_____/s/_____
Seth A. Rosenthal, Esq.