IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | Civil No. **PJM 12-3065** |
| **v.** | * | Crim. No. **PJM 03-0457-1** |
| | * | |
| **KENNETH JAMAL LIGHTY** | * | |
| | * | |
| Petitioner-Defendant. | * | |
| | * | |
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| | * | Civil No. **PJM 11-3563** |
| **v.** | * | Crim. No. **PJM 03-0457-3** |
| | * | |
| **JAMES EVERETT FLOOD, III** | * | |
| | * | |
| Petitioner-Defendant. | * | |

## ORDER

Upon consideration of Kenneth Jamal Lighty and James Everett Flood, III's Joint Motion for Discovery Regarding the Allegations of Impermissible Discrimination in Jury Selection Made in their Motions for Relief Under 28 U.S.C. § 2255 (Paper No. 453), it is, for the reasons stated on the record, this 23rd day of September, 2013,

**ORDERED**

1. Lighty and Flood's Joint Motion for Discovery Regarding Allegations of Impermissible Discrimination in Jury Selection Made in their Motions for Relief Under 28 U.S.C. § 2255 (Paper No. 453) is **DEFERRED** for supplemental briefing;

2. Lighty and Flood are **DIRECTED** to *jointly* file their Supplemental Brief to the Joint Motion for Discovery within the next **60 days**;

-2-

3. The Government may file its Response within **30 days** following receipt of the Defendants' Supplemental Brief;

4. Lighty and Flood may file their Reply within **15 days** following receipt of the Government's Response; and

5. The Court will schedule a Motions Hearing on the Motion for Discovery once Lighty and Flood's Supplemental Brief is filed.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

**September 23, 2013**