## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **v.** | * | Civil No. **PJM 12-3065** |
| | * | Crim. No. **PJM 03-0457-1** |
| **KENNETH JAMAL LIGHTY** | * | |
| | * | |
| Petitioner-Defendant. | * | |

## ORDER

Upon consideration of Kenneth Jamal Lighty's Ex Parte Motion for Foster Care Records (Paper No. 499) and the Government's Response (Paper No. 502), it is, this 27th day of May, 2014,

**ORDERED**

1. Lighty's Ex Parte Motion for Foster Care Records (Paper No. 499) is **GRANTED**;

2. The Prince George's County, Department of Social Services is **ORDERED** to provide to Karl Schwartz, Esq., counsel for the defendant, copies of all records, reports, memoranda and any other documentation within its possession and control relating to foster care services provided at 2002 Gaither Street, Temple Hills, Maryland.; and

3. Counsel for Lighty shall provide a copy of the records reports, memoranda and any other documentation it receives by way of this Order to counsel for the Government.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
