UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          *
                                   *
        Plaintiff and              *
        Judgment Creditor,         *
                                   *
                                   *
        v.                         *    Court No.PJM-03-00457
                                   *
KENNETH JAMAL LIGHTY,              *
                                   *
        Defendant and              *
        Judgment Debtor,           *
                                   *
        and                        *
                                   *

TRAFFORD PUBLISHING,LLC
Serve On:Corporation
Service Comapny
251 E. Ohio Street
Suite 500
Indianapolis, IN 46204

        Garnishee.

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff and judgment creditor (hereinafter "creditor"), makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered in the above-captioned case against Kenneth Jamal Lighty, the defendant and judgment debtor (hereinafter "debtor"), social security number xxx-xx-0746, whose last known address is U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808 in the amount of

$7,578.18 plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of September 11, 2014,there remains due and owing to the creditor by the debtor the sum of $8,302.43.

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY

_____
Allen F. Loucks
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800
Trial Bar No.03094