UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,      *

                               *

        Plaintiff and          *
        Judgment Creditor,     *

                               *

                               *

        v.                     *  Court No. PJM-03-00457

                               *

Kenneth Jamal Lighty,          *

        Defendant and          *
        Judgment Debtor,

and

TRAFFORD PUBLISHING
Serve On:Corporation
Service Comapny
251 E. Ohio Street
Suite 500
Indianapolis, IN 46204

        Garnishee.


ANSWER OF THE GARNISHEE


_____   BEING DULY SWORN DEPOSES AND SAYS:

        (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____ .

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____of Garnishee, _____

a corporation, organized under the laws of the State of _____ .

On _____, 2014, Garnishee was served with the Writ of

Continuing Garnishment. For the pay period in effect on the date of

service (shown above)

Yes   No

1.   Judgment Debtor was in my/our employ.

2.   Pay period is _____weekly, _____bi-weekly _____

semi-monthly, _____ monthly.  Enter date present

pay period began.  (Present means the pay period in

which this order and notice of garnishment were

served)

Enter date above pay period ends.

3.   Enter amount of net wages.  Calculate below:

(a) Gross Pay            $_____

(b) Federal income tax   $_____

(c) F.I.C.A. income tax  $_____

(d) State income tax       $ _____

Total of tax withholdings $ _____

Net Wages                  $ _____
(a less total of b,c,d)

4.    Have there been previous garnishments in effect.

If the answer is yes, describe below.

_____

_____

5.    The Garnishee has custody, control or possession

of the following property (non-earnings), in which the

Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___    [The Garnishee makes the following claim of exemption on the

part of Judgment Debtor:]

___    [Or has the following objections, defenses, or set-offs to

Judgment Creditor's right to apply Garnishee's indebtedness to

Judgment Debtor upon Judgment Creditor's claim:]

___    [The Garnishee was then in no manner and upon no account

indebted or under liability to the Judgment Debtor,

_____,and that the Garnishee did not have in his/her possession

or control any property belonging to the Judgment Debtor, or in which the

Garnishee has an interest; and is in no manner liable as Garnishee in this

action.]

The Garnishee mailed a copy of this answer by first class

mail to (1) the Judgment Debtor, Kenneth Jamal Lighty at U.S.P. Terre Haute, P.O. Box

33, Terre Haute, IN 47808, and (2) the attorney for the United States, Allen F. Loucks,

Assistant  U.S.  Attorney,  36  South  Charles  Street,  4th  Floor,  Baltimore,

Maryland  21201.


_____

Garnishee

Subscribed and sworn to before me this

_____day of ____2014.


_____

Notary Public

My Commission expires: _____

ATTACHMENT TO ANSWER OF GARNISHEE


The Original Answer must be mailed to:

            Clerk, United States District Court
            U.S. Courthouse, Room 4228
            4th Floor
            Baltimore, Maryland  21201

Make your check payable to:

            Clerk of Court


and mail your check to:

            U.S. Clerk of the Court
            101 W. Lombard Street
            Fourth Floor Room 4428
            Baltimore, Maryland  21201
            Attn: Finance Section
            Court No. PJM-03-00457