_____ FILED    _____ ENTERED
_____ LODGED    _____ RECEIVED

OCT 3 0 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | Civil No. **PJM 12-3065** |
| v. | * | Crim. No. **PJM 03-0457-1** |
| | * | |
| KENNETH JAMAL LIGHTY | * | |
| | * | |
| Petitioner-Defendant. | * | |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | Civil No. **PJM 11-3563** |
| v. | * | Crim. No. **PJM 03-0457-3** |
| | * | |
| JAMES EVERETT FLOOD, III | * | |
| | * | |
| Petitioner-Defendant. | * | |

## ORDER

Upon consideration of Kenneth Jamal Lighty's and James Everett Flood, III's Joint Motion for Discovery Regarding the Allegations of Impermissible Discrimination in Jury Selection Made in their Motions for Relief Under 28 U.S.C. § 2255 (Paper No. 453), it is, for the reasons stated in the accompanying Memorandum Opinion, this 29th day of October, 2014,

**ORDERED**

1. Lighty and Flood's Joint Motion for Discovery Regarding Allegations of Impermissible Discrimination in Jury Selection Made in their Motions for Relief Under 28 U.S.C. § 2255 (Paper No. 453) is **DENIED**;

2. The parties are directed to promptly notify the Court within the next twenty (20) days of their intentions with respect to filing further briefing on the merits of the *Batson-J.E.B.* claim pursuant to the Court's Scheduling Order (Paper No. 449).

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE