IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Criminal Case No. 03-cr-00457-PJM |
| | ) | Civil Case No. 11-cv-3065-PJM |
| v. | ) | Civil Case No. 11-cv-3563-PJM |
| | ) | |
| KENNETH JAMAL LIGHTY AND | ) | |
| JAMES EVERETT FLOOD, | ) | |
| *Defendants*. | ) | |

CONSENT MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Defendants Kenneth Lighty and James Flood hereby move the Court for an order extending the deadlines for further briefing on the merits of their claims of impermissible discrimination in jury selection made in their Motions for Relief Under 28 U.S.C. § 2255 ("*J.E.B./Batson* claims") by two weeks. Good cause exists to grant the brief extension Defendants seek and the Government has consented to the relief requested in this motion.

1.      On November 20, 2012, the Court issued a Scheduling Order which requires: Defendants to file a memorandum of law in support of the merits of their *J.E.B./Batson* claims within 30 days of the date of an order on Defendants' Joint Motion for Discovery Regarding the Allegations of Impermissible Discrimination in Jury Selection Made in their Motions for Relief Under 28 U.S.C. § 2255 ("Discovery Motion"); the Government to file its response to such memorandum within 45 days of the date of Defendants' filing; and, Defendants to file any reply within 30 days of the Government's filing. (ECF No. 449.)

1

2.      On October 30, 2014, the Court issued a memorandum opinion and order denying Defendants' Discovery Motion.  (ECF Nos. 508, 509.)  The Court ordered the parties to notify the Court within 20 days of their intentions with respect to further briefing on the merits of their *J.E.B./Batson* claims pursuant to the Scheduling Order at ECF No. 449.

3.      On November 18, 2014, Defendants filed a letter response to the Court's October 30, 2014 Order.  Defendants advised the Court and the Government that Defendants intend to engage in briefing concisely explaining why Defendants' claim of discrimination in jury selection are valid, and why Defendants are entitled to an evidentiary hearing under 28 U.S.C. § 2255(b).  (ECF No. 510.)

4.      Pursuant to the Scheduling Order at ECF No. 449, Defendants' opening memorandum of law is due on or before December 1, 2014.

5.      Because of the intervening Thanksgiving holiday and the press of counsels' schedules in other matters, Defendants sought the Government's consent for a brief of extension of time in which to file their opening brief.  Defendants propose to file their opening memorandum of law in support of their *J.E.B./Batson* claims on or before December 15, 2014; the Government's response shall be due on or before January 29, 2015; and, Defendants' reply brief in support of their *J.E.B./Batson* claims shall be due on or before March 2, 2015.

6.      Counsel for the Government consents to the brief extension of time proposed by Defendants.

WHEREFORE, Defendants respectfully request that the Court grant this motion and enter a revised scheduling order.  For the Court's convenience, a proposed order is attached hereto.

Respectfully Submitted:

/s/ Karl Schwartz_____
Karl Schwartz
Karl_schwartz@fd.org
Delaware Federal Defender Office
800 King Street
Wilmington, DE 19801
302-573-6010
Karl_Schwartz@fd.org

/s/ Julie Brain_____
Julie Brain
Attorney at Law
127 Church Street
2nd Floor
Philadelphia, PA 19106
(267) 639-0417
Juliebrain1@yahoo.com

/s/ Seth Rosenthal_____
Seth A. Rosenthal (D. Md. Bar No. 10780)
sarosenthal@venable.com
Molly T. Cusson (D. Md. Bar No. 18390)
mtcusson@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4000

*Counsel for Kenneth Jamal Lighty*

/s/ Marta Kahn_____
Marta K. Kahn (D. Md. Bar #24992)
The Law Office of Marta K. Kahn, LLC
8 E. Mulberry St.
Baltimore, MD 21202
(410) 299-6066

*Counsel for James Everett Flood*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2014, I caused the foregoing *Consent Motion for Extension of Briefing Schedule* to be filed via the Court's ECF system, a copy of which was mailed by U.S. mail, first class, postage pre-paid, to the following:

James Crowell, Esq.
Deborah A. Johnston, Esq.
Sandra Wilkinson, Esq.
Assistant United States Attorney
Office of the United States Attorney
400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249


/s/ Seth A. Rosenthal
Seth A. Rosenthal, Esq.

4