**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Criminal Case No. 03-cr-00457-PJM** |
| | ) | **Civil Case Nos. 11-cv-3065-PJM,** |
| **v.** | ) | **11-cv-3563-PJM** |
| | ) | |
| **KENNETH JAMAL LIGHTY AND ,** | ) | |
| **JAMES EVERETT FLOOD,** | ) | |
| *Defendants*. | ) | |

**[Proposed] Order Revising the Briefing Schedule Set Forth at ECF No. 449**

For good cause shown, it is hereby ORDERED that:

1. Defendants' opening memorandum of law in support of their *J.E.B./Batson* claims shall be due on or before December 15, 2014;

2. the Government's response shall be due on or before January 29, 2015; and,

3. Defendants' reply brief shall be due on or before March 2, 2015.

All other deadlines set forth in ECF No. 449 remain in place.

So ordered this _____ day of November, 2014.

_____
Honorable Peter J. Messitte
United States District Judge

Copies to all counsel

5