

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

| | | | |
|---|---|---|---|
| *James A. Crowell* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-4235* |
| *Chief, Greenbelt Branch* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *James.A.Crowell@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

March 11, 2015

The Honorable Peter J. Messitte
United States District Judge
District of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      **Re:**     <u>**United States v. Kenneth Jamal Lighty and James Everett Flood III,**</u>
                    **Criminal No. PJM-03-0457**
                    **Civil No. PJM-11-3065**
                    **Civil No. PJM-11-3563**

Dear Judge Messitte:

Please accept this letter as written confirmation that the Government does not intend to file a response to the Petitioners' Motion [ECF No. 513], and will rely on its previous responses in this case, including its Omnibus Response to Defendants' 28 U.S.C. § 2255 Motion, Batson/J.E.B. Claims, and Discovery [ECF No. 466].

Please do not hesitate to have your Chambers contact us if you have any questions or concerns.

             Very truly yours,

             Rod J. Rosenstein
             United States Attorney

        By:   <u>*/s/ James Crowell*</u>
             James A. Crowell IV
             Deborah A. Johnston
             Sandra Wilkinson
             Assistant United States Attorneys

cc:    Julie Brain, Esq.
       Karl Schwartz, Esq.
       Seth Rosenthal, Esq.
       Counsel for Defendant Kenneth Jamal Lighty

       Marta Kahn, Esq.
       Counsel for Defendant James Flood