**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 8:03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT

Kindly withdraw the appearance of Molly T. Cusson for Kenneth Jamal Lighty.

Dated:  February 17, 2016                    Respectfully submitted,

                                    /s/ Molly T. Cusson
                                    Seth A. Rosenthal (D. Md. Bar No. 10780)
                                    sarosenthal@venable.com
                                    Molly T. Cusson (D. Md. Bar No. 18390)
                                    mtcusson@venable.com
                                    VENABLE LLP
                                    575 7th Street, NW
                                    Washington, DC  20004-1601
                                    202-344-4000

                                    *Counsel for Kenneth Jamal Lighty*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served via filing with the Court's e-filing service, on this 17th day of February, 2016.

/s/ Molly T. Cusson