UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,    *

    *

       Plaintiff and    *
       Judgment Creditor,  *

    *

    *

       v.        *  Court No. PJM-03-00457

    *

Kenneth Jamal Lighty,    *

       Defendant and    *
       Judgment Debtor,

and

TRAFFORD PUBLISHING
Serve On:Corporation
Service Comapny
251 E. Ohio Street
Suite 500
Indianapolis, IN 46204

       Garnishee.

ANSWER OF THE GARNISHEE

Eugene Hopkins BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

N/A                .

~~IF GARNISHEE IS A PARTNERSHIP:~~

That he/she is a member    N/A          of a

partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the Director of Garnishee, Trafford Publishing

a corporation, organized under the laws of the State of Indiana.

N/A ~~On _____, 2014, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)~~

~~Yes No~~

~~1. Judgment Debtor was in my/our employ.~~

~~2. Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)~~

N/A

~~Enter date above pay period ends.~~

~~3. Enter amount of net wages. Calculate below:~~

N/A

~~(a) Gross Pay       $ _____~~

~~(b) Federal income tax    $ _____~~

~~(c) F.I.C.A. income tax   $ _____~~

(d) State income tax       $

Total of tax withholdings $

Net Wages                  $
(a less total of b, c, d)

4.    Have there been previous garnishments in effect.

If the answer is yes, describe below.

NONE KNOWN

5.    The Garnishee has custody, control or possession

of the following property (non-earnings), in which the

Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. Electronic Manuscript of "A Distant Connection" | $18.27 paid 2/13/15 $6.18 Paid 2/12/16 $24.45 total | Royalties on book sale 1/31/14 - 10/23/15 |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipates owing to the judgment-debtor in
the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ | Unknown - Dependant ON Sales |
| 2. $ | |
| 3. $ | |
| 4. $ | |

Check the applicable line below if you deny that you hold property subject to this rder of garnishment.)

\_\_\_  [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

\_\_\_  [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

\_\_\_  [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor,

_____,and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Kenneth Jamal Lighty at U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808, and (2) the attorney for the United States, Allen F. Loucks, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Garnishee

Subscribed and sworn to before me this

_____5th_____ day of April 2014. 2016

_Vickie L. Breeden_
Notary Public

My Commission expires: _8/12/2018_

**Vickie L. Breeden**
Notary Public
Orange County
State of Indiana
My Commission Expires 8/12/2018

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

        Clerk, United States District Court
        U.S. Courthouse, Room 4228
        4th Floor
        Baltimore, Maryland  21201

Make your check payable to:

        Clerk of Court

and mail your check to:

        U.S. Clerk of the Court
        101 W. Lombard Street
        Fourth Floor Room 4428
        Baltimore, Maryland  21201
        Attn: Finance Section
        Court No.PJM-03-00457