

**AUTHOR SOLUTIONS**

1663 Liberty Drive | Bloomington, IN 47403



CERTIFIED MAIL™

7013 1710 0001 5439 7285



04/06/2016
US POSTAGE $06.95

ZIP 47403
041L11228927

United States District Court
United States District Clerk
101 W. Lombard St.
4th Floor, Rm 4228
Baltimore, MD 21201

FILED _____  _____ ENTERED
_____ LODGED _____ RECEIVED

APR 12 2016

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

