UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          *
                                   *
          Plaintiff and            *
          Judgment Creditor,       *
                                   *
                                   *
          v.                       *    Court No. 03-0457
                                   *
Kenneth J. Lighty,
                                   *
          Defendant and            *
          Judgment Debtor,         *
                                   *

NOTICE OF GARNISHMENT AND INSTRUCTIONS
TO THE ABOVE-NAMED JUDGMENT DEBTOR:

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you in 03-0457 and the Garnishment was served on Amazon.Com, Inc., Garnishee, and it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED THAT, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt under the state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the Office of the Clerk of the United States

District Court, District of Maryland, at U.S. Courthouse, 4th Floor, Room 4228, Baltimore, Maryland 21201. The objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the objection or other pleadings must also be served on: (1) Matthew Phelps, Assistant United States Attorney for the District of Maryland at 4th Floor, 36 South Charles Street, Baltimore, Maryland, 21201, and (2) Amazon.Com, Inc., Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

Rod J. Rosenstein
UNITED STATES ATTORNEY

Matthew Phelps
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800