UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          *
                                   *
        Plaintiff and              *
          Judgment Creditor,       *
                                   *
                                   *
        v.                         *     Court No.  03-0457
                                   
Kenneth J. Lighty,
                                   *
        Defendant and              *
          Judgment Debtor,         *
                                   *
        and                        *
                                   *
Amazon.Com, Inc.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater, WA 98501

        Garnishee.


APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

        The United States of America, plaintiff and judgment

creditor (hereinafter "creditor"), makes application pursuant to 28

U.S.C. § 3205(b)(1) to the Clerk of the United States District

Court to issue a Writ of Continuing Garnishment upon the judgment

entered in the above-captioned case against Kenneth J. Lighty, the

defendant and judgment debtor (hereinafter "debtor"), social

security number xxx-xx-0746, whose last known address is U.S.P.

Terre Haute, P.O. Box 33, Terre Haute, IN 47808, in the amount of

$7,578.18 plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of March 30, 2016, there remains due and owing to the creditor by the debtor the sum of $8,240.25.

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY

Matthew Phelps
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,     *

       *

   Plaintiff and     *

    Judgment Creditor,  *

       *

   v.      *   Court No. 03-0457

       *

Kenneth J. Lighty,

       *

       *

   Defendant and     *

    Judgment Debtor,   *

       *

Amazon.Com, Inc.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater,WA 98501,

   Garnishee.


### WRIT OF CONTINUING GARNISHMENT

GREETINGS TO: Amazon.Com, Inc.

An application for a Writ of Continuing Garnishment against the property of Kenneth J. Lighty, defendant and judgment debtor (hereinafter "debtor"), has been filed with this Court. A judgment has been entered against the debtor in the amount of $7,578.18, plus costs, a 10% surcharge pursuant to 28 U.S.C. 3011, if applicable and applicable interest as determined by law.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: United States District Court, 101 W. Lombard Street, 4th Floor, Room 4228, Baltimore, Maryland 21201. Additionally, you are required by law to serve a copy of the answer to this Writ upon the debtor at: U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808 and upon Matthew Phelps, Assistant United States Attorney, at 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the

Case 8:03-cr-00457-PJM Document 525-1 Filed 05/02/16 Page 5 of 21

Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the debtor any item attached by this Writ.

FELICIA C. CANNON, CLERK
UNITED STATES DISTRICT COURT

By: ___/S/ KW___
Deputy Clerk



UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,        *

      Plaintiff and            *
        Judgment Creditor,   *
                         *

      v.                       * Court No. 03-0457
                         *

Kenneth J. Lighty,
                         *

      Defendant and            *
        Judgment Debtor,     *
                         *

and

Amazon.Com, Inc.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater, WA 98501

      Garnishee.

INSTRUCTIONS TO DEBTOR
CLERK'S NOTICE OF POST JUDGMENT GARNISHMENT

You are hereby notified that this Writ of Continuing Garnishment is being taken by the United States of America (the "Government") which has a Court judgment in 03-0457, in U.S. District Court for the District of Maryland in the sum of $7,578.18, plus costs and applicable interest as determined by law.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if Kenneth J. Lighty can show that the

exemptions apply.  Attached is a summary of the major exemptions which apply in most situations in the State of Maryland.

If you are Kenneth J. Lighty, you have a right to ask the Court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the Court within 20 days after receipt of the notice.  Your request must be in writing.

If you wish, you may use this notice to request the hearing by checking the box below.  You must either mail it or deliver it in person to the Clerk of the United States District Court at 4th Floor, Room 4228,Baltimore,Maryland, 21201.  You must also send a copy of your request to Matthew Phelps, Assistant United States Attorney at 4th Floor, 36 South Charles Street, Baltimore, Maryland

21201, so the Government will know you want a hearing.

The hearing will take place within 10 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you think you do not owe the money to the Government.

