UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____ FILED    _____ ENTERED
_____ LOGGED    _____ RECEIVED

MAY 1 9 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____    DEPUTY

UNITED STATES OF AMERICA,                    *
                                             *
    Plaintiff and                            *
    Judgment Creditor,                       *
                                             *
                                             *
    v.                                       *    Court No.  03-00457
                                             *
KENNETH J. LIGHTY,                           *
                                             *
    Defendant and                            *
    Judgment Debtor,                         *
                                             *
and                                          *
                                             *
AMAZON.COM, INC,                             *
CORPORATION SERVICE COMPANY                  *
300 Deschutes Way SW                         *
Suite 304                                    *
Tumwater, WA 98501,                          *
                                             *
    Garnishee.                               *

Note : There is no record of this individual employed at Amazon.com.

ANSWER OF THE GARNISHEE

_____ Amazon _____    BEING DULY SWORN DEPOSES AND SAYS:
    (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is garnishee herein doing business in the name of

Amazon.com _____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

    IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, _____

a corporation, organized under the laws of the State of _____ .

    On ____05-10-2016_____ , 2016, Garnishee was served with the Writ of

Continuing Garnishment. For the pay period in effect of the date of service (shown above)

Yes  No

1. Judgment Debtor was in my/our employ. **No. No Record of this individual**

2. Pay period is _____ weekly, _____ bi-weekly, _____ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

3. Enter amount of net wages. Calculate below:

    (a) Gross Pay          $ ___0.00_____

    (b) Federal income tax    $ _____

    (c) F. I .C. A. income tax   $ _____

    (d) State income tax     $ _____

    Total of tax withholdings  $ _____

    Net Wages           $ _0.00_____
    (a less total of b, c, d)

4. Have there been previous garnishments in effect.
If the answer is yes, describe below.

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

Garnishee anticipates owing to the judgment – debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set – offs to Judgment Creditor's right to

apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to

the Judgment Debtor, _____, and that the Garnishee did not have in

his/her possession or control any property belonging to the Judgment Debtor, or in which

the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment

Debtor, Kenneth J. Lighty, U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808. and (2)

the attorney for the United States, Matthew Phelps, Assistant U.S. Attorney, 36 South

Charles Street, 4th Floor, Baltimore, Maryland 21201.

Mahender -- Payroll Analyst
_____
Garnishee

Subscribed and sworn to before me this

__13__ day of __May_____ 2016.

_____
Notary Public

My Commission expires: __5/19/17__

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

Clerk, United States District Court
U.S. Courthouse, Room 4228
4th Floor
Baltimore, Maryland 21201

Make your check payable to:

Clerk of the Court

and mail your check to:

U.S.  Clerk of the Court
U.S. District Court for Maryland
101 W. Lombard Street
Fourth Floor Room 4428
Baltimore, Maryland 21201
Attn: Finance Section
Court No. RWT-08-00228

