

SEATTLE
WA 980
FM 3 L

$ 01.15⁰
MAILED FROM ZIP CODE 98103

Amazon.com
Payroll Department
PO Box 80726
Seattle, WA 98108

FILED
LODGED
ENTERED
RECEIVED

MAY 1 9 2016

Clerk, United States District Court
U.S. Courthouse, Room 4228
4th Floor
Baltimore MD 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                    DEPUTY

GB7

21201999955