**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO.: PJM-03-0457** |
| v. | * | **CIVIL NO.: PJM-12-3065** |
| | * | |
| KENNETH JAMAL LIGHTY | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\***

**<u>GOVERNMENT'S MOTION TO DEFER RULING</u>**

The United States of America, by its undersigned counsel, hereby files this Motion to Defer Ruling on the Petitioner's Motion to Supplement Amended Motion for Relief under 28 U.S.C. § 2255 (ECF 530).  For the reasons stated below, the government requests the Court defer ruling on Petitioner's Motion to Supplement the Amended Motion for Relief under 28 U.S.C. § 2255.

1.      Petitioner filed a Motion to Supplement Amended Motion for Relief under 28 U.S.C. § 2255, on June 24, 2016, relying on *Johnson v. United States*, 135 S. Ct. 2551 (2015) which held that the Armed Career Criminal Act's ("ACCA") residual clause (18 U.S.C. § 924(e)(2)(B)(ii)) was unconstitutionally vague. 135 S. Ct. at 2557.  Petitioner asserts that his 18 U.S.C. § 924(c) conviction should be vacated because kidnapping is no longer a "crime of violence" under the § 924(c)(3)(A) "force" clause.

2.      Current matters pending in the United States Court of Appeals for the Fourth Circuit (*U.S. v. Donald Walker*, No. 15-4301 and *U.S. v. Bradley Campbell*, No. 15-4281) address whether or not kidnapping qualifies as a crime of violence pursuant to 18 U.S.C. § 924(c) under *Johnson*.  The issues presented in *Walker* and *Campbell* are likely to be dispositive of Petitioner's Motion to Supplement his Amended Petition.

WHEREFORE, in the interest of judicial economy, the government respectfully moves this Court to defer any action on Petitioner's Motion to Supplement Amended Motion for Relief under 28 U.S.C. § 2255 (ECF 530), and extend the time for the filing of the government's response to the motion for a period of thirty days after the resolution of the cases now pending before the Court of Appeals (*U.S. v. Donald Walker*, No. 15-4301 and *U.S. v. Bradley Campbell*, No. 15-4281).

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:        _____/s/_____
Deborah A. Johnston
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 29, 2016 a copy of the foregoing Government's Motion to Defer Ruling was delivered via ECF to:

Julie Brain, Esquire  -  juliebrain1@yahoo.com

Seth A Rosenthal, Esquire  -  sarosenthal@venable.com

Karl Schwartz, Esquire -  karl_schwartz@fd.org


By:    _____/s/_____
        Deborah A. Johnston
        Assistant United States Attorney