## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO.: PJM-03-0457** |
| **v.** | * | **CIVIL NO.: PJM-12-3065** |
| | * | |
| **KENNETH JAMAL LIGHTY** | * | |
| | * | |
| | * | |
| | ******* | |

## ORDER

Upon consideration of the government's Motion to Defer Ruling on the Petitioner's

Motion to Supplement Amended Motion for Relief under 28 U.S.C. § 2255, and in the interests

of justice, it is this _____ day of July, 2016,

ORDERED that the motion to defer ruling shall be granted; and it is further

ORDERED that the government shall file its response to Petitioner's Motion to

Supplement Amended Motion for Relief under 28 U.S.C. § 2255 (ECF 530), not later than

30 days after the mandate has been issued in *United States v. Donald Walker*, No. 15-4301 and

*United States v. Bradley Campbell*, No. 15-4281.

_____
Peter J. Messitte
Senior Judge
United States District Court
District of Maryland