**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Respondent - Plaintiff*, | ) | **Case No. PJM-03-457** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Petitioner - Defendant.* | ) | |

## PETITIONER'S RESPONSE TO GOVERNMENT'S MOTION TO DEFER RULING

Petitioner, Kenneth Jamal Lighty, by and through undersigned counsel, hereby replies to the Government's Motion to Defer Ruling, and states:

1. On June 24, 2016, Mr. Lighty filed his Motion to Supplement Amended Motion for Relief Under 28 U.S.C. § 2225 (Dkt. 530), asserting that his convictions under 18 U.S.C. § 924(c) should be vacated based on the recent decisions in *Johnson v. United States*, 135 S. Ct. 2551 (2015), and *Welch v. United States*, 136 S. Ct. 1257 (2016).

2. On June 29, 2016, the Government filed a Motion to Defer Ruling (Dkt 531), requesting that the Court defer action on Mr. Lighty's motion and extend the time for the filing of the Government's response for a period of thirty days after the resolution of *U.S. v. Donald Walker*, No. 15-4301, and *U.S. v. Bradley Campbell*, No. 15-4281, pending before the Fourth Circuit Court of Appeals.

3. Mr. Lighty has no objection to the Government's request.

Respectfully submitted:


 _/s/Karl Schwartz_____
Karl Schwartz
Chief, Capital Habeas Unit
Office of the Federal Public Defender
District of Delaware
800 North King Street, #200
Wilmington, DE  19801
Phone: 302-573-6010
Fax: 302-573-6041
karl _schwartz@fd.org


Dated: July 15, 2016