UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,          *
                                        *

     Plaintiff and              *
     Judgment Creditor,     *
                                          *

          v.                    *      Court No.-PJM-03-00457
                                        *

KENNETH LIGHTY,             *
                                        *

     Defendant and      *
     Judgment Debtor,     *
                                        *

and                             *
                                        *

TRAFFORD PUBLISHING    *
1663 Liberty Drive         *
Suite 200                .   *
Bloomington, IN 47403    *
                                        *

     Garnishee.             *

<u>GARNISHEE ORDER</u>

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of <u>$8,302.18</u> plus additional interest until paid in full.   Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on <u>April 4, 2016</u>, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which <u>Kenneth Lighty</u> maintains an interest.

On or about <u>May 2, 2016</u>, the Defendant and Judgment Debtor was notified of his right to a hearing. A hearing was not requested.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid to any prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

‾‾‾‾‾‾‾
Date

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
HONORABLE PETER J. MESSITTE
U. S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Court No.-PJM-03-00457 |
| | * | |
| | * | |
| KENNETH LIGHTY, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |
| TRAFFORD PUBLISHING | * | |
| 1663 Liberty Drive | * | |
| Suite 200 | * | |
| Bloomington, IN 47403 | * | |
| | * | |
| Garnishee. | * | |

CERTIFICATION OF SERVICE OF
DOCUMENTS ON DEFENDANT AND JUDGEMENT DEBTOR

The United States of America, the Plaintiff and Judgment Creditor herein, hereby certifies

that a copy of the Application for Writ of Continuing Garnishment and Writ of Continuing

Garnishment, along with the initial Clerk's Notice to Defendant and Judgment Debtor was sent to

the Defendant and Judgment Debtor by first class mail on May 2, 2016, to the last known address

of the Defendant and Judgment Debtor, and service was made upon the Garnishee on October 9,

2014.

By: _____

Matthew Phelps
Assistant United States Attorney
36 S. Charles Street
4th Floor
Baltimore, MD 21201