

**CORPORATION SERVICE COMPANY'**

# Notice of Service of Process

TRL / GARN
Transmittal Number: 15426081
Date Processed: 07/25/2016

**Primary Contact:**
Payroll Department Amazon
Amazon.Com, Inc.
2201 Westlake Avenue
Suite 500
Seattle, WA 98121

_____ FILED_____ _____ ENTERED
_____ LODGED_____ _____ RECEIVED

AUG – 5 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

**Copy of transmittal only provided to:**
Mohammed Khalid
Kishore Aitha
Srikanth Dasika
Dattatreya Birader
Rajan Barnes
M Mahendr
Ms. Patti Quintero
Sadeeq Md
Eryn Slater
Tammy Malley-Naslund
Vijay Nakara
Rohaina Agar
Melanie Acena
Sekhar Sripada

| | |
|---|---|
| **Entity:** | Amazon.Com, Inc.<br>Entity ID Number  1662773 |
| **Entity Served:** | Amazon.com, Inc. |
| **Title of Action:** | United States of America vs. Kenneth Jamal Lighty |
| **Document(s) Type:** | Garnishment/Withholding |
| **Nature of Action:** | Garnishment/Withholding |
| **Court/Agency:** | U.S. District Court, Maryland |
| **Case/Reference No:** | 03-0457 |
| **Jurisdiction Served:** | Washington |
| **Date Served on CSC:** | 07/25/2016 |
| **Answer or Appearance Due:** | 10 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Matthew Phelps<br>410-209-4800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
_CSC is SAS70 Type II certified for its Litigation Management System._
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882  |  sop@cscinfo.com

**CERTIFIED MAIL**™



7008 3230 0000 7188 6320

**U.S. Department of Justice**

United States Attorneys Office
*District of Maryland*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, MD 21201*

Official Business



☆ ☆ ☆
U.S. OFFICIAL MAIL **US POSTAGE**
PENALTY FOR
PRIVATE USE  **$07.36⁰**
$300
FP ☆ ☆ ☆
Mailed From 21201
07/21/2016
031A 0005510070

On-Demand Publishing LLC.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater, WA 98501

9850137719 C017