

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Matthew Phelps* | *Suite 400* | *DIRECT: 410-209-4920* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Matthew.Phelps@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-9947* |

July 21, 2016

FILED _____ ENTERED
LODGED _____ RECEIVED

AUG – 5 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

On-Demand Publishing LLC.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater, WA 98501

Re: United States v. Kenneth Jamal Lighty
Cr No. PJM-03-00457

Dear Garnishee:

On May 19, 2016 we received your answer to our Writ of Continuing Garnishment in which you indicated that the above named defendant was not in your employ. The Writ is not restricted to wages only but any property that you as the Garnishee must pay over or deliver to the Defendant. That includes any royalties from the sale of his book(s).

We are resending the Answer of the Garnishee so you may indicate the amount of royalties paid to the defendant thus far for the book which he has contracted with your company, Create Space, to publish and the amount of any future royalties the defendant will be paid for each book(s) sold.

Please complete the attached Answer of the Garnishee, file the original with the Clerk of the United States District Court for the District of Maryland, mail a copy of the answer by first class mail to the Judgment Debtor, and to the Attorney for the United States as instructed in the Answer of the Garnishee. According to our records, the address of the Judgment Debtor is U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808.

If you have any question concerning this garnishment please feel free to contact the Financial Litigation Unit at 410-209-4800.

Very truly yours,

Rod J. Rosenstein
United States Attorney

Matthew Phelps
Assistant United States Attorney

Case 8:03-cr-00457-PJM   Document 526-1 Filed 05/02/16 Page 3 of 12

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,            *
                                     *
        Plaintiff and                *
          Judgment Creditor,         *
                                     *
        v.                           *   Court No.  03-0457
                                     *
Kenneth J. Lighty,                   *
                                     *
        Defendant and                *
          Judgment Debtor,           *
                                     *
Amazon.Com, Inc.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater,WA 98501,

        Garnishee.


### WRIT OF CONTINUING GARNISHMENT

GREETINGS TO: Amazon.Com, Inc.

An application for a Writ of Continuing Garnishment against the property of Kenneth J. Lighty, defendant and judgment debtor (hereinafter "debtor"), has been filed with this Court. A judgment has been entered against the debtor in the amount of $7,578.18, plus costs, a 10% surcharge pursuant to 28 U.S.C. 3011, if applicable and applicable interest as determined by law.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control or possession, any property owned by the debtor, including non-exempt, disposable earnings.

Case 8:03-cr-00457-PJM   Document 525-1 Filed 05/5/2/16 Page 4 of 13

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly or monthly.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: United States District Court, 101 W. Lombard Street, 4th Floor, Room 4228, Baltimore, Maryland 21201. Additionally, you are required by law to serve a copy of the answer to this Writ upon the debtor at: U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808 and upon Matthew Phelps, Assistant United States Attorney, at 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

Under the law, there is property which is exempt from this Writ of Continuing Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

Pursuant to 15 U.S.C. §1674, Garnishee is prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment for any one indebtedness.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the

Case 8:03-cr-00457-PJM    Document 525-1 Filed 05/12/16 Page 5 of 13

Court.   If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property.   It is unlawful to pay or deliver to the debtor any item attached by this Writ.

FELICIA C. CANNON, CLERK
UNITED STATES DISTRICT COURT

By:  ___/S/  KW___
     Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,　　　　*

        Plaintiff and　　　　　　　　*
        Judgment Creditor,　　　　　*

        v.　　　　　　　　　　　　　*　　Court No. 03-00457

KENNETH J. LIGHTY,　　　　　　　*

        Defendant and　　　　　　　*
        Judgment Debtor,　　　　　*

and　　　　　　　　　　　　　　*

AMAZON.COM, INC,　　　　　　　*
CORPORATION SERVICE COMPANY　*
300 Deschutes Way SW　　　　　*
Suite 304　　　　　　　　　　　*
Tumwater, WA 98501,　　　　　　*

        Garnishee.　　　　　　　　*

## ANSWER OF THE GARNISHEE

_____ BEING DULY SWORN DEPOSES AND SAYS:
     (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is garnishee herein doing business in the name of

_____.

IF GARNISHEE IS A PARTNERSHIP:

Case 8:03-cr-00457-PJM   Document 526-4 Filed 05/05/2016 Page 620 of 25

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ of Garnishee, _____

a corporation, organized under the laws of the State of _____.

On _____, 2016, Garnishee was served with the Writ of

Continuing Garnishment. For the pay period in effect of the date of service (shown above)

Yes   No

    1.  Judgment Debtor was in my/our employ.

    2.  Pay period is _____ weekly, _____ bi-weekly, _____ semi-monthly, _____

       monthly.  Enter date present pay period began.  (Present means the pay period

       in which this order and notice of garnishment were served)

    Enter date above pay period ends.

    3.  Enter amount of net wages.  Calculate below:

        (a) Gross Pay             $_____

        (b) Federal income tax     $_____

        (c) F. I .C. A. income tax   $_____

        (d) State income tax      $_____

        Total of tax withholdings  $_____

        Net Wages             $_____
        (a less total of b, c, d)

4. Have there been previous garnishments in effect.
If the answer is yes, describe below.

_____

_____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest In Property |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

Garnishee anticipates owing to the judgment – debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

_____    [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

_____ [Or has the following objections, defenses, or set – offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

_____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Kenneth J. Lighty, U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808. and (2) the attorney for the United States, Matthew Phelps, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Garnishee

Subscribed and sworn to before me this

_____ day of _____ 2016.

_____
Notary Public

My Commission expires: _____

ATTACHMENT TO ANSWER OF GARNISHEE

The Original Answer must be mailed to:

> Clerk, United States District Court
> U.S. Courthouse, Room 4228
> 4th Floor
> Baltimore, Maryland 21201

Make your check payable to:

> Clerk of the Court

and mail your check to:

> U.S. Clerk of the Court
> U.S. District Court for Maryland
> 101 W. Lombard Street
> Fourth Floor Room 4428
> Baltimore, Maryland 21201
> Attn: Finance Section
> Court No. RWT-08-00228

Case 8:03-cr-00457-PJM    Document 525    Filed 05/02/16    Page 11 of 21

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,    *

    Plaintiff and    *
      Judgment Creditor,    *

    v.    *    Court No.  03-0457

Kenneth J. Lighty,

    Defendant and    *
      Judgment Debtor,    *

   and    *

Amazon.Com, Inc.
Corporation Service Company
300 Deschutes Way, SW
Suite 304
Tumwater, WA 98501

    Garnishee.

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff and judgment creditor (hereinafter "creditor"), makes application pursuant to 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered in the above-captioned case against Kenneth J. Lighty, the defendant and judgment debtor (hereinafter "debtor"), social security number xxx-xx-0746, whose last known address is U.S.P. Terre Haute, P.O. Box 33, Terre Haute, IN 47808, in the amount of

$7,578.18 plus costs and applicable interest as determined by law.

The debtor has not satisfied the judgment. As of March 30, 2016, there remains due and owing to the creditor by the debtor the sum of $8,240.25.

More than 30 days have passed since demand for payment was made on the debtor. The debtor has not, however, paid the amount due.

The Garnishee is believed to owe or will owe money or property to the debtor or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

Respectfully Submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY

Matthew Phelps
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201
(410) 209-4800