IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. **PJM 12-3065** |
| | * | Crim. No. **PJM 03-0457-1** |
| KENNETH JAMAL LIGHTY | * | |
| | * | |
| Petitioner-Defendant. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Civil No. **PJM 11-3563** |
| | * | Crim. No. **PJM 03-0457-3** |
| JAMES EVERETT FLOOD, III | * | |
| | * | |
| Petitioner-Defendant. | * | |
| | * | |

**ORDER**

Having considered Kenneth Jamal Lighty's Amended Motion to Vacate under 28 U.S.C. 2255, ECF No. 451, and James Everett Flood, III's Amended Motion to Vacate under 28 U.S.C. 2255, which amended his original Motion, ECF No. 396, by adopting Light's pleadings as to the *Batson-J.E.B.* claim, and the Government's Opposition thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 12th day of August, 2016,

**ORDERED**

1. Lighty's Motion to Supplement Amended Motion to Vacate under 28 U.S.C. 2255, ECF No. 478, is **GRANTED**, insofar as the Court will consider his Amended Motion to Vacate, ECF No. 451, to be amended accordingly;

2.   Flood's Motion to Adopt Motion of Other Defendant Lighty, ECF No. 480, is **GRANTED**, insofar as the Court will consider his Amended Motion to Vacate to be amended accordingly;

3.  Lighty's Amended Motion to Vacate under 28 U.S.C. § 2255, ECF No. 451, is **DENIED-IN-PART** as to Claim 1 for relief pursuant to *Batson-J.E.B.*, while consideration of all other claims for relief therein is **DEFERRED** pending additional briefing;

4.  Flood's Amended Motion to Vacate under 28 U.S.C. § 2255, which consists of his original Motion, ECF No. 396, amended to adopt Lighty's pleadings as to the *Batson-J.E.B.* claim, is **DENIED-IN-PART** as to claims for relief pursuant *Batson-J.E.B.*, while consideration of all other claims for relief therein is **DEFERRED** pending additional briefing.

_____/s/_____

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
