UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 AUG 18  P 4:01

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Court No.-PJM-03-00457 |
| | * | |
| KENNETH LIGHTY, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| | * | |
| TRAFFORD PUBLISHING | * | |
| 1663 Liberty Drive | * | |
| Suite 200 | * | |
| Bloomington, IN 47403 | * | |
| | * | |
| Garnishee. | * | |

GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee to obtain payment on a debt due the United States in the amount of $8,302.18 plus additional interest until paid in full.   Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on April 4, 2016, stating that, at the time of the service of the Writ of Continuing Garnishment, they have custody, control or possession of property, in which Kenneth Lighty maintains an interest.

On or about May 2, 2016, the Defendant and Judgment Debtor was notified of his right to a hearing. A hearing was not requested.

IT IS ORDERED that Garnishee pay the sum of <u>25% of any payments</u>, minus amounts to be paid to any prior garnishments, to Plaintiff and Judgment Creditor and continue said payments until the debt to the Plaintiff and Judgment Creditor is paid in full, the Garnishee no longer has custody, possession or control of any property belonging to the Defendant and Judgment Debtor or until further Order of this Court.

8/18/16
_____
Date

_____
HONORABLE PETER J. MESSITTE
U. S. DISTRICT COURT JUDGE

2