## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. PJM-03-457** |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR SUBSTITUTION OF COUNSEL

Comes now Defendant, Kenneth Lighty, through counsel, Edson A. Bostic, Federal Public Defender for the District of Delaware, and Tiffani D. Hurst, First Assistant Federal Defender, and hereby moves for a substitution of counsel.  In support of this motion, he states:

On May 16, 2011, this Court issued an Order appointing the Capital Habeas Unit of the Federal Public Defender for the District of Delaware to represent Defendant, Kenneth Lighty.

On, November 15, 2012, Karl D. Schwartz entered his appearance on behalf of the Defendant, Kenneth Lighty.

Mr. Schwartz is no longer an employee of the Office of the Federal Public Defender for the District of Delaware.

WHEREFORE Defendant, Kenneth Lighty, respectfully requests that First Assistant Federal Defender Tiffani D. Hurst's appearance be entered on his behalf, and Mr. Schwartz be stricken.

Edson A. Bostic, Federal Public Defender
Office of the Federal Public Defender
District of Delaware


/s/ Tiffani Hurst
Tiffani D. Hurst
First Assistant Federal Defender
800 King Street, Suite 200
Wilmington, Delaware 19801
Telephone: 302-573-6010
Facsimile: 302-573-6041
Tiffani_Hurst@fd.org

Dated: October 25, 2016