# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**                                              **6500 CHERRYWOOD LANE**

**UNITED STATES DISTRICT JUDGE**                                  **GREENBELT, MARYLAND  20770**

                                                                  **301-344-0632**

<u>MEMORANDUM</u>

TO:        Counsel

FROM:      Judge Peter J. Messitte

RE:        <u>United States v. Lighty</u>, Criminal No. PJM 03-457-1

           <u>United States v. Flood</u>, Criminal No. PJM 03-457-3

DATE:      April 6, 2017

The Court would like to schedule a telephonic status conference to determine how the parties intend to proceed in these cases – specifically, whether the parties wish to proceed jointly as to any issues. Counsel are directed to jointly call chambers to schedule the teleconference no later than April 12, 2017.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                        _____/s/_____

                                        **PETER J. MESSITTE**

                                        **UNITED STATES DISTRICT JUDGE**

cc:        Court File