UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND


**PETER J. MESSITTE**                                                              **6500 CHERRYWOOD LANE**

**UNITED STATES DISTRICT JUDGE**                                      **GREENBELT, MARYLAND  20770**

                                                                                           **301-344-0632**

MEMORANDUM


| | | |
|---|---|---|
| TO: | Counsel | |
| FROM: | Judge Peter J. Messitte | |
| RE: | United States v. Lighty, Criminal No. PJM 03-457-1 | |
| | United States v. Flood, Criminal No. PJM 03-457-3 | |
| DATE: | May 26, 2017 | |


The Court held a teleconference to determine how to proceed in these cases on May 25, 2017. Counsel for all parties were present on the call.

The Court has determined based on the parties' representations that the remaining claims in Defendant Flood's Motion to Vacate under 28 U.S.C. § 225, ECF No. 396, are fully briefed and ripe for decision. The Court **WILL HEAR** oral argument on these claims on July 27, 2017 at 10 a.m.

Pending in the Lighty case are Claims 2-8 in his Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 ("§2255 Motion"), ECF No. 451, and a Motion for Discovery Regarding Claims Other Than Claim I in his Motion for Relief Under 28 U.S.C. § 2255 ("Motion for Discovery"). ECF No. 463.

The Court **GRANTS** Lighty's oral request during the teleconference to amend his Motion for Discovery and sets the following briefing schedule:

- Lighty's proposed amended Motion for Discovery shall be filed by **June 30, 2017.**
- The Government's Response, if any, shall be filed by **July 14, 2017**.
- Lighty's Reply, if any, shall be filed by **July 24, 2017.**

The Court will determine whether it wishes to schedule oral argument or an evidentiary hearing after the Motion for Discovery is fully briefed.

After ruling on the Motion for Discovery, the Court will convene another teleconference to set a briefing schedule on Claims 2-8 in Lighty's §2255 Motion.

Also pending are Lighty's Motion to Supplement Amended Motion for Relief Under 28 U.S.C. § 2255, ECF No. 530, and Flood's Second Supplemental Motion to Vacate Conviction under 28 U.S.C. § 2255, ECF No. 528. These shall remain **STAYED** pending decisions by the Fourth Circuit and the Supreme Court and will be decided in tandem at a later date.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

**/s/**
_____

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**

cc:      Court File