## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| | ) | |
| *Defendant*. | | |

## MOTION FOR LEAVE TO FILE SEALED MATERIALS

Kenneth Jamal Lighty, through his attorneys, hereby moves this Honorable Court for leave to file his memorandum and its exhibits under seal.

As grounds therefore, the defense states that its memorandum and exhibits contain confidential information, discovery, and grand jury materials.

WHEREFORE, the defense requests that this Honorable Court grant its motion for leave to file its memorandum and exhibits under seal.

Dated: June 30, 2017                           Respectfully submitted,


/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
916 S. 2nd Street
Philadelphia, PA 19147
267-639 0417

/s/ Tiffani Hurst
Tiffani Hurst
Tiffani_Hurst@fd.org
Capital Habeas Unit
Office of the Federal Public Defender
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010

/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
SARosenthal@Venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
202-344-4741

*Counsel for Kenneth Jamal Lighty*