**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA          :

    **v.**                                        :    **CRIMINAL NO.   PJM 03-457**

KENNETH JAMAL LIGHTY              :
    **Defendant**

...oOo...

## MOTION FOR EXTENSION OF TIME

The Government requests the Court to grant an extension of time through **August 8, 2017** in which it can file a written response to the Lighty's Amended Motion For Discovery Regarding Claims Other Than Claim I In His Motion For Relief Under 28 U.S.C. § 2255 (ECF 557) filed June 30, 2017.   The Government inadvertently missed the July 14, 2017 deadline set forth in the Court's Scheduling Order dated May 26, 2017 (ECF 551). Given the press of other matters, the Government needs the additional time to respond and recalls the Court and counsel allowing some flexibility in the schedule on these matters.   The Government respectfully asks this Court to grant this request.   Undersigned counsel contacted defense counsel as soon as she realized about the omission tonight but, given the lateness of the hour, has not yet heard back as counsel's position.

    Respectfully submitted,

    Stephen M. Schenning
    Acting United States Attorney

By:   ____/s/_____
    Sandra Wilkinson
    Assistant United States Attorney
    36 South Charles Street, Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4800

So ordered and extension granted this __ day of July, 2017.

_____
Peter J. Messitte
United States District Judge