## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CIVIL NO. PJM-12-3065** |
| | * | **CRIMINAL NO.   PJM-03-457** |
| **KENNETH JAMAL LIGHTY,** | * | |
| | * | |
| **Petitioner** | * | |

\*\*\*\*\*\*

### GOVERNMENT'S MOTION TO SEAL
### GOVERNMENT'S RESPONSE IN OPPOSITION TO PETITION FOR RELIEF
### PURSUANT TO 18 U.S.C. SECTION 3582(c)

The United States of America, by its undersigned counsel, respectfully submits this Motion to Seal Government's Response in Opposition to Petitioner's Amended Motion for Discovery Regarding Claims Other than Claim I in his Motion for Relief Under 28 U.S.C. § 2255.  In support of this motion the government states as follows:

1.    The document contains confidential information that would subject it to court-ordered sealing.

WHEREFORE, the United States of America, requests this Honorable Court seal the Government's Response in Opposition to Petitioner's Amended Motion for Discovery Regarding Claims Other than Claim I in his Motion for Relief Under 28 U.S.C. § 2255.

Respectfully submitted,

Stephen M. Schenning
Acting United States Attorney

By:    _____/s/_____
Sandra Wilkinson
Assistant United States Attorney

_____/s/_____
Deborah A. Johnston
Assistant United States Attorney


_____/s/_____
Ellen E. Cobb
Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 8, 2017 a copy of the foregoing Motion to Seal Government's Response in Opposition to Petitioner's Amended Motion for Discovery Regarding Claims Other than Claim I in his Motion for Relief Under 28 U.S.C. § 2255 was e-filed and e-mailed to counsel of record for defendant Lighty.


By:   _____/s/_____
Sandra Wilkinson
Assistant United States Attorney


_____/s/_____
Deborah A. Johnston
Assistant United States Attorney


_____/s/_____
Ellen E. Cobb
Special Assistant United States Attorney