**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CIVIL NO. PJM-12-3065** |
| | * | **CRIMINAL NO.   PJM-03-457** |
| **KENNETH JAMAL LIGHTY,** | * | |
| | * | |
| **Petitioner** | * | |

**\*\*\*\*\*\*\***

## ORDER

Upon motion of the Government, and for the reasons stated in said motion, it is hereby

ORDERED this _____ day of _____, 2017, the Government's Response in Opposition

to Petitioner's Amended Motion for Discovery Regarding Claims Other than Claim I in his Motion

for Relief Under 28 U.S.C. § 2255 be sealed.

_____

The Honorable Peter J. Messitte
United States District Court Judge