**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

**CONSENT MOTION FOR EXTENSTION OF TIME TO FILE REPLY BRIEF ON PETITIONER'S AMENDED MOTION FOR DISCOVERY REGARDING CLAIMS OTHER THAN CLAIM I IN HIS MOTION FOR RELIEF UNDER 28 U.S.C. § 2255**

Petitioner Kenneth Jamal Lighty respectfully requests that the due date for the reply brief on his Amended Motion for Discovery regarding Claims other than Claim I in His Motion for Relief under 28 U.S.C. § 2255 ("Amended Motion") be extended to September 8, 2017.  The government consents to the relief requested in this motion.

As grounds for this motion, Mr. Lighty states as follows:

1. Mr. Lighty filed the Amended Motion on June 30, 2017 (ECF Nos. 554 – 557), as required by the Court's order of May 26, 2017 (ECF No. 551).

2. Under the Court's May 26, 2017 order, the government's opposition was due July 14, 2017.  The government, however, required additional time, and sought and obtained an extension until August 8, 2017 (ECF No. 558 and 7/20/17 Paperless Order).

3. In requesting consent for an extension of time to file its opposition, the government indicated that it would correspondingly consent to a like request from Mr. Lighty on the reply brief.

4.      Given the press of other matters, as well as scheduled vacations and the impending birth of the first child of primary counsel from the Federal Defender's Office in Delaware, Mr. Lighty requires until September 8, 2017 to submit his reply.

5.      Counsel for the government has agreed to give Mr. Lighty until September 8, 2017 to file his reply.

WHEREFORE, for the foregoing reasons, Mr. Lighty respectfully requests that he be given until September 8, 2017 to file his reply brief on the Amended Motion.

A proposed order is attached.

DATE: August 17, 2017

Respectfully submitted,

/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
916 S. 2nd Street
Philadelphia, PA 19147
(267) 639 0417

/s/ Tiffani Hurst
Tiffani Hurst
Tiffani_Hurst@fd.org
Capital Habeas Unit
Delaware Federal Defender Office
800 King Street
Suite 200
Wilmington, DE 19801
302-573-6010

/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
sarosenthal@venable.com
VENABLE LLP
575 7th Street, NW
Washington, DC  20004-1601
202-344-4000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 03-cr-00457-PJM |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| *Defendant*. | ) | |

### ORDER

Petitioner Kenneth Jamal Lighty has filed a motion for an extension of time to submit a reply brief on his Amended Motion for Discovery regarding Claims other than Claim I in His Motion for Relief under 28 U.S.C. § 2255 ("Amended Motion"). The government consents to the relief requested in the motion. Having considered the motion and the government's consent, it is HEREBY ORDERED that:

1. The motion is granted; and

2. The deadline for Mr. Lighty's reply brief on the Amended Motion is extended to September 8, 2017.

SO ORDERED.

_____
Peter J. Messitte
United States District Judge