## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. PJM-03-457 |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR SUBSTITUTION OF COUNSEL

Comes now Defendant, Kenneth Lighty, through counsel, Edson A. Bostic, Federal

Public Defender for the District of Delaware, and Stephen L. Marley, Assistant Federal Public

Defender, and hereby moves for a substitution of counsel.  In support of this motion, he states:

On May 16, 2011, this Court issued an Order appointing the Capital Habeas Unit of the

Federal Public Defender for the District of Delaware to represent Defendant, Kenneth Lighty.

Dkt. 394.

On November 15, 2012, former Assistant Federal Public Defender Karl David Schwartz

entered his appearance on behalf of Defendant, Kenneth Lighty.  Dkt. 447.

On October 25, 2016, Defendant Kenneth. Lighty filed a Motion for Substitution of

Counsel (Dkt. 541) and on October 26, 2016, this Court entered a paperless Order (Dkt. 542)

granting the substitution Tiffani D. Hurst as counsel, and striking the appearance of Karl

Schwartz.

This matter has now been assigned to Assistant Federal Public Defender Stephen L.

Marley for handling.

WHEREFORE Defendant, Kenneth Lighty, respectfully requests that Assistant Federal Public Defender Stephen L. Marley's appearance be entered on his behalf, and Ms. Hurst be stricken.

EDSON A. BOSTIC
Federal Public Defender


/s/ Stephen L. Marley           _____
Stephen L. Marley (PA Bar# 54946)
Assistant Federal Public Defender
Office of the Federal Public Defender
800 King Street, Suite 200
Wilmington, Delaware 19801
Tel: 302-573-6010
stephen_marley@fd.org

Counsel for Kenneth Lighty

Dated: October 30, 2017