

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Sandra Wilkinson* | *Suite 400* | *DIRECT: 410-209-4921* |
| *Chief, Major Crimes* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Sandra.Wilkinson@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0716* |

August 28, 2018

Honorable Peter J. Messitte
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD  20770

   Re: *United States v. Kenneth Lighty, et al*.
     Criminal No. PJM 03-0457

Dear Judge Messitte:

  This joint status report is in response to the Court's sealed order dated August 7 (ECF 592). As the Court may recall, the parties anticipated next steps in a prior joint letter to the Court dated May 19, 2017 (ECF 550). That earlier letter contains a proposed schedule. A copy is attached. As the Court can see, there remains some areas of disagreement regarding scheduling. Specifically, the defendant is seeking time to file a Motion in Support of Evidentiary Hearing under Rules 7 & 8 once the Government's Response to the remaining 2255 claims is filed. The parties seek the Court's guidance on that aspect of the proposed schedule. Defense counsel seeks a hearing on that issue; the government believes the scheduling matter can be resolved by the Court without a hearing or during a teleconference. Otherwise, the proposed schedule is set forth in the May 19 letter.

  Thank you for your consideration of this matter.

        Very truly yours,

        Robert K. Hur
        United States Attorney

        _____/s/_____
        Sandra Wilkinson
        Assistant United States Attorney

Enclosure

cc:  Seth A. Rosenthal, Esq.
  Julie Brain, Esq.