**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                              **GREENBELT, MARYLAND  20770**
                                                                                        **301-344-0632**

MEMORANDUM

TO:            Counsel of Record

FROM:       Judge Peter J. Messitte

RE:            United States v. Kenneth Lighty, *et al.*
                  Criminal No. PJM 03-0457 (related to Civil No. PJM 12-3065)

DATE:        September 25, 2018

* * *

On August 7, 2018, the Court issued an Order denying Defendant Lighty's request for discovery and directing the parties to file a joint status report relating to the status of Lighty's Amended Motion to Vacate pursuant to 28 U.S.C. § 2255 (ECF No. 451).

On September 21, 2018, the Court, the Government, and Defense counsel held a telephone conference to discuss the parties' proposed schedules for moving forward, as related in the status report, and the necessity of additional briefing about the possibility of an evidentiary hearing under Rules 7 and 8. As determined during that teleconference, the Court set the following briefing schedule.

The Government shall submit its Response in Opposition to Lighty's Amended Motion to Vacate pursuant to 28 U.S.C. § 2255 by November 19, 2018. Lighty shall submit his Reply, simultaneously with any Motion for Evidentiary Hearing, by May 24, 2019.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                                     /s/
                                                      **PETER J. MESSITTE**
                                          **UNITED STATES DISTRICT JUDGE**

cc:       Court File