UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770

OFFICIAL BUSINESS



049J82024319
$02.05⁰
08/08/2018
Mailed From 20770
US POSTAGE

Return to Sender

moved 4 years ago

Julie Brain
Attorney at Law

NIXIE      15Z    48 1              0Z10/15/18
            RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 20770124999    2099N288014-00355