IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| _Plaintiff_, | ) Case No. 03-cr-00457-PJM |
| | ) |
| v. | ) |
| | ) |
| KENNETH JAMAL LIGHTY, | ) |
| | ) |
| _Defendant_. | ) |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE
REPLY AND MOTION FOR EVIDENTIARY HEARING**

Petitioner, Kenneth Jamal Lighty, by and through counsel, respectfully moves the Court for an extension of time in which to file his reply to the government's Response to his Amended Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant 28 U.S.C. § 2255 (ECF No. 451), and his motion for evidentiary hearing.

1. On September 26, 2018, the Court issued a scheduling Order in which it directed the government to file its response in opposition to Mr. Lighty's pending Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S. § 2255, (ECF No. 451), by November 19, 2018. (ECF No. 595.) The Order further directed Mr. Lighty to file his reply to that response, together with his motion for evidentiary hearing, by May 24, 2019. _Id._ The government duly filed its Response on November 20, 2018. (ECF No. 597.)

2. From the time that they were first appointed to represent Mr. Lighty in this proceeding, undersigned counsel have divided the labor involved in order to ensure that they perform their duties in the most effective, efficient and cost-effective way possible. Attorney

1

Brain has been responsible from the beginning for Mr. Lighty's claims for relief that relate to the penalty phase of his trial, including overseeing the extensive investigation into Mr. Lighty's background and psychosocial history that was, and continues to be, necessary to uncover mitigating evidence that should have been presented at trial but was not. Counsel plan to file with their reply and motion for evidentiary hearing all of the supporting evidence that has been identified, including not only documents that have been gathered but also sworn declarations from lay witnesses and comprehensive reports from expert witnesses. With respect to the penalty phase claims in particular there is an exceedingly large amount of evidence to be gathered and organized, including the finalizing of the written declarations of a large number of witnesses. That evidence also needs to be cogently synthesized and explained both in the reply and the motion for evidentiary hearing. In short, there is a great deal of work that must be completed before counsel can file a thorough and complete reply and motion for evidentiary hearing.

3.      Attorney Brain is also counsel of record in *United States v. Brendt Christensen*, No. 17-cr-20037 (C.D. Ill.), a federal capital prosecution pending in the United States District Court for the Central District of Illinois. When Ms. Brain was appointed to the case, trial was set to begin on April 1, 2019. On February 8, 2019, the defense team moved to continue the trial date until October, 2019. The motion was denied on February 28, 2019, and the trial is now scheduled to begin on June 3, 2019, a little over a week after Mr. Lighty's reply and motion for evidentiary hearing are due to be filed.

4.      Preparation for the capital trial in Mr. Christensen's case has consumed virtually all of Ms. Brain's working hours over the last six months and will consume all of her time in the final two months before trial begins. It is therefore impossible for Ms. Brain to simultaneously

complete all of the work that is necessary in order to properly present briefing and supporting evidence on Mr. Lighty's reply and evidentiary hearing motion.

5. The best estimates by both parties in the Christensen matter are that trial will last up to ten weeks. Undersigned counsel therefore request that they be permitted until September 30, 2019, in which to file Mr. Lighty's reply and evidentiary hearing motion.

6. Undersigned counsel have conferred with counsel for the government and have been informed that the government strenuously objects to the request.

7. A proposed order is attached.

WHEREFORE, for the foregoing reasons, Mr. Lighty respectfully requests that this Motion be granted and the Court enter an order directing Mr. Lighty to file his reply and motion for evidentiary hearing by September 30, 2019.

Respectfully submitted,

/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
916 S. 2nd Street
Philadelphia, PA 19147
(267) 639 0417

/s/ Stephen L. Marley
Stephen L. Marley
Stephen_Marley@fd.org
Office of the Federal Public Defender
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010

/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
sarosenthal@venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

202-344-4000

*Counsel for Kenneth Jamal Lighty*


## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2019, I served a copy of the foregoing Motion for Extension of time in Which to File Reply and Motion for Evidentiary Hearing on counsel for the United States through the Court's ECF system.


/s/ Julie Brain
Julie Brain

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Plaintiff,* | ) **Case No. 03-cr-00457-PJM** |
| | ) |
| **v.** | ) |
| | ) |
| **KENNETH JAMAL LIGHTY,** | ) |
| | ) |
| *Defendant.* | ) |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time in Which to File Reply and Motion for Evidentiary Hearing filed on March 22, 2019, it is this _____ day of _____, 2019, hereby **ORDERED** that the Defendant's Motion is **GRANTED** and that he may have until September 30, 2019, in which to file his reply and motion for evidentiary hearing.

_____
**THE HONORABLE PETER J. MESSITTE**
United States District Judge

5