

600 MASSACHUSETTS AVE., NW    WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

April 16, 2019

Seth A. Rosenthal

**T 202-344-4741**
**F 202.344.8300**
SARosenthal@Venable.com

The Honorable Peter J. Messitte
United States District Judge for the District of Maryland
United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:     *United States v. Kenneth Lighty*, No. 03-cr-00457-PJM

Dear Judge Messitte,

On behalf of Defendant Kenneth Lighty, we write to request your permission to review copies of sealed filings not in the possession of Mr. Lighty's counsel. In addition, we ask that you order the Clerk's office to provide us copies, free of charge, of all filings previously made in the above-captioned matter that are neither in the possession of Mr. Lighty's counsel nor available on the Public Access to Court Electronic Records (PACER) database.

As you know, in 2011, we were appointed by this Court to represent Mr. Lighty pursuant to the Criminal Justice Act in connection with the filing of a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2255. (ECF No. 394). Several docket entries, filed prior to our appointment, are neither in our possession nor available on PACER. Currently, we are working to prepare Mr. Lighty's motion for evidentiary hearing and reply to the government's response in opposition to Mr. Lighty's pending Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255. (ECF No. 451). To adequately prepare the motion and reply brief, it is important that we have complete access to all docket entries filed in Mr. Lighty's case.

In an effort to retrieve copies of the docket entries not available on PACER, we contacted the Clerk's office, which informed us that we need written permission from this Court to review copies of filings made under seal. Accordingly, we request that this Court grant us written permission to review copies of the following filings made under seal in the above-captioned matter: ECF Nos. 26; 29; 30; 31; 33; 34; 35; 36; 37; 38; 39; 61; 65; 66; 70; 71; 72; 73; 78; 79; 81; 124; 158; 170; 173; 174; 182; 183; 184; 185; 190; 191; 195; 197; 199; 200; 201; 202; 209; 210; 211; 212; 216; 222; 223; 276; 284; 287; 288; 291; 293; 294; 295; 296; 297; 298; 304; and 308.

In addition to the sealed filings listed above, the following docket entries are neither in the possession of Mr. Lighty's counsel nor available on PACER: ECF Nos. 2; 3; 4; 5; 6; 7; 8; 9; 10; 11; 12; 13; 14; 15; 16; 17; 18; 19; 20; 21; 22; 23; 25; 32; 40; 41; 42; 49; 50; 52; 53; 54; 58; 59; 60; 62; 69; 74; 75; 76; 77; 80; 81; 82; 87; 88; 90; 91; 92; 93; 94; 95; 96; 97; 98; 99; 102; 105; 106; 120; 121; 122; 125; 126; 140; 141; 142; 143; 144; 145; 146; 152; 153; 154; 156; 157; 163; 165; 168; 172; 175; 176; 177; 178; 179; 180; 181; 186; 187; 189; 192; 193; 196; 198; 204; 218; 219;

46264593-v3-2019-04-01 Correspondence Re Sealed and Unavailable Docket Entries



The Honorable Peter J. Messitte
April 3, 2019
Page 2

220; 221; 224; 226; 227; 228; 229; 233; 235; 237; 238; 240; 241; 243; 244; 245; 246; 253; 256; 260; 262; 263; 266; 271; 272; 275; 277; 312; 316; and 317.

We plan to request copies of the foregoing docket entries from the Clerk's office. However, we are also aware of the fee schedule associated with all copy requests. Specifically, copies of electronic records that are not available on PACER are subject to a $31.00 charge. Because we have been appointed post-conviction counsel under the Criminal Justice Act, and because it is important that we have access to all filings made prior to our appointment in order to adequately prepare Mr. Lighty's reply and motion for evidentiary hearing, we ask this Court to order the Clerk's office to provide us copies, free of charge, of all of the docket entries listed above.

Thank you for your consideration.

Respectfully submitted,


/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
SARosenthal@Venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
202-344-4741


/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
916 S. 2nd Street
Philadelphia, PA 19147
267-639-0417


/s/ Stephen L. Marley
Stephen L. Marley
Stephen_Marley@fd.org
Office of the Federal Public Defender
800 King Street, Suite 200



The Honorable Peter J. Messitte
April 3, 2019
Page 3

Wilmington, DE 19801
302-573-6010

*Counsel for Kenneth Jamal Lighty*