Case 8:03-cr-00457-PJM   Document 605   Filed 06/24/19   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Sandra Wilkinson*
*Chief, Major Crimes*
*Sandra.Wilkinson@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4921*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*

June 24, 2019

The Honorable Peter J. Messitte
U.S. District Judge
 for the District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:  U.S. v. Lighty, PJM 03-457

Dear Judge Messitte

This letter is in response to correspondence filed by the Defendant on April 16, 2019 (ECF 601) in which counsel asked the Clerk for copies of certain sealed filings.  After reviewing the lengthy docket sheet, the Government determined that ten (10) filings remained sealed that were filed by the Government (ECF 170, 190, 282, 300, 302, 322, 327, 330, 331 and 354).  Of those, the Government reviewed the following pleadings and has no objection to the Clerk providing copies of those filings to defense counsel:

    ECF 282 9/25/07 Response to Lighty's Motion for Leave to Conduct Discovery

    ECF 300 2/20/08 Response to Defendant's Motion for New Trial

    ECF 302 3/14/08 Motion to Seal Reply to Lighty's Motion for New Trial

    ECF 322 9/2/08 Opposition to Defendant's Motion to Reconsider

    ECF 327 9/24/08 Supplemental Affidavits in Support of Government's Opposition to Defendant's Motion for New Trial

    ECF 330 10/15/08 Supplemental Affidavits in Support of Government's Opposition to Defendant's Motion for New Trial

    ECF 331 10/24/08 Memorandum Reference Court's Standard of Review at Evidentiary Hearing on Lighty's Motion for New Trial

The Government was unable to locate copies of ECF 170, 190 and 354 in its files.  The Government hereby requests that the Clerk provide copies of said filings to undersigned counsel so that the Government can make a determination regarding providing copies to defense counsel.

For the Court's convenience, a line order is included below for the Court's consideration.

Very truly yours,

Robert J. Hur
United States Attorney

_____/s/_____

Sandra Wilkinson
Assistant United States Attorney

Cc:  Counsel of Record for Defendant

So ordered this 24 day of JUNE, 2019:

_____
Honorable Peter J. Messitte
United States District Judge