# EXHIBIT 2

## COUNT TWO

5.    How do you find the defendant, Kenneth Jamal Lighty, as to Count Two (conspiracy to commit kidnapping), guilty or not guilty?

    Guilty ___✓___            Not Guilty_____

6.    How do you find the defendant, James Everett Flood III, as to Count Two (conspiracy to commit kidnapping), guilty or not guilty?

    Guilty ___✓___            Not Guilty_____

## COUNT THREE

7.    How do you find the defendant, Kenneth Jamal Lighty, as to Count Three (use of a firearm to abduct Eric Larry Hayes in furtherance of the crimes charged Counts One or Two) or not guilty?

    Guilty ___✓___            Not Guilty _____

8.    How do you find the defendant, James Everett Flood III, as to Count Three (use of a firearm to abduct Eric Larry Hayes in furtherance of the crimes charged Counts One or Two), guilty or not guilty?

    Guilty ___✓___            Not Guilty_____

## COUNT FOUR

9.    How do you find the defendant, Kenneth Jamal Lighty, as to Count Four (brandishing a firearm in attempted abduction of Antoine Forrest in furtherance of the crime charged Count Two), guilty or not guilty?

    Guilty ___✓___            Not Guilty _____

2

10. How do you find the defendant, James Everett Flood III, as to Count Four (brandishing a firearm in attempted abduction of Antoine Forrest in furtherance of the crimes charged in Count One or Two), guilty or not guilty?

Guilty ____✓____                Not Guilty _____

### COUNT FIVE

11. How do you find the defendant, Kenneth Jamal Lighty, as to Count Five (use of a weapon to shoot Eric Larry Hayes in furtherance of the crimes charged Counts One or Two), guilty or not guilty?

Guilty ____✓____                Not Guilty _____

12. How do you find the defendant, James Everett Flood III, as to Count Five (use of a weapon to shoot Eric Larry Hayes in furtherance of the crimes charged Counts One or Two), guilty or not guilty?

Guilty ____✓____                Not Guilty _____

**The foregoing constitutes the unanimous verdict of the jury.**

____21 Oct '05____                _____
**Date**                          **Foreperson**

3