# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    :
                            :
v.                          :    CRIMINAL NO. PJM-02-0178
                            :
KENNETH JAMAL LIGHTY,       :
   a/k/a Goat, and          :
JAMES EVERETT FLOOD III,    :
   a/k/a Junior,            :
   a/k/a Bug,               :
   a/k/a Junebug.           :
                       ...oOo...

**VERDICT FORM**

**COUNT ONE**

1.  How do you find the defendant, Kenneth Jamal Lighty, as to Count One (kidnapping), guilty or not guilty?

    Guilty ___✓___            Not Guilty_____

2.  If you find the defendant Kenneth Jamal Lighty guilty of Count One (kidnapping), did the kidnapping result in the death of Eric Hayes II?

    Yes ___✓___               No _____

3.  How do you find the defendant, James Everett Flood III, as to Count One (kidnapping), guilty or not guilty?

    Guilty ___✓___            Not Guilty_____

4.  If you find the defendant James Everett Flood III guilty of Count One (kidnapping), did the kidnapping result in the death of Eric Hayes II?

    Yes ___✓___               No _____



## COUNT TWO

5. How do you find the defendant, Kenneth Jamal Lighty, as to Count Two (conspiracy to commit kidnapping), guilty or not guilty?

Guilty ___✓___       Not Guilty_____

6. How do you find the defendant, James Everett Flood III, as to Count Two (conspiracy to commit kidnapping), guilty or not guilty?

Guilty ___✓___       Not Guilty_____

## COUNT THREE

7. How do you find the defendant, Kenneth Jamal Lighty, as to Count Three (use of a firearm to abduct Eric Larry Hayes in furtherance of the crimes charged Counts One or Two) or not guilty?

Guilty ___✓___       Not Guilty_____

8. How do you find the defendant, James Everett Flood III, as to Count Three (use of a firearm to abduct Eric Larry Hayes in furtherance of the crimes charged Counts One or Two), guilty or not guilty?

Guilty ___✓___       Not Guilty_____

## COUNT FOUR

9. How do you find the defendant, Kenneth Jamal Lighty, as to Count Four (brandishing a firearm in attempted abduction of Antoine Forrest in furtherance of the crime charged Count Two), guilty or not guilty?

Guilty ___✓___       Not Guilty_____

2

10. How do you find the defendant, James Everett Flood III, as to Count Four (brandishing a firearm in attempted abduction of Antoine Forrest in furtherance of the crimes charged in Count One or Two), guilty or not guilty?

Guilty ____✓____          Not Guilty _____

## COUNT FIVE

11. How do you find the defendant, Kenneth Jamal Lighty, as to Count Five (use of a weapon to shoot Eric Larry Hayes in furtherance of the crimes charged Counts One or Two), guilty or not guilty?

Guilty ____✓____          Not Guilty _____

12. How do you find the defendant, James Everett Flood III, as to Count Five (use of a weapon to shoot Eric Larry Hayes in furtherance of the crimes charged Counts One or Two), guilty or not guilty?

Guilty ____✓____          Not Guilty _____

**The foregoing constitutes the unanimous verdict of the jury.**

____21 Oct '05____
**Date**

_____
**Foreperson**

3