## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

UNITED STATES OF AMERICA,       )

                                     )

               *Plaintiff*,      ) Case No. 03-cr-00457-PJM

                                     )

v.                               )

                                   )

KENNETH JAMAL LIGHTY,      )

                                   )

              *Defendant*.     )

### CONSENT MOTION FOR EXTENSION OF TIME TO FILE
### REPLY AND MOTION FOR EVIDENTIARY HEARING

Petitioner, Kenneth Jamal Lighty, by and through counsel, respectfully requests that the due date for his reply to the government's response to his Amended Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 (ECF No. 451), and his motion for evidentiary hearing, be extended from September 30, 2019 to October 4, 2019. The government consents to the relief requested in this motion.

In support of this Motion, Mr. Lighty states as follows:

1.      On March 22, 2019, Mr. Lighty filed a Motion for Extension of Time in Which to File Reply and Motion for Evidentiary Hearing. *See* ECF No. 598.

2.      On April 11, 2019, the Court issued an Order granting Mr. Lighty's Motion and extending the deadline to file his reply brief and motion for evidentiary hearing until September 30, 2019. *See* ECF No. 600.

3.      As it turns out, Rosh Hashanah this year falls on the due date, September 30, and the following day, October 1. Because of his observance of the holiday, Mr. Rosenthal, one of Mr.

Lighty's lawyers, contacted counsel for the government and requested consent to an extension of the due date until October 4, 2019.

4.      Counsel for the government agreed to give Mr. Lighty until October 4, 2019 to file his reply brief and motion for evidentiary hearing.

WHEREFORE, for the foregoing reasons, Mr. Lighty respectfully requests that he be given until October 4, 2019 to file his reply brief and motion for evidentiary hearing.

A proposed order is attached.

Date:  September 11, 2019


Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Julie Brain | Seth A. Rosenthal |
| Juliebrain1@yahoo.com | (D. Md. Bar No. 10780) |
| Attorney at Law | SARosenthal@Venable.com |
| 916 S. 2nd Street | VENABLE LLP |
| Philadelphia, PA 19106 | 600 Massachusetts Avenue, NW |
| (267) 639-0417 | Washington, DC 20001 |
| | (202) 344-4741 |


_____/s/_____
Stephen L. Marley
Stephen_Marley@fd.org
Office of the Federal Public Defender
800 N. King Street
Wilmington, DE 19801
(302) 573-6010

*Counsel for Kenneth Jamal Lighty*