**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Plaintiff*, | ) **Case No. 03-cr-00457-PJM** |
| | ) |
| **v.** | ) |
| | ) |
| **KENNETH JAMAL LIGHTY,** | ) |
| | ) |
| *Defendant.* | ) |

**ORDER**

Petitioner Kenneth Jamal Lighty has filed a motion for an extension of time to submit a reply brief and motion for evidentiary hearing in connection with his Amended Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 (ECF No. 451). The government consents to the relief requested in the motion.

Having considered the motion and the government's consent, it is HEREBY ORDERED that:

1. The motion is granted; and

2. The deadline for Mr. Lighty's reply brief and motion for evidentiary hearing is extended to October 4, 2019.

SO ORDERED.

_____
Peter J. Messitte
United States District Judge