# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. PJM-03-457** |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL

Comes now Defendant, Kenneth Lighty, through counsel, Edson A. Bostic, Federal Public Defender for the District of Delaware, and Tiffani D. Hurst, Assistant Federal Public Defender, and hereby moves for a substitution of counsel.  In support of this motion, he states:

On May 16, 2011, this Court issued an Order appointing the Capital Habeas Unit of the Federal Public Defender for the District of Delaware to represent Defendant, Kenneth Lighty. Dkt. 394.

On November 15, 2012, former Assistant Federal Public Defender Karl David Schwartz entered his appearance on behalf of Defendant, Kenneth Lighty.  Dkt. 447.

On October 25, 2016, Defendant Kenneth Lighty filed a Motion for Substitution of Counsel (Dkt. 541) and on October 26, 2016, this Court entered a paperless Order (Dkt. 542) granting the substitution Tiffani D. Hurst as counsel, and striking the appearance of Karl Schwartz.

On December 7, 2017, Defendant Kenneth Lighty filed a Motion for Substitution of Counsel (Dkt. 573) and on December 15, 2017, this Court entered a paperless Order (Dkt. 574) granting substitution of Stephen L. Marley, and striking the appearance of Tiffani D. Hurst.

This matter has now been reassigned to Assistant Federal Public Defender Tiffani D. Hurst for handling.

WHEREFORE Defendant, Kenneth Lighty, respectfully requests that Assistant Federal Public Defender Tiffani D. Hurst's appearance be entered on his behalf, and Mr. Marley be stricken.

EDSON A. BOSTIC
Federal Public Defender

/s/ Tiffani D. Hurst
Tiffani D. Hurst (MA Bar# 629858)
Assistant Federal Public Defender
Office of the Federal Public Defender
800 King Street, Suite 200
Wilmington, Delaware 19801
Tel: 302-573-6010
tiffani_hurst@fd.org

Counsel for Kenneth Lighty

Dated: September 25, 2019

2