**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 03-cr-00457-PJM** |
| | ) |
| **KENNETH JAMAL LIGHTY,** | ) |
| | ) |
| **Defendant.** | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE**
**REPLY AND MOTION FOR EVIDENTIARY HEARING**

Petitioner, Kenneth Jamal Lighty, by and through counsel, respectfully requests that the due date for his reply to the government's response to his Amended Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 (ECF No. 451), and his motion for evidentiary hearing, be extended from October 4, 2019 to October 11, 2019. The government consents to the relief requested in this motion.

In support of this Motion, Mr. Lighty states as follows:

1. On March 22, 2019, Mr. Lighty filed a Motion for Extension of Time in Which to File Reply and Motion for Evidentiary Hearing. *See* ECF No. 598.

2. On April 11, 2019, the Court issued an Order granting Mr. Lighty's Motion and extending the deadline to file his reply brief and motion for evidentiary hearing until September 30, 2019. *See* ECF No. 600.

3. On September 11, 2019, the Court granted Mr. Lighty's consent motion to extend the deadline to file his reply brief and motion for evidentiary hearing from September 30, 2019

until October 4, 2019, because Rosh Hashanah falls on the September 30, 2019, as well as October 1, 2019.

4.      Mr. Lighty's counsel require another short extension of the deadline, until October 11, 2019, because the paralegal who has been working on this matter for several years, and is the most knowledgeable about the vast number of documents in counsel's files, has been out of commission for the past three weeks (and may continue to remain so) due to the hospitalization of her husband, who has been diagnosed with a serious health condition. Although counsel have been able to make some accommodations, at this point they still need to rely on the paralegal for certain key tasks in connection with preparing their briefs.  If the paralegal is able to return to work, she will have sufficient time to help counsel meet an extended deadline of October 11, and if she is unable to return to work, counsel will have time to determine an alternative method of completing the tasks the paralegal would otherwise complete.

5.      Counsel for the government has agreed to give Mr. Lighty until October 11, 2019 to file his reply brief and motion for evidentiary hearing.

WHEREFORE, for the foregoing reasons, Mr. Lighty respectfully requests that he be given until October 11, 2019 to file his reply brief and motion for evidentiary hearing.

A proposed order is attached.

DATE:   September 27, 2019


Respectfully submitted,


_____/s/_____                      _____/s/_____
Julie Brain                                      Seth A. Rosenthal
Juliebrain1@yahoo.com                            (D. Md. Bar No. 10780)
Attorney at Law                                  SARosenthal@Venable.com
916 S. 2nd Street                                VENABLE LLP
Philadelphia, PA 19106                           600 Massachusetts Avenue, NW
(267) 639-0417                                   Washington, DC 20001
                                                 (202) 344-4741



_____/s/_____
Tiffani Hurst
Tiffani_Hurst@fd.org
Office of the Federal Public Defender
800 N. King Street
Wilmington, DE 19801
(302) 573-6010

*Counsel for Kenneth Jamal Lighty*