**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                         **GREENBELT, MARYLAND  20770**
                                                         **301-344-0632**

## MEMORANDUM

TO:         Counsel of Record

FROM:       Judge Peter J. Messitte

RE:         *U.S. v. Lighty, et al.*
            Cr. No. PJM-03-457

DATE:       October 3, 2019

* * *

The Court has received Defendant Lighty's August 23, 2019, Supplemental Brief in Support of Previously Filed Motion to Supplement Amended Motion For Relief Under 28 U.S.C. § 2255, ECF No. 608. The Court does not have a Response from the Government but assumes that it will want to file one. The Government is requested to promptly indicate to the Court the amount of time it needs to prepare a Response.

Further, the Court requests immediate clarification as to what motions are currently pending for the Court to decide and if there are any further pleadings that are needed to bring any outstanding motions to issue. The Parties shall respond in writing to the Court within ten (10) days.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                        _____/s/_____
                                        PETER J. MESSITTE
                                        UNITED STATES DISTRICT JUDGE

cc:     Court File