

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Sandra Wilkinson*                          *Suite 400*                    DIRECT: 410-209-4921
*Chief, Major Crimes*                      *36 S. Charles Street*           MAIN: 410-209-4800
*Sandra.Wilkinson@usdoj.gov*              *Baltimore, MD 21201-3119*        FAX: 410-962-0716

October 11, 2019

Honorable Peter J. Messitte
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD  20770

      Re:    *United States v. Kenneth Lighty, et al*.
            Criminal No. PJM 03-0457

Dear Judge Messitte:

      This joint status report is in response to the Court's Order dated October 3, 2019 (ECF 618).

      The only overlapping claim that remains pending pertains to motions filed by both defendants (ECF 527/528 (Flood) and ECF 530 (Lighty) after the Supreme Court's decision in United States v. Johnson, 135 S.Ct. 2551 (2015)(ruling that the "residual clause" of the Armed Career Criminal Act is unconstitutionally vague and in violation of due process). Recently, in the wake of the Supreme Court's decision in *United States v. Davis*, 139 S.Ct. 2319 (2019) (ruling that the "residual" clause in 18 USC 924(c) is also unconstitutionally vague) and the Fourth Circuit's decision in *United States v. Walker*, No. 15-4301, 2019 WL 3756052 (4th Cir. Aug. 9, 2019) (ruling that kidnapping does not constitute a crime of violence under the "force clause" of Section 924(c)), Lighty filed a supplement to this brief (Corrected ECF 608).

      As to Defendant Lighty, Claims II through IX of his Section 2255 Motion (ECF 451) also remain pending before the Court.  The Government filed its Response in Opposition to the Section 2255 Motion on November 20, 2018 (ECF 597).  Lighty's merits brief/Reply in support of the Section 2255 Motion and an accompanying Motion for Evidentiary Hearing are now due October 11, 2019.

      The Government seeks to respond to both the briefing on the Johnson/Davis issue Lighty and Flood have raised (ECF 527/528, 530 and 608) and any Motion for Evidentiary Hearing at the same time and respectfully suggest November 26, 2018 as a filing deadline.  Counsel for Defendants have no objection.

      Also pending is Defendant Lighty's request for access to sealed filings and for copying both the sealed filings and filings not on ECF at no cost (ECF 601).  The government has now reviewed the docket and sealed filings and has advised counsel it has no objection to the Clerk providing copies of the sealed filings requested except for pleadings ECF 170 and

190.  Defendant Lighty's counsel will prepare a draft proposed Order for the Court's consideration on or before October 16, 2019.

As a matter of note, attorney Justin Brown was appointed as new counsel for Flood on October 1, 2019 (ECF 616) and is copied here.

Very truly yours,

Robert K. Hur
United States Attorney

_____/s/_____
Sandra Wilkinson
Assistant United States Attorney

Cc (via email):
    Seth A. Rosenthal, Esq.
    C. Justin Brown, Esq.