# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff*, | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

Upon consideration of defendant's Motion for Leave to File Sealed Materials regarding his Brief in Support of Petitioner's Amended Motion Regarding Claims Other Than Claim I in His Motion for Relief Under 28 U.S.C. § 2255 filed on October 11, 2019, it is this _____ day of _____, 2019, by the United States District Court for the District of Maryland,

**ORDERED**, that the defendant's Motion for Leave to File Sealed Materials is GRANTED for the reasons set forth in his motion.

_____
**THE HONORABLE PETER J. MESSITTE**
United States District Judge