# VENABLE LLP

600 MASSACHUSETTS AVE., NW    WASHINGTON, DC 20001
T 202.344.4000   F 202.344.8300   www.Venable.com

October 16, 2019

Seth A. Rosenthal

**T 202.344.4741**
**F 202.344.8300**
SARosenthal@Venable.com

The Honorable Peter J. Messitte
United States District Judge for the District of Maryland
United States Courthouse
6500 Cherrywood Lane, Suite 475A
Greenbelt, MD 20770

Re:  *United States v. Kenneth Lighty*, No. 03-cr-00457-PJM

Dear Judge Messitte,

Consistent with the parties' October 11, 2019 joint status report (ECF No. 619), defendant Kenneth Lighty is submitting a proposed order granting, in substantial part, his counsel's request for permission to review copies of sealed filings not in their possession, and for an order directing the Clerk's office to provide defendant's counsel with copies, free of charge, of all filings that are neither in their possession nor available on the Public Access to Court Electronic Records database. ECF No. 601. A proposed order is enclosed.

Respectfully submitted,

/s/ Seth Rosenthal
Seth A. Rosenthal (D. Md. Bar No. 10780)
SARosenthal@Venable.com
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
202-344-4741

VENABLE LLP

October 16, 2019
Page 2

/s/ Julie Brain
Julie Brain
JulieBrain1@yahoo.com
Attorney at Law
916 S. 2nd Street
Philadelphia, PA 19147
267-639-0417

/s/ Tiffani Hurst
Tiffani Hurst
Tiffani_Hurst@fd.org
Office of the Federal Public Defender
800 King Street, Suite 200
Wilmington, DE 19801
302-573-6010

*Counsel for Kenneth Jamal Lighty*