## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 03-cr-00457-PJM |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

Upon consideration of defendant's April 16, 2019 correspondence (ECF No. 601) requesting the Court's permission to review copies of sealed filings not in the possession of Mr. Lighty's counsel, and requesting an order directing the Clerk's office to provide defendant's counsel with copies, free of charge, of all filings that are neither in the possession of Mr. Lighty's counsel nor available on the Public Access to Court Electronic Records database, and upon consideration of the parties' October 11, 2019 joint status report (ECF No. 619), it is this *17* day of *Oct*, 2019, by the United States District Court for the District of Maryland,

**ORDERED**, that defendant's counsel may review copies of previously filed sealed filings, except for ECF Nos. 170 and 190; and it is

**ORDERED**, that the Clerk's office provide defendant's counsel with copies of all filings listed in defendant's April 16, 2019 correspondence (ECF No. 601)—except for ECF Nos. 170 and 190—at no cost to the defendant.

THE HONORABLE PETER J. MESSITTE
United States District Judge