### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 03-cr-00457-PJM |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| *Defendant.* | ) | |

## ORDER

Upon consideration of defendant's Motion for Leave to File Sealed Materials regarding his Brief in Support of Petitioner's Amended Motion Regarding Claims Other Than Claim 1 in His Motion for Relief Under 28 U.S.C. § 2255 filed on October 11, 2019, it is this __18__ day of __Oct__, 2019, by the United States District Court for the District of Maryland,

**ORDERED**, that the defendant's Motion for Leave to File Sealed Materials is GRANTED for the reasons set forth in his motion.

_____
THE HONORABLE PETER J. MESSITTE
United States District Judge