**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                          **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                              **GREENBELT, MARYLAND  20770**
                                                              **301-344-0632**

MEMORANDUM

TO:        Counsel of Record

FROM:      Judge Peter J. Messitte

RE:        *U.S. v. Lighty, et al.*
           Cr. No. PJM-03-457

DATE:      October 18, 2019

* * *

The Court has received the parties' joint status report, ECF No. 619.

As far as the Court can tell, the underlying Motion to Vacate is now fully briefed. However, it appears that there are a number of related motions that are not fully briefed and for which due dates have not been set.

Specifically, it appears that neither Lighty's Supplementary Brief in Support of *Johnson* Claim, ECF No. 608, nor his Motion for Evidentiary Hearing on His Amended Motion to Vacate, ECF No. 622, are fully briefed.

The Court requests that the parties jointly agree on a schedule forward for the outstanding briefs and respond to the Court within ten (10) days providing dates for each of the below blanks.

   a.  Lighty's Supplementary Brief in Support of *Johnson* Claim

       i.    Motion filed on August 23, 2019 (ECF No. 608).
       ii.   Opposition to be filed by November 26, 2019.[1]
       iii.  Reply due by _____.

   b.  Lighty's Motion for Evidentiary Hearing on His Amended Motion to Vacate

       i.    Motion filed on October 12, 2019 (ECF No. 622).
       ii.   Opposition to be filed by _____.
       iii.  Reply to be filed by _____.

---

[1] The parties agreed upon this date according to ECF No. 619, p. 1.

Additionally, please promptly inform the Court if any clarification to the foregoing is appropriate or if there are any other outstanding motions or matters to be addressed at this time.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:    Court File