

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Sandra Wilkinson*
*Chief, Major Crimes*
*Sandra.Wilkinson@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4921*
*MAIN: 410-209-4800*
*FAX: 410-962-0716*

October 28, 2019

Honorable Peter J. Messitte
United States District Judge
6500 Cherrywood Lane
Greenbelt, MD  20770

   Re: *United States v. Kenneth Lighty, et al*. Criminal No. PJM 03-0457

Dear Judge Messitte:

  In response to the Court's Order dated October 18, 2019 (ECF 626), the parties have agreed to the following dates in BOLD:

  a. Lighty's Supplementary Brief in Support of Johnson Claim
    i. Motion filed on August 23, 2019 (ECF No. 608).
    ii. Opposition to be filed by November 26, 2019.
    **iii.** Reply due by **December 20, 2019**

  b. Lighty's Motion for Evidentiary Hearing on His Amended Motion to Vacate
    i. Motion filed on October 12, 2019 (ECF No. 622)
    ii. Opposition to be filed by **December 20, 2019**.
    **iii.** Reply to be filed within **42 days of the Government's Response**

        Very truly yours,

        Robert K. Hur
        United States Attorney

        _____/s/_____
        Sandra Wilkinson
        Assistant United States Attorney
        Ellen Nazmy
        Special Assistant United States Attorney

Cc (via email):
 Seth A. Rosenthal, Esq.
 C. Justin Brown, Esq.