**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. PJM-03-457** |
| **v.** | * | |
| | * | **CIVIL NO. PJM-12-3065** |
| **KENNETH LIGHTY** | * | |
| | * | |
| | * | |
| | ******* | |

## <u>CONSENT MOTION TO EXTEND FILING TIME FOR RESPONSE</u>

The United States of America, by its undersigned counsel, hereby moves this Court to extend the filing time for the Government's response to Petitioner Kenneth Lighty's Supplemental Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 607), and in support states the following:

1. On August 23, 2019, Petitioner filed a Supplemental 28 U.S.C. § 2255 Petition, invoking the Supreme Court's decision in *United States v. Davis*, 139 S.Ct. 2319 (2019). ECF No. 607.

2. Pursuant this Court's Order,[1] the Government's response is due November 26, 2019. ECF No. 626.

3. Given the undersigned's other responsibilities, including numerous filings under the First Step Act and the Supreme Court's recent decision in *Davis*, and appeals related to these matters, the Government respectfully requests a 14-day extension, to December 10, 2019, to file its response to Petitioner's Supplemental § 2255 Motion.

4. Petitioner's counsel, Seth Rosenthal, Esq. and C. Justin Brown, Esq., do not object to this request.

---

[1] The scheduling order noted that this date was based on the parties' agreement, as set forth in ECF No. 619.

WHEREFORE, the Government requests that this Honorable Court extend the time for filing the Government's response to Petitioner's Supplemental Motion to Vacate under 28 U.S.C. § 2255, to December 10, 2019.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:  _____/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney

_____/s/_____
Sandra Wilkinson
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 25, 2019, a copy of the foregoing Motion was delivered via ECF to Seth Rosenthal, Esq., Julie Brain, Esq., and C. Justin Brown, Esq., counsel for the Petitioner.

By:      _____/s/_____
Ellen E. Nazmy
Special Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA     *

    *     **CRIMINAL NO. PJM-03-457**

v.     *

    *     **CIVIL NO. PJM-12-3065**

KENNETH LIGHTY     *

    *

    *

    *******

## <u>ORDER</u>

IT IS THIS _____ day of _____, 2019, HEREBY ORDERED,

that the time for filing the Government's response to Petitioner's Supplemental Motion to Vacate

under 28 U.S.C. § 2255 is hereby extended to December 10, 2019.


_____

The Honorable Peter J. Messitte
United States District Judge