# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | **Case No. 03-cr-00457-PJM** |
| | ) | |
| **KENNETH JAMAL LIGHTY,** | ) | |
| | ) | |
| *Defendant.* | ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Petitioner, Kenneth Jamal Lighty, by and through counsel, respectfully requests that the due date for his reply to the government's response to his Amended Motion for Relief Under 28 U.S.C. § 2255 Seeking to Vacate Petitioner's Three Convictions Under 18 U.S.C. § 924(c) and Petitioner's Death Sentence and a subsequent Supplement to that motion (ECF Nos. 530, 608) ("*Johnson/Davis/Walker* Motion") be extended from December 20, 2019 to January 10, 2020.  The government consents to the relief requested in this motion.

In support of this Motion, Mr. Lighty states as follows:

1.      On August 23, 2019, Mr. Lighty filed a supplemental brief in support of his *Johnson/Davis/Walker* Motion.

2.      On October 28, 2019, the government filed a joint status report (ECF No. 627) in response to the Court's Order dated October 18, 2019 (ECF No. 626).  That joint status report indicated that the government would file its response to Mr. Lighty's *Johnson/Davis/Walker* Motion by November 26, 2019, and that Mr. Lighty would file a reply by December 20, 2019.

3.      On November 25, 2019, counsel for the government contacted Mr. Lighty's counsel requesting consent to a two-week extension to file its response.  Mr. Lighty's counsel consented

to the government's request.  Additionally, given the government's requested extension and the upcoming holidays, Mr. Lighty's counsel requested that the government consent to an extension of Mr. Lighty's deadline to file his reply until January 10, 2020.  The government agreed.

4.      On the same day, the government filed a motion requesting a two-week extension of time to file its response (ECF No. 629), but it did not simultaneously request the agreed-upon extension of the due date for the reply brief.  On November 26, 2019, the Court granted the government's motion (ECF No. 630).

5.      On December 10, 2019, the government filed its response (ECF No. 631).

WHEREFORE, for the foregoing reasons, Mr. Lighty respectfully requests that he be given until January 10, 2020 to file a reply brief on *Johnson/Davis/Walker* Motion.

A proposed order is attached.

DATE:   December 13, 2019


Respectfully submitted,


_____/s/_____           _____/s/_____
Julie Brain                          Seth A. Rosenthal
Juliebrain1@yahoo.com                (D. Md. Bar No. 10780)
Attorney at Law                      SARosenthal@Venable.com
916 S. 2nd Street                    VENABLE LLP
Philadelphia, PA 19106               600 Massachusetts Avenue, NW
(267) 639-0417                       Washington, DC 20001
                                     (202) 344-4741


_____/s/_____
Tiffani Hurst
Tiffani_Hurst@fd.org
Office of the Federal Public Defender
800 N. King Street
Wilmington, DE 19801
(302) 573-6010

*Counsel for Kenneth Jamal Lighty*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) **Case No. 03-cr-00457-PJM** |
| | ) |
| KENNETH JAMAL LIGHTY, | ) |
| | ) |
| *Defendant*. | ) |

## ORDER

Petitioner Kenneth Jamal Lighty has filed a motion for an extension of time to submit a reply brief in connection with his Amended Motion for Relief Under 28 U.S.C. § 2255 Seeking to Vacate Petitioner's Three Convictions Under 18 U.S.C. § 924(c) and Petitioner's Death Sentence and a subsequent Supplement to that motion. *See* ECF Nos. 530, 608. The government has consented to the relief requested in the motion.

Having considered the motion and the government's consent, it is HEREBY ORDERED that:

1. The motion is granted; and

2. The deadline for Mr. Lighty's reply brief is extended to January 10, 2020.

SO ORDERED.

_____

Peter J. Messitte
United States District Judge

1