## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 03-cr-00457-PJM |
| | ) |
| KENNETH JAMAL LIGHTY, | ) |
| | ) |
| *Defendant*. | ) |

### ORDER

Petitioner Kenneth Jamal Lighty has filed a motion for an extension of time to submit a reply brief in connection with his Amended Motion for Relief Under 28 U.S.C. § 2255 Seeking to Vacate Petitioner's Three Convictions Under 18 U.S.C. § 924(c) and Petitioner's Death Sentence and a subsequent Supplement to that motion. *See* ECF Nos. 530, 608. The government has consented to the relief requested in the motion.

Having considered the motion and the government's consent, it is HEREBY ORDERED that:

1. The motion is granted; and

2. The deadline for Mr. Lighty's reply brief is extended to January 10, 2020.

SO ORDERED.

_____
Peter J. Messitte
United States District Judge

1