**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. PJM-03-457** |
| **v.** | * | |
| | * | **CIVIL NO. PJM-12-3065** |
| **KENNETH LIGHTY** | * | |
| | * | |
| | * | |
| | ******* | |

## <u>CONSENT MOTION TO EXTEND FILING TIME FOR RESPONSE</u>

The United States of America, by its undersigned counsel, hereby moves this Court to extend the filing time for the Government's response to Petitioner Kenneth Lighty's Supplemental Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 607), and in support states the following:

1.       On October 12, 2019, Petitioner filed a Motion for an Evidentiary Hearing on His Amended Motion to Vacate, Set Aside, or Correct Sentence and for a New Trial Under 28 U.S.C. § 2255 and 281-page Supporting Memorandum of Law, along with 213 exhibits in support of the Memorandum.  ECF Nos. 621, 622.

2.       Pursuant the parties' agreement, which this Court approved by a Paperless Order on October 29, 2019, the Government's response is due December 20, 2019.  ECF Nos. 627, 628.

3.       Undersigned counsel is currently preparing for a four week witness retaliation/tampering murder trial in the matter of *United States v. Caretr and Mosley,* Crim No. GJH 17-667, with trial starting on January 6, 2020 and expected to last through February 3, 2020.

4.       The Government requests a 60-day extension, to February 18, 2020, to file its Response to Petitioner's Motion for an Evidentiary Hearing and Supporting Memorandum.

5.       Petitioner's counsel, Seth Rosenthal, Esq. and Julie Brain, Esq., do not object to this request.

6.	Additionally, the parties jointly request that the time for filing Petitioner's Reply be extended to March 30, 2020.

WHEREFORE, the Government requests that this Honorable Court extend the time for filing the Government's response to Petitioner's Motion for an Evidentiary Hearing and Supporting Memorandum, to February 18, 2020, and Petitioner's Reply to March 30, 2020.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:	_____/s/_____
	Sandra Wilkinson
	Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2019, a copy of the foregoing Motion was delivered via ECF to Seth Rosenthal, Esq., and Julie Brain, Esq., counsel for the Petitioner.

By: _____/s/_____
Sandra Wilkinson
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO. PJM-03-457** |
| v. | * | |
| | * | **CIVIL NO. PJM-12-3065** |
| KENNETH LIGHTY | * | |
| | * | |
| | * | |
| | ****** | |

## ORDER

IT IS THIS _____ day of _____, 2019, HEREBY ORDERED,

that the time for filing the Government's response to Petitioner's Motion for an Evidentiary

Hearing and Supporting Memorandum is hereby extended to February 18, 2020; and the time for

filing Petitioner's Reply is hereby extended to March 30, 2020.

_____
The Honorable Peter J. Messitte
United States District Judge