## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO. PJM-03-457** |
| v. | * | |
| | * | **CIVIL NO. PJM-12-3065** |
| KENNETH LIGHTY | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*

## ORDER

IT IS THIS __17__ day of __December__, 2019, HEREBY ORDERED, that the time for filing the Government's response to Petitioner's Motion for an Evidentiary Hearing and Supporting Memorandum is hereby extended to February 18, 2020; and the time for filing Petitioner's Reply is hereby extended to March 30, 2020.

The Honorable Peter J. Messitte
United States District Judge