## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL NO. PJM-03-457** |
| **v.** | * | |
| | * | **CIVIL NO. PJM-12-3065** |
| **KENNETH LIGHTY** | * | |
| | * | |
| | * | |
| | ******* | |

### SECOND CONSENT MOTION TO EXTEND FILING TIME FOR RESPONSE

The United States of America, by its undersigned counsel, hereby moves this Court to extend the filing time for the Government's response to Petitioner Kenneth Lighty's Supplemental Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 607), **through February 28, 2020** for the reasons previously stated.  Defense counsel consents to the filing of this motion.

Respectfully submitted,

Robert K. Hur
United States Attorney

By:      _____/s/_____
Sandra Wilkinson
Assistant United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 20, 2020, a copy of the foregoing Motion was delivered via ECF to Seth Rosenthal, Esq., and Julie Brain, Esq., counsel for the Petitioner.

By: _____/s/_____

Sandra Wilkinson
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA         *

                                        *      **CRIMINAL NO. PJM-03-457**

     v.                       *

                                        *      **CIVIL NO. PJM-12-3065**

KENNETH LIGHTY              *

                                        *

                                        *

                                 **\*\*\*\*\*\*\***

## <u>ORDER</u>

IT IS THIS _____ day of _____, 2019, HEREBY ORDERED,

that the time for filing the Government's response to Petitioner's Motion for an Evidentiary

Hearing and Supporting Memorandum is hereby extended to February 28, 2020.

 

_____

The Honorable Peter J. Messitte
United States District Judge