

EXHIBIT B

. Department of Justice

United States Attorney
District of Maryland
Southern Division

---

Thomas M. DiBiagio
United States Attorney

Deborah A. Johnston
Assistant United States Attorney

400 United States Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770-1249

301-344-4433

301-344-4032
FAX 301-344-4516
Deborah.Johnston@usdoj.gov

May 4, 2005

Danya Ariel Dayson, Esq.
Jeffrey B. O'Toole, Esq.
O'Toole, Rothwell Nassau and Steinbach
1350 Connecticut Ave, N.W., #200
Washington, DC 20036

John Michael McKenna, Esq.
5407 Water St, #105
Upper Marlboro, MD 20772

Michael Edward Lawlor
Lawlor and Englert LLC
6305 Ivy Lane, Suite 704
Greenbelt, MD 20770

Re: U.S. v. Kenneth Lighty
    Criminal No.  PJM-03-0457

Dear Counsel:

   While our discovery agreement states Jencks material will be provided a week before trial and to save you the trouble of obtaining it from Mr. Wilson's counsel, enclosed please find a copy of the Jencks materials provided prior to the commencement of the Wilson trial. The enclosed letters describe the materials. In addition to the notes of Mr.Mathes interview, a copy of the FBI form 302 is enclosed. Also enclosed is a copy of the FBI metals analysis report as well as correspondence addressed to Mr. Wilson's counsel.

   Last August, Mr. Lighty's attorneys sent a letter seeking confirmation of the following in information: that on the night of the murder four individuals were in the vehicle in which Mr.Hayes was abducted; that four individuals were involved in the murder of Mr. Hayes; that three of the four persons involved in Mr. Hayes murder have been indicted in the above captioned case and that the fourth person identified as Tony has not been charged in this matter.

   So that there is no confusion, it is statements of one or more of the indicted defendants

which place a fourth individual in the vehicle during the <u>kidnapping</u>. These statements identify Lighty and/or Tony as shooters.   In regard to codefendant Wilson's statements to law enforcement officers, you should have copies of the written statement as well as the FBI 302 report.  If you do not please let us know and we will provide a copy.  The statements codefendant Wilson made to third parties is included in the trial testimony and/or <u>Jencks</u> materials.  Except to the extent they have been previously disclosed in pleadings or the <u>Jencks</u> materials, statements made by the remaining  defendants to third parties are not being provided.

If you have any questions or believe there are additional materials to which you are entitled please let us know.

Very truly yours,

Allen F. Loucks
United States Attorney

By:_____

Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys



**Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

*Allen F. Loucks*

*United States Attorney*

*Deborah A. Johnston*
*Assistant United States Attorney*

*400 United States Courthouse*

*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*301-344-443*
*3*

*301-344-403*
*2*

*FAX 301-344-4516*
*Deborah.Johnston@usdoj.gov*

March 15, 2005

Mr. Christopher M. Davis, Esq.
Ms. Mary E. Davis, Esq.
Davis & Davis
514 10th St., N.W., Ninth Floor
Washington, DC 20004

Re:  U.S. v. Lorenzo Anthony Wilson
     Criminal No.: PJM-03-0457

Dear Mr. Davis:

In anticipation of the trial and pursuant to our discovery agreement, enclosed please find Jencks and Gigilio materials for the below listed individuals who may be called to testify.  Also included are reports of interviews.  Please note, that any reports of interviews provided have NOT been reviewed by the witnesses and therefore do not constitute the witness' statement under the Jencks Act.

**James Barber**

1.    Grand jury testimony dated May 28, 2003;

**Joe Albert Beale**

1.    Written statement given toMPDC dated February 11, 2003;
2.    FBI 302 dated February 11, 2003;

**Sherry Bryant**

1

1.   Grand jury testimony dated September 17, 2003 (redacted);

### Nakita Carter

1.   Grand jury testimony dated May 28, 2003;

### Reginald Chamber

1.   Written statement given to the MPDC on January 6, 2002;

2.   Grand jury testimony dated July 24, 2002;

### Melissa Coles

1.   Grand jury testimony dated July 23, 2003;

### James Everett Flood Jr.

1.   Written statement dated February 26, 2003;
2.   FBI 302 report of interview February 11, 2003;

### Joyce Tanisha Flood

1.   Grand jury testimony dated January 22, 2003;
2.   Grand jury Testimony dated October 1, 2003;

### Joyce Marie Flood

1.   Grand jury testimony dated March 19, 2003;

### Antoine Forrest

1.   Written statement given to the MPDC on January 4, 2002;
2.   Written statement with diagram and photos of his shoes given to the PGPD on January 4, 2002;
3.   Grand jury testimony dated June 26, 2002 with one exhibit; a second exhibit which is too large to copy is available for your review;

### PFC Michael Garner #2277

1.   Initial incident report CCN 02-030-1258;

### Tamika Hampton

1.   Grand jury testimony dated September 17, 2003;

### Thomas Hart

1.    Written statement given to PGPD dated February 1, 2002;
2.    Written statement given to PGPD dated February 13, 2002;

**Tyrone Andre Jacobs**

1.    Grand jury testimony on June 25, 2003;

**Antonio Johnson**

1.    Written statement to PGPD dated February 6, 2002;

**Tanika Marshall**

1.    Grand jury testimony on June 4, 2003;

**Latasha Massey**

1.    Grand jury testimony on September 24, 2003;

**MPDC Tech. Tony G. Nwani and James Savage**

1.    Reports, diagram and notes;

**Krystal Phauls**

1.    Grand jury testimony dated May 7, 2003;
2.    Grand jury Testimony dated June 18, 2003;
3.    FBI 302 report of interview on June 18, 2003;

**Mildred Washington**

1.    Grand jury testimony dated August 6, 2003;

**Nancy Westfield**

1.    Grand jury testimony dated July 10, 2002;

**Charles Whitley**

1.    Grand jury testimony dated, June 12, 2002;
2.    Written Statement (undated);
3.    Written Statement dated 3/28/02, 0605 hrs;
4.    Written Statement 3/28/02, 0840 hrs;

Mr. Whitley was arrested on march 10, 2005 on a material witness warrant signed by Judge Messitte.  A copy of the affidavit will be provided when it is unsealed.

### Cody Joseph Williams

1.      Grand jury testimony on May 14, 2003;

### SA Jeff Williams

1. Handwritten notes;

### Capricia Yarborough

1.      Written statement given to the MPDC on January 6, 2002;
2.      Written statement given to the PGPD on April 1, 2002;
3.      Information from Howard University hospital employment records;

### Experts

The expert reports for testifying witnesses Amy Michard and Heather Gilbert have been previously provided.  Their workpapers are voluminous.  As advised, you can review them by contacting Ms. Wilkinson at (301) 344-4235.

We are doing an update criminal check of additional criminal history information is located. it will be provided.  The reports of police witnesses have been previously provided. While the government does not intend to call Anthony Mathis as a witness, however notes of his interview are enclosed.  Also enclosed is a CD containing additional scene photographs which we will be using at trial.

Very truly yours,

Allen F. Loucks
United States Attorney

By:_____
Deborah A. Johnston
Sandra Wilkinson
Assistant United States Attorneys

Enclosures

4