# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CIVIL NO. PJM-12-3065** |
| | * | **CRIMINAL NO.   PJM-03-457** |
| **KENNETH JAMAL LIGHTY,** | * | |
| | * | |
| **Petitioner** | * | |
| | ****** | |

### SUPPLEMENT TO GOVERNMENT'S RESPONSE (ECF 640)
### TO PETITIONER's "MERITS BRIEF"

Comes now the United States, and files this brief Supplement to the Government's Response (ECF 640) to Petitioner's "Merits Brief" (MB):

At page 25-26 of the Government's Response to MB, the Government briefly addressed allegations made, *inter alia*, at page 269 of MB and requesting leave to supplement with further information when located in the voluminous files.  In the MB, habeas counsel alleged that the Government "never disclosed" a "March 2002" interview with a detective in which Wilson admitted to having sold a gun to Johnson.  To the contrary, **all counsel** in this case had knowledge of the statement because an affidavit in support of a search warrant for *Lighty's home* clearly describes the statement.  *See* Attachment A.  Specifically, at page 3, the affidavit states:

> On March 6, 2002 your affiant and FBI Special Agent Michael McCoy interviewed Lorenzo Wilson at the Prince George's County Police Department Criminal Investigations Division. Lorenzo Wilson disclosed corroborating information including the fact that he had illegally sold a firearm to Antonio Johnson in 2001. Wilson further detailed that on approximately January 29, 2002 he had driven a subject known to him as Kenny Lighty to the 2300 block of Afton Street, Temple Hills, Prince George's County, Maryland where Lighty engaged in a verbal argument with Antonio Johnson. This argument escalated and Lighty produced a handgun, threatening Antonio Johnson. Wilson left the area with Lighty in his vehicle. Wilson was shown a photo of Kenneth Lighty from the Prince George's County Detention Center and confirmed that the subject in the photo was the person known to him as Kenny Lighty.

1

The affidavit was provided on April 13, 2004, *see* Attachment B, in a discovery letter to all counsel.

<div style="margin-left: 50%">

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____/s/_____
Sandra Wilkinson
Assistant United States Attorney

_____/s/_____
Ellen E. Cobb
Special Assistant United States Attorney

</div>

<div align="center">

**<u>CERTIFICATE OF SERVICE</u>**

</div>

I HEREBY CERTIFY that on March 2, 2020, a copy of the foregoing Response was e-filed and e-mailed to counsel of record for defendant Lighty.

<div style="margin-left: 45%">

By:    _____/s/_____
Sandra Wilkinson

</div>

<div align="center">2</div>