**IN THE CIRCUIT/DISTRICT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND**

**SEARCH AND SEIZURE WARRANT**

TO: <u>Detective Sean Chaney, Prince George's County Police Department Criminal Investigations Division</u>

Upon reviewing the Application and the accompanying Affidavit of Detective Sean Chaney, Prince George's County Police Department, which are incorporated into this Warrant, I find there exists probable cause to issue this Search and Seizure Warrant. You are therefore commanded with the necessary and proper assistants to search forthwith the following place, person, and/or motor vehicle and seize the following specified items:

1.      You shall conduct a search on the place, person, and/or motor vehicle located at: 2002 Gaither Street, Temple Hills, Prince George's County, Maryland. The property is described as a detached single family house constructed of brown brick. There is a white awning over a front porch which is surrounded by a black metal railing. There is a metal security door that is black in color in front of a brown wooden door on the front of the residence. There is a placard affixed to the right of the front door that is white in color with the numbers "2002" printed in black on the placard.

2.      You shall seize the following items, evidence, and/or contraband:

A.) Any and all firearms to include handguns, revolvers, semiautomatic handguns, long rifles, automatic weapons, and shotguns.

B.) Any and all ammunition for any for all firearms.

C.) Any and all papers regarding any and all firearms.

D.) Photographs, including still photographs, negatives, videotapes, films, undeveloped film and the contents therein, slides, in particular of co-conspirators.

E.) Indicia of occupancy, residency rental and / or ownership of the premises described herein, including, but not limited to, utility and telephone bills, canceled envelopes, rental, purchase, or lease agreements, and keys.

F.) Any and all phone books, calendars, planners, and personal papers belonging to Kenneth Lighty.

G.) Any and all items related to the homicide of Antoine Newbill.

H.) Any and all contraband.

3.      Upon execution of this Warrant, you shall leave an inventory of the items seized, together with a copy of this Warrant, Application, and supporting Affidavit (unless

previously sealed by court order) with the person from whom the items are seized, or with the person in charge of the premises, or if neither of those persons is present, then in a conspicuous place on the premises.

4.    You shall return this Warrant to me or, if I am not available, to any judge of this Court within 10 days of the date of its execution, along with verified inventory of the items seized.

5.    If this Warrant is not executed within 15 days of its issuance, it expires and shall become null and void.  This Warrant may be executed at anytime of the day or night.

_____ 3/13/02 _____
DATE

_____
JUDGE'S SIGNATURE

_Ronald D. Schiff_
JUDGE'S PRINTED NAME

00280

# IN THE CIRCUIT/DISTRICT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

## SEARCH AND SEIZURE WARRANT RETURN

On <u>March 14, 2002 at approximately 2 p.m</u>.  I searched the premises described in the Warrant and I left a copy of the Warrant with <u>Mary Westfield</u> together with a copy of the inventory, Application and Affidavit (if not previously sealed by Court order).

The following is an inventory of property taken pursuant to the Warrant:

1.  Numerous Personal Papers belonging to Kenneth Lighty.

2.  Numerous Photographs belonging to Kenneth Lighty.

3.  Electronic Pager Containing phone numbers belonging to Kenneth Lighty.

4.  Cocaine residue and paraphernalia.

The inventory was made in the presence of <u>Detective Sean Chaney and Detective Mark Coulter.</u>

I swear or affirm under penalty of perjury that this inventory is a true and detailed account of all the property taken by me pursuant to the Warrant.

_(Chaney) #1991_

(insert name of officer who conducted the search)

Subscribed and sworn to and returned before me on this _21ST_ day of _March_, 2002.

_William B Spellbring Jr_
JUDGE'S SIGNATURE

_WILLIAM B SPELLBRING JR._
JUDGE'S PRINTED NAME

MADAM CLERK:

Please file and seal pursuant to Maryland Rule 4-601.

_William B Spellbring Jr_
JUDGE

00281

# IN THE CIRCUIT/DISTRICT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

# APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

I, Detective Sean Chaney, ID#1991, of the Prince George's County Police Department, the Affiant, being duly sworn, request the issuance of a Search and Seizure Warrant and states as follows:

## 1.    APPLICATION AND VIOLATIONS OF LAW

The Affiant hereby makes application to _Ronald D. Schiff_ a judge of the Circuit/~~District Court~~ for Prince George's County, Maryland for a Search and Seizure Warrant on the grounds that there is probable cause, the basis of which is set forth in the following affidavit which is attached hereto and made a part hereof, to believe that there is property subject to seizure under the laws of this State and more particularly in violation of Article 27, Section 407, Annotated Code of Maryland.

