Fíle

 **U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Southern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Deborah A. Johnston*
*Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*301-344-4433*

*301-344-4032*
*FAX 301-344-4516*
*Deborah.Johnston@usdoj.gov*

April 13, 2004

VIA FAX (202) 775-0008
Jeffrey B. O'Toole, Esq.
Dayna Dayson, Esq.
O'Toole, Rothwell, Nassau & Steinbach
1350 Connecticut Avenue, N.W., Suite 200
Washington, DC 20036

VIA FAX (202) 686-0391
Christopher M. Davis, Esq.
Mary E. Davis, Esq.
Davis & Davis
514 10th St NW Ninth Fl
Washington, DC 20004

VIA FAX (301) 952-1480
Harry J. Trainor, Jr., Esq.
John Michael McKenna, Esq.
Brennan, Trainor, Billman & Bennett
5407 Water Street, Suite 105
Upper Marlboro, MD 20772

> **Re:**   **United States v. Kenneth Lighty, et al.**
> **Criminal No. PJM-03-0457**

Dear Counsel:

Pursuant to the discovery agreement in this case, please find the following materials:

1. PGPD Incident report, call detail history and commander's log for discovery of the body of Eric Hayes; (Bates #0001- #0006).

2. Autopsy report for Eric Hayes. Also you are advised that in addition to the opinions set forth in the autopsy report; subsequent to the autopsy, examined the .380 handgun seized from Kenneth Lighty on January 31, 2002 and stated that the blunt force trauma to the victim's head was consistent with being stricken with the handgun seized form Lighty. The medical examiner took additional photographs of the weapon which are not attached to the autopsy report. (Bates #00007-#00029).



3.    Report of P.G. evidence technician Grempler regarding the autopsy;(Bates #00030-#00036)

4.    Crime scene photographs; (Bates #00037 - #00054).

5.    MPDC Incident report for abduction in the District of Columbia, communications printout and report regarding location of a similar vehicle with a suspect of Frederick Holliday; (Bates #00055- #00074).

6.    Evidence reports from PG crime scene; (Bates #00075- #00082)

7.    FBI and PG Firearms unit reports regarding ballistics examinations; (Bates #00083 - #00090)

8.    FBI DNA analysis report;(Bates #00091- #00094).

9.    Auction records and the title for the Lincoln and report of traffic stop of Lighty in the Lincoln. (Bates #00095 - #00100)

10.    Search warrant and report of execution search warrant at 712 Bayley place, Apt. #4, SE Washington DC. (Bates #00101- #00110)

11.    MPDC reports for the January 30, 2002 arrest of Kenneth Lighty (Bates #00111-#00132)

12.    FBI 302 regarding seizure of the Lincoln (Bates #00133- #00135)

13.    Certification of no records from PG Detention Center for James Flood(copy to Flood's counsel only); (Bates #00136- #00139)

14.    PG Detention records for Lorenzo Wilson (copy to Wilson's counsel only)(Bates #00140- #00182)

15.    PG Detention Center records for Kenneth Lighty(copy to Lighty's counsel only) (Bates #00183- #00243)

16.    Crime scene and autopsy evidence reports and autopsy photographs for the homicide of Antoine Newbill on January 30, 2002 (Bates #00244- #00265)

17.    Search warrant and evidence report for search of 2719 Keating Street; (Bates #00266- #00278)

18. Search warrant and evidence report for search of 2002 Gaither Street (Bates #00279-#00287)

19. Firearm reports in the Antoine Newbill homicide (Bates #00288- #00292)

20. Waiver of Rights form, written statement and TFO Chaney's notes of interview of Kenneth Lighty on 3/18/02; consent for fingerprints and Saliva on 3/18/02 (copies to Lighty's counsel only); (Bates #00293- #00314)

21. Certified conviction of James Flood in CT 990542B with police reports and probation order. (Copy to Flood's counsel only) (Bates #00315- #00371)

22. Lorenzo Wilson's statement to FBI on June 11, 2003. (Copy to Wilson's Counsel only) (Bates #00372- #00382)

23. Application, Affidavit and order for tissue and hair samples from Wilson and Lighty; a copy of the documents as to Flood were previously provided to his attorney (Bates #00383- #00396)

24. Notes and FBI 302 of contact with Lighty on May 6, 2003; (Bates #00397- #00399)

25. Military records of Lorenzo Wilson, identification and airline ticket stubs (copy to Wilson's counsel only); (Bates #00400- #00473)

26. Grand jury testimony of James Flood (Copy to counsel for Flood only)(Bates #00474- #00548)

27. Photo List and three photographic lineups; the witness to whom Lighty and Wilson made incriminating statements identified each defendant as reflected on the photographic lineup.(Bates #00549 - #00554)

29. A photographic album containing individuals who were identified during the course of the investigation. This album was used with witnesses to see if they knew or recognized anyone. (Bates #00555- #00593)

With reference to the lineups listed as Item 27, the photographic lineups containing the picture of Lighty and Flood were shown to the eyewitness who failed to identify either Wilson or Lighty. In late 2003, the eyewitness was asked to go through the photo album to see if he recognized anyone. In addition to the victim, he identified the photograph of Lighty as looking like one of the two men who abducted the victim Hayes.

The government will be calling the medical examiner, the DNA analysts, and the firearms examiners as expert witnesses regarding their findings as set forth in their reports. Their qualifications will be provided when received.

˙. Please remember, we are providing, as a courtesy, material which is not discoverable under Rule 16, *Jencks*, *Giglio* or *Brady*. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should never be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

If you have any questions concerning discovery or the case in general please feel free to contact us.

Very truly yours,

Thomas M. DiBiagio
United States Attorney

By: _____

Deborah A. Johnston
Assistant United States Attorney

Enclosures