# Exhibit 1

## Hettleman, Jonathan K.

| | |
|---|---|
| **From:** | Rosenthal, Seth A. |
| **Sent:** | Friday, October 25, 2019 3:17 PM |
| **To:** | Wilkinson, Sandra (USAMD); Nazmy, Ellen (USAMD) |
| **Cc:** | 'Julie Brain (juliebrain1@yahoo.com)'; Tiffani Hurst; Hettleman, Jonathan K.; Justin Brown; Rosenthal, Seth A. |
| **Subject:** | RE: Court request (ECF No. 626) |

Thanks, Sandy.

We are fine giving you until December 20 to respond to the motion for evidentiary hearing. Given the holidays and what we gather from your email is at least the possibility that, in your response to the motion for evidentiary hearing, you will be raising procedural objections to aspects of our merits brief or "reply," we'd like to have until **January 31, 2020** to file our reply brief on the motion for evidentiary hearing.

Note that there are, in fact, no new claims or arguments in our merits brief/reply. Naturally, there is evidence and law in support of the claims we raised in our 2255 petition, as that is what the Court's scheduling orders and the 2255 Rules contemplate. But you won't find new claims or arguments there. That said, and as noted, if you wish to respond to the merits brief/reply separately from your response to the motion for evidentiary hearing, we would not object to such a separate response (though we would object to the government making any arguments not advanced in the response you filed last November) and would simply need to come up with mutually agreeable dates for both that separate response and a reply.  I hope that clarifies what I meant when I asked whether the government is planning to file a response to our Oct. 11 merits brief/reply.

**Seth A. Rosenthal | Venable LLP**
**t** 202.344.4741 | **f** 202.344.8300 | **m** 202.270.4241
600 Massachusetts Avenue, NW, Washington, DC 20001

SARosenthal@Venable.com | www.Venable.com

**From:** Wilkinson, Sandra (USAMD) <Sandra.Wilkinson@usdoj.gov>
**Sent:** Thursday, October 24, 2019 9:46 PM
**To:** Rosenthal, Seth A. <SARosenthal@Venable.com>; Nazmy, Ellen (USAMD) <Ellen.Nazmy@usdoj.gov>
**Cc:** 'Julie Brain (juliebrain1@yahoo.com)' <juliebrain1@yahoo.com>; Tiffani Hurst <Tiffani_Hurst@fd.org>; Hettleman, Jonathan K. <JKHettleman@Venable.com>; Justin Brown <brown@cjbrownlaw.com>
**Subject:** RE: Court request (ECF No. 626)

I have filled in blanks below in Red and added by questions in BOLD

a. Lighty's Supplementary Brief in Support of *Johnson* Claim i. Motion filed on August 23, 2019 (ECF No. 608).
ii. Opposition to be filed by November 26, 2019.1
iii. Reply due by  December 20, 2019.

b. Lighty's Motion for Evidentiary Hearing on His Amended Motion to Vacate
i. Motion filed on October 12, 2019 (ECF No. 622).
ii. Opposition to be filed by Dec 20.  **We are asking for additional time over the Nov 26 date because we had not yet seen your document that you refer to as a "Merits Brief" and your caption calls a Brief in Support of Amended Motion. The only pleadings envisioned by the Court's Order ECF 595 was a Reply to the Government's Response a Motion for Evidentiary Hearing.   Hence, this question confuses me:  "Otherwise,**

**is the government planning to file a response to the lengthy brief we filed on Oct. 11? If you decide you are going to file a response, we need to inform the court of a due date for both the response and our reply." To be clear: to the extent the 268 page document contains any claims/arguments OTHER than those in support of your Motion for Evidentiary Hearing, or in Reply to the Government's Response to the 2255 already briefed, we will move to strike it as the window on the 2255 claims are long since over. In other words we are objecting to you filing an "Amended" 2255 a year after we already responded to it.**

iii. Reply to Government's Response to Motion for Evidentiary Hearing to be filed within 14 days of the government's Response.

**From:** Rosenthal, Seth A. <SARosenthal@Venable.com>
**Sent:** Monday, October 21, 2019 12:52 PM
**To:** Wilkinson, Sandra (USAMD) <SWilkinson@usa.doj.gov>; Nazmy, Ellen (USAMD) <ENazmy@usa.doj.gov>
**Cc:** 'Julie Brain (juliebrain1@yahoo.com)' <juliebrain1@yahoo.com>; Tiffani Hurst <Tiffani_Hurst@fd.org>; Hettleman, Jonathan K. <JKHettleman@Venable.com>; Justin Brown <brown@cjbrownlaw.com>; Rosenthal, Seth A. <SARosenthal@Venable.com>
**Subject:** Court request (ECF No. 626)

Sandy, Ellen and Justin:

The court has asked for a little more info on the remaining briefing. This is how we see it:

- Johnson claim (Lighty/Flood): replies due Dec. 20 (if OK with Justin).

- Motion for evidentiary hearing (Lighty): I think the court missed your representation that your opposition would be due Nov. 26. If you still want to stick with Nov. 26, we would hope to file our reply by Dec. 20.

Otherwise, is the government planning to file a response to the lengthy brief we filed on Oct. 11? If you decide you are going to file a response, we need to inform the court of a due date for both the response and our reply.

Our status report is due next Monday, Oct. 28.

Thanks.

**Seth A. Rosenthal | Venable LLP**
**t** 202.344.4741 | **f** 202.344.8300 | **m** 202.270.4241
600 Massachusetts Avenue, NW, Washington, DC 20001

SARosenthal@Venable.com | www.Venable.com

*****************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*****************************************************************