**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Southern Division)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 8:03-CR-00457-PJM |
| *Respondent*, | ) | |
| | ) | Hon. Peter J. Messitte |
| v. | ) | |
| | ) | CAPITAL CASE |
| KENNETH JAMAL LIGHTY, | ) | |
| | ) | |
| *Petitioner.* | ) | |

**ORDER**

AND NOW, this 26th day of ___March___, 2021, it is hereby **ORDERED** that:

The District of Delaware Federal Public Defender shall be substituted by appointment of

the Middle District of Pennsylvania Federal Public Defender pursuant to 18 U.S.C. § 3599(a)(2)

to represent Petitioner in his Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

Conviction and Sentence of a Person in Federal Custody.

_____

Peter J. Messitte
United States District Judge