# IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND
### (Greenbelt Division)

UNITED STATES OF AMERICA,    )

             )   No. 8:03-CR-00457-PJM

         *Respondent,*    )

             )   Hon. Peter J. Messitte

   v.             )

             )   CAPITAL CASE

KENNETH JAMAL LIGHTY,    )

             )

        *Petitioner.*    )

## NOTICE OF APPEARANCE

Please enter the appearance of Leane Renée as court-appointed counsel for the petitioner in the above-captioned case.

I am a member in good standing of the bar of the highest state court of Maryland and I am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

Respectfully submitted,

Dated:  9 April 2021

Leane Renée
MD Bar # 9806240158
Asst. Federal Public Defender
Capital Habeas Unit
Federal Public Defender for the
  Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
717-782-3843
Leane_Renee@fd.org