**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 8:03-CR-00457-PJM |
| *Respondent*, ) | |
| ) | Hon. Peter J. Messitte |
| v. ) | |
| ) | CAPITAL CASE |
| KENNETH JAMAL LIGHTY, ) | |
| ) | |
| *Petitioner*. ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Beth Ann Muhlhauser as court-appointed counsel for the petitioner in the above-captioned case.

I am a member in good standing of the bar of the highest state court of Pennsylvania and I am familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court.

Respectfully submitted,

Dated: April 12, 2021

Beth Ann Muhlhauser
PA Bar # 74181
Asst. Federal Public Defender
Capital Habeas Unit
Federal Public Defender for the
Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
717-782-3843
Beth_Muhlhauser@fd.org