**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **V.** | * | **Criminal No. PJM-03-457** |
| | * | |
| **JAMES EVERETT FLOOD, III,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | ******** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

　　Please enter the appearance of Leah B. Grossi as counsel for the United States of America

for all purposes in the above-captioned case.


　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Erek L. Barron
　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　BY:___/s/_____
　　　　　　　　　　　　Leah B. Grossi
　　　　　　　　　　　　Assistant United States Attorney