

600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
**T** 202.344.4000  **F** 202.344.8300  www.Venable.com

Seth A. Rosenthal

**t:** 202.344.4741
f: 202.344.8300
sarosenthal@venable.com

October 12, 2022

Hon. Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

     RE: *United States v. Lighty et al.*, 8:03-cr-00457-PJM

Dear Judge Messitte:

     We are responding to the Court's recent notice requesting a status report on how the government and Defendant James Flood plan to move forward with Mr. Flood's claim in ECF Nos. 527 and 528 in the above-referenced matter. *See* ECF No. 661. Mr. Flood has since filed a motion to adopt all the submissions of our client, Defendant Kenneth Lighty, on the same claim. *See* ECF No. 662. In those submissions, Mr. Lighty argues that recent Supreme Court decisions require the Court to invalidate his three convictions under 18 U.S.C. § 924(c) and thus, under the plain terms of 28 U.S.C. § 2255(b), require the Court to "vacate and set the judgment aside" and hold a new sentencing hearing to "resentence him" before imposing a new judgment. *See* ECF Nos. 530, 608, 636 and 649.

     Although the Court's notice in ECF No. 661 is not directed at Mr. Lighty, Mr. Lighty requests that, if the Court entertains argument on Mr. Flood's claim in ECF Nos. 527, 528, and 662, undersigned counsel be permitted to participate in the proceedings, as the disposition of Mr. Flood's claim will necessarily affect the disposition of Mr. Lighty's claim in ECF Nos. 530, 608, 636 and 649.

     Thank you for your consideration.

               Sincerely,

               *Seth Rosenthal*

               *Julie Brain*



Hon. Peter J. Messitte
October 12, 2022
Page 2

*Beth Muhlhauser*
*Asst. Federal Public Defender*

*Leane Renée*
*Asst. Federal Public Defender*

cc: All Counsel of Record