## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KENNETH JAMAL LIGHTY,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | Civil No. **11-3563 PJM**<br>Cr. No. **03-457-PJM-1** |
| **JAMES EVERETT FLOOD, III,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | Civil No. **12-3065 PJM**<br>Cr. No. **03-457-PJM-3** |

## ORDER

Upon consideration of the Joint Status Report of Defendant Flood and the Government in the above-captioned case (ECF No. 666) and recent correspondence from counsel for Defendant Lighty (ECF No. 663), it is hereby **ORDERED** this $25$ day of October 2022 that filings related to Flood's Supplemental Motions to Vacate Conviction Under 28 U.S.C. § 2255 (ECF Nos. 527, 528, 662) and Lighty's Supplemental Amended Motions to Vacate Conviction Under 28 U.S.C. § 2255 (ECF Nos. 530, 607, 608, 636, 649) shall be filed as follows:

1

1. The Government shall file its response to Flood's Motion and a separate supplement to its response to Lighty's Motion (ECF No. 631) on or before December 5, 2022.

2. Defendants Lighty and Flood shall each file replies on or before January 19, 2023.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE