## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,                  *
                                           *
    *Plaintiff*,                              *
                                           *
                                           *       Case No. **03-cr-00457 PJM**
v.                                         *
                                           *
**KENNETH JAMAL LIGHTY**                   *
                                           *
    *Defendant*.

## ORDER

Having considered Kenneth Jamal Lighty's Motion for an Evidentiary Hearing (ECF No. 622), the Government's response thereto (ECF No. 640), and Lighty's Reply (ECF No. 642), it is, this 20 day of December 2022, for the reasons set forth in the accompanying Memorandum Opinion:

**ORDERED**

That Lighty's Motion for an Evidentiary Hearing (ECF No. 622) is **DENIED**.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE