**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | Criminal Action No. |
| v. | **:** | 8:03-cr-00457-PJM |
| | **:** | |
| **KENNETH JAMAL LIGHTY,** | **:** | |
| | **:** | |
| Defendant. | **:** | |

_____

**MOTION FOR LEAVE TO**
**<u>WITHDRAW APPEARANCE OF SETH A. ROSENTHAL</u>**

Pursuant to Local Rule 101.2.b, Defendant Kenneth Lighty respectfully moves this Court

to grant leave to Seth A. Rosenthal to withdraw his appearance as counsel of record in this matter.

Mr. Lighty continues to be represented by Julie Brain, who has represented him from the inception

of the ongoing proceedings under 28 U.S.C. § 2255, as well as Leane Renée, Beth Ann

Muhlhauser, and the Office of the Federal Public Defender for the Middle District of

Pennsylvania.

DATED: December 28, 2022                    Respectfully submitted,

/s/ Julie Brain
Julie Brian
Attorney at Law
916 S. 2nd Street
Philadelphia, PA 19106
Juliebrain1@yahoo.com
(276) 639-0417

/s/ Seth Rosenthal
Seth Rosenthal
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
SARosenthal@Venable.com
(202) 344-4741

1

/s/    Leane    Renée
Leane Renée
Beth Ann Muhlhauser
Capital Habeas Unit
Federal Public Defender for the
  Middle District of Pennsylvania
100 Chestnut Street, Third Floor
Harrisburg, PA 17101
Leane_Renee@fd.org
(717) 782-3843

## CERTIFICATE OF SERVICE

I CERTIFY that on this 28th day of December, 2022, a copy of this Motion for Leave to Withdraw the Appearance of Seth A. Rosenthal was served via CM/ECF on all counsel of record.

/s/ *Seth A. Rosenthal*

Seth A. Rosenthal

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(SOUTHERN DIVISION**)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | Criminal Action No. |
| v. | **:** | 8:03-cr-00457-PJM |
| | **:** | |
| **KENNETH LIGHTY,** | **:** | Greenbelt, Maryland |
| | **:** | |
| Defendant. | **:** | |

_____

### [PROPOSED] ORDER

Upon consideration of Defendant Kenneth Lighty's Motion for Leave to Withdraw the

Appearance of Seth A. Rosenthal, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**.

Date: _____                    _____
                                           Honorable Peter J. Messitte
                                           District Judge, United States District Court
                                           For the District of Maryland

1