**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | Criminal Action No. |
| v. | **:** | 8:03-cr-00457-PJM |
| | **:** | |
| **KENNETH LIGHTY,** | **:** | Greenbelt, Maryland |
| | **:** | |
| Defendant. | **:** | |

_____

**[PROPOSED] ORDER**

Upon consideration of Defendant Kenneth Lighty's Motion for Leave to Withdraw the

Appearance of Seth A. Rosenthal, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED**.


Date: _____           _____

Honorable Peter J. Messitte
District Judge, United States District Court
For the District of Maryland

1