### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (SOUTHERN DIVISION)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal Action No. |
| v. | : | 8:03-cr-00457-PJM |
| | : | |
| **KENNETH LIGHTY,** | : | Greenbelt, Maryland |
| | : | |
| Defendant. | : | |

[~~PROPOSED~~] ORDER

Upon consideration of Defendant Kenneth Lighty's Motion for Leave to Withdraw the

Appearance of Seth A. Rosenthal, it is hereby **ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

Date: 12/29/22

Honorable Peter J. Messitte
District Judge, United States District Court
For the District of Maryland