IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Crim. No. **03-457-PJM** |
| | * | Civil No. **12-3065-PJM** |
| KENNETH JAMAL LIGHTY, | * | |
| | * | |
| *Defendant.* | * | |

## ORDER

Having considered Defendant Kenneth Jamal Lighty's Amended Motion to Vacate, Set Aside, or Correct Sentence and for New Trial Pursuant to 28 U.S.C. § 2255 (ECF No. 451); Lighty's various amendments, supplements, and other briefs in support of his Motion (ECF Nos. 530, 608, 636, 649, 676); and the Government's opposition briefs thereto (ECF Nos. 631, 671), no hearing being necessary, it is, this _13_ day of April 2023, for the reasons stated in the accompanying Memorandum Opinion:

**ORDERED**

1. Lighty's "Motion to Vacate" (ECF Nos. 451, 530) is **GRANTED.**

2. The Court will **RESENTENCE** him on the remaining counts of conviction (Counts 1 and 2).

3. Chambers will contact counsel to schedule a resentencing hearing on a mutually convenient date.

**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**