**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **V.** | * | **CRIM. NO. 03-cr-00457-PJM** |
| | * | |
| **LIGHTY et al.,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | * | |
| | ******** | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of H. Gustavo Ruiz as counsel for the United States of America for all purposes in the above-captioned case.

Respectfully submitted,

Erek. L. Barron
United States Attorney

BY:___/s/_____
H. Gustavo Ruiz
Special Assistant United States Attorney