**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PJM-03-0457** |
| | * | |
| **KENNETH LIGHTY,** | * | **CIVIL NO. PJM-12-3065** |
| | * | |
| **Petitioner** | * | |
| | * | |

**...oOo...**

**GOVERNMENT'S WITHDRAWAL OF
NOTICE OF INTENTION TO SEEK THE DEATH PENALTY**

The United States of America, by undersigned counsel, hereby withdraws its previously filed notice of intent to seek the death penalty. ECF No. 48. The government will not be asking the court to impose the death penalty at resentencing.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:      _____/s/_____
Ellen E. Nazmy
Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 22, 2024, a copy of the foregoing a copy of the foregoing opposition was caused to be delivered via the CM/ECF system to all registered CM/ECF users.

By:   _____/s/_____
      Ellen E. Nazmy