

## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: LIGHTY, KENNETH JAMAL  38205-037

SEQUENCE: 01318853
Team Date: 01-11-2024

| | | | |
|---|---|---|---|
| Facility: | THA  TERRE HAUTE FCI | Proj. Rel. Date: | UNKNOWN |
| Name: | LIGHTY, KENNETH JAMAL | Proj. Rel. Mthd: | DEATH SENTENCE |
| Register No.: | **38205-037** | DNA Status: | THP02278 / 03-16-2011 |
| Age: | 41 | | |
| Date of Birth: | ▮▮▮▮▮▮ | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THP | SCU UNASSG | SCU UNASSIGNED | 03-18-2019 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| THP | ESL HAS | ENGLISH PROFICIENT | 05-01-2006 |
| THP | GED EARNED | GED EARNED IN BOP | 02-20-2008 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| THP SCU | C | BEGINNERS YOGA CLASS | 08-08-2023 | 09-15-2023 |
| THP SCU | C | SCU CROCHET CLASS | 09-03-2021 | 10-30-2021 |
| THP SCU | C | SCU COLORED PENCIL CLASS | 09-29-2020 | 12-18-2020 |
| THP SCU | C | SCU WATER COLOR PAINT CLASS | 07-19-2020 | 09-04-2020 |
| THP SCU | C | SCU WATER COLOR PAINT CLASS | 10-01-2019 | 12-06-2019 |
| THP SCU | C | INTRO TO CROCHET IN SCU | 08-15-2019 | 09-10-2019 |
| THP SCU | C | SCU WATER COLOR PAINT CLASS | 02-07-2019 | 03-22-2019 |
| THP SCU | C | SCU ABDOMINAL TECHNIQUES | 10-25-2018 | 12-12-2018 |
| THP SCU | C | SCU CHARCOAL PENCIL CLASS | 10-03-2018 | 12-04-2018 |
| THP SCU | C | INTRO TO CROCHET IN SCU | 07-07-2018 | 09-06-2018 |
| THP SCU | C | SCU COLORED PENCIL CLASS | 03-20-2018 | 06-12-2018 |
| THP SCU | C | ACE COMM DRIVER LIC WED 6:30 | 06-02-2014 | 07-28-2014 |
| THP SCU | C | ACE ORIGINS OF ANCIENT CIV/NEX | 03-01-2011 | 04-04-2011 |
| THP SCU | C | SCU GED | 06-22-2006 | 02-20-2008 |
| THP SCU | C | CLN JUST THE BASICS:WRITING | 06-06-2006 | 09-12-2006 |
| THP SCU | C | CLN GED PREP-SOCIAL STUDY | 06-06-2006 | 09-12-2006 |
| THP SCU | C | CLN GED PREP-SCIENCE | 06-06-2006 | 09-12-2006 |
| THP SCU | C | CLN LANGUAGE ARTS,READING | 06-06-2006 | 09-12-2006 |
| THP SCU | C | CLN GED PREP-MATH | 06-06-2006 | 09-12-2006 |
| THP SCU | C | CLN LANGUAGE ARTS,WRITING | 06-06-2006 | 09-12-2006 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-26-2006 |
| CARE1-MH | CARE1-MENTAL HEALTH | 07-06-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 01-08-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-26-2006 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-26-2006 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: LIGHTY, KENNETH JAMAL  38205-037

SEQUENCE: 01318853

Team Date: 01-11-2024

| Assignment | Description | Start |
|---|---|---|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 05-17-2006 |

### FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:** **PART**    **FINANC RESP-PARTICIPATES**    **Start: 07-19-2023**

| | | | |
|---|---|---|---|
| Inmate Decision: **AGREED** | **$25.00** | Frequency: **SINGLE** | |
| Payments past 6 months: **$50.00** | | Obligation Balance: **$5,353.12** | |

#### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $500.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***| | | |
| 2 | REST FV | $7,578.18 | $5,353.12 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 12-12-2023 | THP | PAYMENT | INSIDE PMT | $25.00 |
| | 09-13-2023 | THP | PAYMENT | INSIDE PMT | $25.00 |

### FRP Deposits

Trust Fund Deposits - Past 6 months:    $1,011.00        Payments commensurate ?   Y

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 11-08-2019 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 01-05-2024 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 01-05-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 01-05-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 07-01-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-05-2024 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-05-2024 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-05-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-05-2024 |
| N-MEDICL N | NEED - MEDICAL NO | 01-05-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-05-2024 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-05-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 01-05-2024 |
| N-WORK Y | NEED - WORK YES | 01-05-2024 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 01-05-2024 |

### Progress since last review

Inmate is currently listed as SCU Unassigned due to a limited number of work assignments in the SCU. Inmate has maintained clear conduct since last. Inmate has completed one educational program since last team.

### Next Program Review Goals

Enroll and complete an ACE course of your choice by next team.

### Long Term Goals

Compete Criminal Thinking by 01-2026.

### RRC/HC Placement

Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

does not apply due to sentence structure.



**Individualized Needs Plan - Program Review    (Inmate Copy)**

SEQUENCE: 01318853

Dept. of Justice / Federal Bureau of Prisons

Team Date: 01-11-2024

Plan is for inmate: LIGHTY, KENNETH JAMAL  38205-037

**Comments**

** No notes entered **



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: LIGHTY, KENNETH JAMAL  38205-037

SEQUENCE: 01318853

Team Date: 01-11-2024

Name:  LIGHTY, KENNETH JAMAL

Register No.:  **38205-037**

Age:  41

Date of Birth:  ▆▆▆▆▆▆

DNA Status:  THP02278 / 03-16-2011

_____

Inmate    (LIGHTY, KENNETH JAMAL. Register No.: 38205-037)

_____

Date

_____    _____

Unit Manager / Chairperson                          Case Manager

_____    _____

Date                                                            Date