```
  MXRA4                  INMATE DISCIPLINE DATA
PAGE 001          *    CHRONOLOGICAL DISCIPLINARY RECORD       *      07:49:05

REGISTER NO: 38205-037 NAME..: LIGHTY, KENNETH JAMAL
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-31-2024


-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3233055 - SANCTIONED INCIDENT DATE/TIME: 02-26-2019 0835
DHO HEARING DATE/TIME: 03-22-2019 0900          DHO REPT DEL: 04-18-2019 1710
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M INTRO SUBOXONE INTO THP VIA MAIL
                       I/M MADE NO COMMENT
   111  INTRODUCTION DRUGS/ALCOHOL - FREQ: 1 ATI: DDA
        DS        / 30 DAYS / CS
                  FROM: 03-22-2019  THRU: 04-20-2019
        COMP:    LAW:
        LP COMM   / 365 DAYS / CS
                  FROM: 03-22-2019  THRU: 03-20-2020
        COMP:    LAW:
        LP EMAIL  / 365 DAYS / CS
                  FROM: 03-22-2019  THRU: 03-20-2020
        COMP:    LAW:
        LP OTHER  / 30 DAYS / CS
                  FROM: 03-22-2019  THRU: 04-20-2019
        COMP:    LAW:    LOSS OF TV
        MON FINE  / 500.00 DOLLARS / CS
        COMP:    LAW:    BAL $6,135.71
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2964486 - SANCTIONED INCIDENT DATE/TIME: 03-20-2017 1000
DHO HEARING DATE/TIME: 04-19-2017 1100          DHO REPT DEL: 05-25-2017 1200
FACL/CHAIRPERSON.....: THP/J BRADLEY
APPEAL CASE NUMBER(S): 904913
REPORT REMARKS.......: 6.5 IN SHANK,22 BOOKS OF STAMPS, BROWN LEAFY SUB,
                       STINGER FOUND IN SINGLE CELL. I/M DENIES
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DS        / 30 DAYS / CS
        COMP:    LAW:
        LP COMM   / 180 DAYS / CS
        COMP:    LAW:
        LP EMAIL  / 180 DAYS / CS
        COMP:    LAW:    TO DETER FUTURE MISCONDUCT
        LP VISIT  / 180 DAYS / CS
        COMP:    LAW:
        MON FINE  / 500.00 DOLLARS / CS
        COMP:    LAW:    TO DETER FUTURE MISCONDUCT
   305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
        LP PHONE  / 90 DAYS / CS
        COMP:    LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

```
MXRA4                    INMATE DISCIPLINE DATA                01-31-2024
PAGE 002          *    CHRONOLOGICAL DISCIPLINARY RECORD    *    07:49:05


REGISTER NO: 38205-037 NAME..: LIGHTY, KENNETH JAMAL
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-31-2024


--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2872802 - SANCTIONED INCIDENT DATE/TIME: 07-14-2016 0730
DHO HEARING DATE/TIME: 01-19-2017 1400          DHO REPT DEL: 03-14-2017 1300
FACL/CHAIRPERSON.....: THP/J BRADLEY
REPORT REMARKS.......: I/M REMAINED SILENT. OFFICER FOUND IN I/M'S CELL
                       HOMEMADE WEAPON AND 1,600 STAMPS
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:
    305  POSSESSING UNAUTHORIZED ITEM - FREQ: 1
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2437785 - SANCTIONED INCIDENT DATE/TIME: 04-26-2013 1845
DHO HEARING DATE/TIME: 07-12-2013 1201
FACL/CHAIRPERSON.....: THP/GEORGE
REPORT REMARKS.......: POSSESSION OF HOMEMADE ALCOHAL
    113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP COMM    / 60 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 60 DAYS / CS
         COMP:    LAW:   ALL VISITS
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2443757 - SANCTIONED INCIDENT DATE/TIME: 05-11-2013 1430
DHO HEARING DATE/TIME: 07-12-2013 1200
FACL/CHAIRPERSON.....: THP/GEORGE
REPORT REMARKS.......: FOUGHT WITH ANOTHER INMATE USING HOMEMADE WEAPONS AND
                       HIS FIST
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DS         / 60 DAYS / CS
         COMP:    LAW:
         LP COMM    / 120 DAYS / CS
         COMP:    LAW:
    201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
         DS         / 30 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 120 DAYS / CS
         COMP:    LAW:   ALL VISITS




G0002       MORE PAGES TO FOLLOW . . .
```

```
MXRA4                  INMATE DISCIPLINE DATA                    01-31-2024
PAGE 003 OF 003 *    CHRONOLOGICAL DISCIPLINARY RECORD      *    07:49:05

REGISTER NO: 38205-037 NAME..: LIGHTY, KENNETH JAMAL
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 01-31-2024


----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2209657 - SANCTIONED INCIDENT DATE/TIME: 09-12-2011 1530
UDC HEARING DATE/TIME: 09-14-2011 1310
FACL/UDC/CHAIRPERSON.: THP/SCU/T. ROYER
REPORT REMARKS.......: INMATE MADE NO COMMENT TO THE UDC.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 15 DAYS / CS
        COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1995840 - SANCTIONED INCIDENT DATE/TIME: 03-27-2010 1828
UDC HEARING DATE/TIME: 03-30-2010 0905
FACL/UDC/CHAIRPERSON.: THP/SCU/SHOEMAKER
REPORT REMARKS.......: INMATE ADMITTED TO REFUSING TO GIVE THE TYPEWRITER TO
                       STAFF WHEN REQUESTED
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1585214 - SANCTIONED INCIDENT DATE/TIME: 04-05-2007 1700
DHO HEARING DATE/TIME: 07-09-2007 0830
FACL/CHAIRPERSON.....: THP/ALEXANDER
REPORT REMARKS.......: INMATE ADMITED GUILT.
   224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: D
        LP COMM    / 1 MONTHS / CS
        COMP:   LAW:
        LP PHONE   / 1 MONTHS / CS
        COMP:   LAW:
        LP VISIT   / 1 MONTHS / CS
        COMP:   LAW:
----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 1553566 - SANCTIONED INCIDENT DATE/TIME: 01-08-2007 2022
DHO HEARING DATE/TIME: 03-14-2007 1407
FACL/CHAIRPERSON.....: THP/J. TERRELL
REPORT REMARKS.......: INMATE DENIES THE CHARGE
   297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
        DS         / 21 DAYS / CS
        COMP:   LAW:
        LP COMM    / 90 DAYS / CS
        COMP:   LAW:
        LP PHONE   / 90 DAYS / CS
        COMP:   LAW:




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```