"APPROVED" THIS __28__ DAY
of. __May__, 20__24__.

*/s/*

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PJM-03-0457 |
| | * | |
| KENNETH LIGHTY, | * | CIVIL NO. PJM-12-3065 |
| | * | |
| Petitioner | * | |
| | * | |

...oOo...

## GOVERNMENT'S WITHDRAWAL OF
## NOTICE OF INTENTION TO SEEK THE DEATH PENALTY

The United States of America, by undersigned counsel, hereby withdraws its previously filed notice of intent to seek the death penalty. ECF No. 48. The government will not be asking the court to impose the death penalty at resentencing.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____

Ellen E. Nazmy
Assistant United States Attorney

1