If you think you live outside the federal judicial district in which the court is located, you may request, not later

Case 8:03-cr-00457-PJM Document 525-2 Filed 05/02/16 Page 3 of 21

than 20 days after you receive this notice, that this proceeding to take your property be transferred by the Court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at 4th Floor, Room 4228, Baltimore, Maryland, 21201. You must also send a copy of your request to Matthew Phelps, Assistant U.S. Attorney, at 4th Floor, 36 South Charles Street, Baltimore, Maryland, 21201, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

FELICIA C. CANNON, CLERK
UNITED STATES DISTRICT COURT


BY: _____
    Deputy Clerk

Case 8:03-cr-00457-PJM Document 525-2 Filed 05/02/16 Page 4 of 4

REQUEST FOR HEARING BEFORE A UNITED STATES MAGISTRATE JUDGE


UNITED STATES OF AMERICA v. Kenneth J. Lighty

Case Number: PJM03-0457


/_____/  I request a hearing before a United States Magistrate
         Judge.


/_____/     I claim an exemption.  See the attached.


DATED: _____      _____
                           Kenneth J. Lighty
                           Defendant/Debtor


                           _____
                           Address


                           _____
                           Phone Number

NOTICE TO JUDGMENT DEBTOR ON
HOW TO CLAIM EXEMPTIONS

The attached pre-judgment or post-judgment process has been issued on request of the United States of America.

The law provides that certain property and wages cannot be taken. Such property is said to be exempted. This Notice lists the exemptions under federal law and your state law. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should (i) fill out the claim for exemption form and (ii) deliver or mail the form to the Clerk's office of this Court and counsel for the United States. You have a right to a hearing within five business days, or as soon as practicable, from the date you file your claim with the Court.

If the United States of America as creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Claim for Exemption Form which is attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to Court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to Court at the designated time and prove that your property is exempt, you may lose some of your rights.

It may be helpful to you to seek the advice of an attorney in this matter.

Case 8:03-cr-00457-PJM   Document 325-3   Filed 05/02/16   Page 2 of 5

CLAIM FOR EXEMPTION

MAJOR EXEMPTIONS UNDER FEDERAL LAW

I claim that the exemption(s) from garnishment which are checked below apply in this case:

_____   1.   Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

_____   2.   Veterans' benefits (38 U.S.C. § 3101).

_____   2a.   Members of armed services (10 U.S.C. § 1440, 38 U.S.C. § 562).

_____   3.   Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

_____   4.   Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

_____   5.   Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

_____   6.   Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

_____   6a.   Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C.A. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

_____   6b.   Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

_____   7.   Bankruptcy Code (Title 11, United States Code) which generally provides exemptions for:

Optional Federal Exemptions. You can claim items (a) through (l) or you can claim exemptions under your state law as described in items 9 through 23.

(a)__   $21,625 of equity in your residence.

(b)__   $3,450 of equity in a motor vehicle.

(c)__   Jewelry worth up to $1,450.

(d)__   Personal property worth up to $11,525. (However, no single item

Case 8:03-cr-00457-PJM   Document 526-3   Filed 05/02/16   Page 12 of 21

worth more than $550 can be claimed as exempt.)

(e)__   Property totaling up to $1,150 in value, plus up to $10,825 of any
        unused amount of the exemption provided in number 11(a) above.

(f)__   $2,175 of equity in professional books, implements or tools, of
        your trade or your dependant s trade.

(g)__   Any unmatured life insurance contract you own, other than credit
        life insurance.

(h)__   The aggregate value, up to $11,525, of any accrued dividend or
        interest under, or loan value of, any unmatured life insurance contract
        you own, but only if you are the insured or you are independent of the
        insured.

(i)__   Professionally prescribed health aids for you or your dependants.

(j)__   Unemployment compensation benefits, local public assistance
        benefits, disability benefits, illness benefits; and alimony,
        support, and separate maintenance, to the extent these items are
        reasonably necessary for your support or the support of your
        dependants.