## 2.    DESCRIPTION OF THE PLACE, PERSON, OR MOTOR VEHICLE TO BE SEARCHED:

This Application and Affidavit are made to obtain authority to search the premises described below: 2002 Gaither Street, Temple Hills, Prince George's County, Maryland. The property is described as a detached single family house constructed of brown brick. There is a white awning over a front porch which is surrounded by a black metal railing. There is a metal security door that is black in color in front of a brown wooden door on the front of the residence. There is a placard affixed to the right of the front door that is white in color with the numbers "2002" printed in black on the placard.

## 3.    AFFIANT'S TRAINING AND EXPERIENCE:

Your affiant, Detective Sean Chaney #1991, is a Prince George's County Police Officer assigned to the Criminal Investigations Division, Homicide Section, Safe Streets Task Force. I have been a member of this agency for over seven (7) years. I am currently assigned to a Federal Task Force to investigate violent crimes and major drug offenses within Prince George's County, Maryland. I have been trained in criminal laws of the State of Maryland, and have received specialized training in the investigation of Homicide and Narcotic related offenses. As a result of such investigations, your affiant has made numerous arrests for violations of the laws of the State of Maryland and has testified in the Circuit Court that have led to convictions in the courts of this state. Your affiant is experienced in the field of homicide and narcotic investigation and has investigated

Page 1 of 5

00282

numerous cases. Your affiant has attended numerous homicide and drug related schools and in-service training seminars.

Your affiant knows through his knowledge, training, and experience that individuals involved in violent crime often keep weapons and fruits of their crimes in their residences and in secure locations to deter against discovery from law enforcement.

Since this Affidavit is being submitted for the limited purpose of obtaining authorization to search the specified location your affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth the facts that he believes are essential to establish the necessary foundation for the issuance of a search warrant.

4.    PROBABLE CAUSE (FACTUAL BASIS):

The facts that establish probable cause for the issuance of a Search and Seizure Warrant are as follows:

On January 30, 2001 at approximately 8:39 p.m., uniformed officers from the Prince George's County Police Department were dispatched to the 2200 block of Afton Street, Temple Hills, Prince George's County, Maryland for the report of a shooting. Upon officer's arrival, Antoine Newbill ██████████ and Thomas Hart ██████████ were located suffering from gunshot wounds. Both victims were transported to Greater Southeast Hospital where Antoine Newbill was pronounced by Dr. Jean Williams. Thomas Hart was treated for several graze wounds and was discharged from the hospital.

Numerous witnesses were interviewed and detailed that Newbill and Hart were shot by at least two (2) occupants of a dark colored four (4) door sedan that drove past them while they were standing in the 2200 block of Afton Street. Numerous shell casings from four (4) different caliber weapons were recovered from the crime scene.

On January 31, Dr. Hjardemaal of the District of Columbia's Medical Examiner's Office conducted an autopsy of Antoine Newbill and determined the cause of death to be homicide. Two (2) projectiles were removed from Newbill's body and were forwarded to the Prince George's County Police Firearms Examination Unit for examination.

On January 31, 2002 at approximately 2:00 p.m. Prince George's County Police Officer Polimeni #2534 was dispatched to 4415 23rd Parkway, Temple Hills, Prince George's County, Maryland to recover a stolen vehicle. Officer Polimeni responded and located the vehicle, a 1997 Black four (4) door Taurus bearing Washington D.C. registration plates BG3696. Three (3) shell casings were observed inside of the vehicle. Officer Polimeni had the vehicle impounded to the Prince George's County Police Criminal Investigations Division for processing. The three (3) shell casings were subsequently recovered and submitted to the Firearms Examination Unit for analysis. Numerous items containing DNA evidence were also recovered in the vehicle and submitted to the Prince George's County Police DNA Lab.

00283



On February 4, 2002 at approximately 10:20 a.m., a caller requesting to remain anonymous contacted the Prince George's County Police Crime Solvers Office and spoke with Corporal Diane Richardson. The caller, later assigned Crime Solvers number 1509, advised that on January 29, 2002 at approximately 3:00 p.m. subjects known to the caller as Lorenzo Wilson and "Kenny", a black male subject who attended Potomac High School, approached Antoine Newbill and Antonio Johnson and threatened them with a handgun. The caller advised that "Kenny" accused Antonio Johnson of making disparaging remarks to a group of mutual friends.