(k)__   A payment under a stock bonus, pension, profit-sharing, annuity, or
        similar plan or contract on account of illness, disability, death,
        age, or length of service, to the extent reasonably necessary for
        your support or the support of your dependants, subject to the
        limitations set forth at Title 11 United States Code Section
        522(d)( I 0)(E)(i)-(iii).

(1)__   Your right to receive, or property that is traceable to,

        S       an award under a crime victim s reparation law;

        -       a payment on account of the wrongful death of an individual
                of whom you were a dependant, but only to the extent reasonably
                necessary for your support or the support of your dependants;

        S       a payment under a life insurance contract that insured an
                individual of whom you were a dependant on the date of the
                insures death, but only to the extent reasonably necessary
                for your support or the support of your dependants;

                a payment, not to exceed $21,625, on account of personal bodily
                injury suffered by you or by an individual of whom you are a
                dependant; however, payment for pain and suffering or payment
                to compensate actual pecuniary loss are not exempt under this
                paragraph;



- a payment in compensation of loss of your future earnings or the future earnings of an individual of whom you are, or were, a dependant, but only to the extent reasonably necessary for your support or the support of your dependants.

## MAJOR EXEMPTIONS UNDER STATE LAW

NOTE:                 The law of the state where you have been domiciled for at least 180 days governs your rights.

NOTE:                 If you have selected the Bankruptcy Code exemptions (line 7 above), you may not also claim the state law exemptions listed below.

### Fair market value

_____  9.        Homestead or Residential Property          _____
          (Md. Cts. & Jud. Proc. Code Ann.
          §§ 11-504 and 507)

_____  10.  Personal Property                                _____
          (Md. Cts. & Jud.
          Proc. Code Ann. § 11-504)

_____  11.  Wages                                            _____
          (Md. Com. Law Code
          Ann. § 15-601.1)

_____  12.  Workers' Compensation                            _____
          (Md. Ann. Code art. 101,§50
          Md. Cts. & Jud. Proc. Code Ann.
          § 11-504 (b))

_____  13.  Unemployment Compensation                        _____
          (Md. Ann. Code art. 95A, § 16)

_____  14.  Public Assistance                                _____
          (Md. Ann. code art. 88A, § 73)

_____  15.  Tenancies by the Entirety                        _____
          (Craft v. U.S. 535 U.S. 274, 122 S.Ct.1414
          Md. Code. Ann. 14-113(b)

_____  16.  Trade Implements                                 _____
          (Md. Cts. & Jud. Proc.
          Code Ann. § 11-504 (b)(1))

_____  17.  Miscellaneous Benefits                           _____

Case 8:03-cr-00457-PJM  Document 526-3  Filed 05/02/16  Page 14 of 21

(Md. Cts. & Jud. Proc. Code
Ann. § 11-504 (b)(2)

_____ 18. Partnership Property                                    _____
            (Md. Corps. & Ass'ns.
            Code Ann. § 9A-502)


_____ 19. Pensions and Retirement Benefits                        _____
            (Md. Ann. Code art. 73B, § 17 and
            provisions cited in note thereafter;
            Md. Cts. & Jud. Proc. Code Ann. § 11-504-(h))

_____ 20. Insurance                                               _____
            (Md. Ann Code art. 11-504)

_____ 21. Cemeteries and Burial Property                          _____
            (Md. Ann. Code 11-504)

_____ 22. Crime Victims' Compensation Awards                      _____
            (Md. Code Ann. 11-504)

_____ 23. Fraternal Benefit Society Benefits                      _____
            (Md. Ann. Code 11-504; Md.
            Ests. & Trusts Code Ann. § 8-115 (1974))

The statements made in this claim of settlement to exemptions and request for hearing as to exemption entitlement and fair market value of the property designated are made and declared under penalty of perjury that they are true and correct.  I hereby request a court hearing to decide the validity of my claims.  Notice of the hearing should be given to me by mail at:


Debtor/Defendant's Name_____

Address _____

Telephone No. _____

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Court No.  03-00457 |
| | * | |
| KENNETH J. LIGHTY, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |
| AMAZON.COM, INC, | * | |
| CORPORATION SERVICE COMPANY | * | |
| 300 Deschutes Way SW | * | |
| Suite 304 | * | |
| Tumwater, WA 98501, | * | |
| | * | |
| Garnishee. | * | |

ANSWER OF THE GARNISHEE

_____ BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is garnishee herein doing business in the name of

_____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, _____

a corporation, organized under the laws of the State of _____.

On _____, 2016, Garnishee was served with the Writ of

Continuing Garnishment. For the pay period in effect of the date of service (shown above)

Yes    No

1. Judgment Debtor was in my/our employ.

2. Pay period is _____ weekly, _____ bi-weekly, _____ semi-monthly, _____

monthly.  Enter date present pay period began.  (Present means the pay period

in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages.  Calculate below:

   (a) Gross Pay               $_____

   (b) Federal income tax      $_____

   (c) F. I .C. A. income tax  $_____

   (d) State income tax        $_____

   Total of tax withholdings   $_____

   Net Wages                   $_____
   (a less total of b, c, d)

4.  Have there been previous garnishments in effect.
If the answer is yes, describe below.

_____

_____

5.  The Garnishee has custody, control or possession of the following property
(non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

Garnishee anticipates owing to the judgment – debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1.  $_____ | _____ |
| 2.  $_____ | _____ |
| 3.  $_____ | _____ |
| 4.  $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____    [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set – offs to Judgment Creditor's right to apply Garnishee's indebtedness to  Judgment Debtor upon Judgment Creditor's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Kenneth J. Lighty, U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808. and (2) the attorney for the United States, Matthew Phelps, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.


_____
Garnishee

Subscribed and sworn to before me this

_____ day of _____ 2016.


_____
Notary Public

My Commission expires: _____

## ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> U.S. Courthouse, Room 4228
> 4th Floor
> Baltimore, Maryland 21201

Make your check payable to:

> Clerk of the Court

and mail your check to:

> U.S. Clerk of the Court
> U.S. District Court for Maryland
> 101 W. Lombard Street
> Fourth Floor Room 4428
> Baltimore, Maryland 21201
> Attn: Finance Section
> Court No. RWT-08-00228

Case 8:03-cr-00457-PJM   Document 525-5   Filed 05/02/16   Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          *
                                   *
        Plaintiff and              *
        Judgment Creditor,         *
                                   *
                                   *
        v.                         *   Court No. 03-0457
                                   *
Kenneth J. Lighty,
                                   *
        Defendant and              *
        Judgment Debtor,           *
                                   *

NOTICE OF GARNISHMENT AND INSTRUCTIONS
TO THE ABOVE-NAMED JUDGMENT DEBTOR:

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you in 03-0457 and the Garnishment was served on Amazon.Com, Inc., Garnishee, and it is believed that the Garnishee may have property of yours in their custody, possession or control.

YOU ARE FURTHER NOTIFIED THAT, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt under the state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the judgment owed the United States of America.

Any objection that you file to contest the garnishment must be filed in the Office of the Clerk of the United States

Case 8:03-cr-00457-PJM   Document 325-5   Filed 05/02/16   Page 21 of 21

District Court, District of Maryland, at U.S. Courthouse, 4th Floor, Room 4228, Baltimore, Maryland  21201.  The objection must state your reasons for believing that this property is not subject to attachment by the United States of America.  A copy of the objection or other pleadings must also be served on: (1) Matthew Phelps, Assistant United States Attorney for the District of Maryland at 4th Floor, 36 South Charles Street, Baltimore, Maryland, 21201, and (2) Amazon.Com, Inc., Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA 98501.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

Rod J. Rosenstein
UNITED STATES ATTORNEY

Matthew Phelps
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800