Your affiant spoke with Crime Solvers Caller 1509 at approximately 10:30 a.m. and questioned them further about information regarding the homicide. The caller repeated the same information as given to Corporal Richardson and further detailed that Lorenzo Wilson and "Kenny" had taken a black four (4) door Ford Taurus from a subject known in the neighborhood as "Slug". The caller advised that they believed that "Slug" had stolen the car.

On February 13, 2002 your affiant interviewed Thomas Hart at the Prince George's County Police Department Criminal Investigations Division. Hart detailed that he knew that Lorenzo Wilson and several associates of Wilson's had confronted Antoine Newbill and Antonio Johnson with a gun on January 29, 2001. Hart indicated that he had known Lorenzo Wilson since the summer of 2001. He also indicated that Antonio Johnson told him that he had purchased a firearm from Lorenzo Wilson. Hart positively identified a photo of the subject known to your affiant as Lorenzo Wilson and positively identified the black Ford Taurus recovered by Officer Polimeni on January 31, 2001 as the vehicle that the suspects were in when he was shot.

On March 6, 2002 your affiant and FBI Special Agent Michael McCoy interviewed Lorenzo Wilson at the Prince George's County Police Department Criminal Investigations Division. Lorenzo Wilson disclosed corroborating information including the fact that he had illegally sold a firearm to Antonio Johnson in 2001. Wilson further detailed that on approximately January 29, 2002 he had driven a subject known to him as Kenny Lighty to the 2300 block of Afton Street, Temple Hills, Prince George's County, Maryland where Lighty engaged in a verbal argument with Antonio Johnson. This argument escalated and Lighty produced a handgun, threatening Antonio Johnson. Wilson left the area with Lighty in his vehicle. Wilson was shown a photo of Kenneth Lighty from the Prince George's County Detention Center and confirmed that the subject in the photo was the person known to him as Kenny Lighty.

Your affiant conducted several checks through criminal justice computer systems regarding Kenneth Lighty. The Prince George's County Police Department Computer System revealed that Kenneth Jamal Lighty, a black male with ███████████████████ ████████was arrested by the Prince George's County Police for theft on November 13, 2001 and used the address of 2002 Gaither Street, Temple Hills, Maryland. An inquiry with the National Crime Information Center Computer System revealed that Kenneth Jamal Lighty, a black male with a████████████████████████████was arrested by the Washington Metropolitan Police Department on January 31, 2002 for carrying a pistol without a license.



00284

A check with Prince George's County School Security revealed that Kenneth Jamal Lighty, a black male with ███████████████████████ attended Potomac High School from January, 2000 to June, 2000 and had a home address of ████████████ ███████ Prince George's County, Maryland. School Security advised that Lighty's guardians were listed as Nancy Westfield and Richard Westfield.

On March 12, 2002 FBI Intelligence Research Specialist Linda Ohnoutka conducted an inquiry with Pepco regarding 2002 Gaither Street, Temple Hills, Maryland. Pepco records indicate that the subscriber for service at that address was Nancy Lighty who has had service at that address since 1977.

5.     JUSTIFICATION FOR THE PLACE TO BE SEARCHED AND ITEMS TO BE SEIZED.

Based your affiant's knowledge, training, and experience, you affiant believes that probable cause exists that evidence related to the homicide of Antoine Newbill, may be contained inside of 2002 Gaither Street, Temple Hills, Prince George's County, Maryland.

6.     DESCRIPTION OF THE ITEMS TO BE SEIZED:

A.) Any and all firearms to include handguns, revolvers, semiautomatic handguns, long rifles, automatic weapons, and shotguns.

B.) Any and all ammunition for any for all firearms.

C.) Any and all papers regarding any and all firearms.

D.) Photographs, including still photographs, negatives, videotapes, films, undeveloped film and the contents therein, slides, in particular of co-conspirators.

E.) Indicia of occupancy, residency rental and / or ownership of the premises described herein, including, but not limited to, utility and telephone bills, canceled envelopes, rental, purchase, or lease agreements, and keys.

F.) Any and all phone books, calendars, planners, and personal papers belonging to Kenneth Lighty.

G.) Any and all items related to the homicide of Antoine Newbill.

H.) Any and all contraband.

For all of the forgoing reasons, I respectfully request that you issue a Search and

00285

Seizure Warrant for the above-described place, person, and/or motor vehicle.

Your affiant would respectfully request that the search warrant being applied for be executed in an unannounced manner to provide for the safety of the law enforcement officers executing the warrant and the occupants of the residence as well as to preserve any and all evidence contained in the residence.

I SOLEMNLY SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE CONTENTS OF THIS APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Affiant's Signature

_____
Affiant's Printed Name and ID#

SUBSCRIBED AND SWORN BEFORE ME IN MY PRESENCE ON THE _____ DAY

OF _____, 2002

_____
JUDGE

_____
JUDGE'S PRINTED NAME

00286

# PRINCE GEORGE'S COUNTY, MARYLAND
# POLICE DEPARTMENT
## EVIDENCE SECTION

**CRIME SCENE PROCESSING REPORT**

| | | | | | |
|---|---|---|---|---|---|
| | | | | **1. C.C.N.** | |
| | | | | 02-030-1258 | |

| 10. SCENE PHOTOGRAPHS | Yes | 17. VACUUM AREA | No | 2. COMPLAINANT / VICTIM<br>Det. S. Chaney #1991 | RACE / SEX / AGE |
| 11. VICTIM PHOTOGRAPHS | No | 18. SCENE EVIDENCE | Yes | 3. ADDRESS<br>7600 Barlowe Rd., Landover, Md. | |
| 12. PROCESSED FOR LATENT PRINTS | No | 19. AUTOPSY EVIDENCE | No | 4. T/A NAME<br>N/A | |
| 13. LATENT PRINTS DEVELOPED | No | 20. BAG VICTIM'S HANDS | No | 5. T/A ADDRESS<br>N/A | |
| 14. PLASTER CAST MADE | No | 21. VICTIM'S HAIR & NAIL SCRAPINGS | No | 6. DATE / TIME<br>3-14-2002  1433 | 7. TYPE OF CASE<br>Search Warrant (Homicide) |
| 15. DIAGRAM MADE | No | 22. BLOOD SAMPLE OBTAINED | No | 8. LOCATION OF INCIDENT<br>2002 Gaither Street, Temple Hills, Md. | |
| 16. CRIME SCENE SEARCH | Yes | 23. VICTIM FINGERPRINTED | No | 9. TYPE OF LOCATION<br>House | |

| 24. DETECTIVE ASSIGNED<br>Det. S. Chaney #1991 (Homicide) | 25. DETECTIVE ON SCENE:<br>Det. Chaney #1991 |
|---|---|

| 26. VEHICLE EXAMINED<br>No | YEAR | MAKE / MODEL | COLOR | REGISTRATION / STATE | PHOTOGRAPHED | |
|---|---|---|---|---|---|---|

| 27. LOCATION VEHICLE WAS PROCESSED<br>N/A | BAY | 28. DISPOSITION OF VEHICLE AFTER PROCESSING |
|---|---|---|

| 29. DISPOSITION OF PROPERTY<br>Warehouse | 30. PERSONAL PROPERTY | No | 31. PHYSICAL EVIDENCE | Yes | 32. ITEMS RETAINED FOR LAB EXAMINATION<br>RL1a sent to drug lab for examination. |
|---|---|---|---|---|---|

**33. NARRATIVE**
ITEM #      1. CONTINUATION OF ABOVE ITEMS
2. SUMMARIZE CIRCUMSTANCES PERTAINING TO CRIME SCENE PROCESSING

Photographs: The scene was photographed in general. Special attention was given to the home, pre-raid. Special attention was also given to evidence recovered.

Evidence: The following items of evidence were recovered from the scene:

RL1: Black JVC case containing drug paraphernalia. Located by Agent McCoy #13536 (FBI), in the downstairs bedroom.
RL1a: Plastic tube with white powder.
RL2: Bag of misc. paraphernalia. Located by myself from the left dresser in the downstairs bedroom.
RL3: Hand scale. Located by Det. Piazza #1353 in the right dresser top drawer in the downstairs bedroom.
RL4: Whitman's candy box with misc. paraphernalia. Located by Det. Piazza #1353 on top of a brown leather bag, downstairs bedroom.
RL5: Black Audiovox cell phone, Ser. #17404064020. Located by myself in the left dresser, downstairs bedroom.

| 34. REPORTING OFFICER / ASSIGNMENT<br>Det. R. Lanning #1639 F.S.D. Evidence Unit | 35. SUPERVISOR APPROVING |
|---|---|

00287