**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **KENNETH LIGHTY, ET AL,** | * | **CRIMINAL NO. BAH-03-457** |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

**MOTION TO STRIKE APPEARANCE**

Madam Clerk:

Please strike the appearance of H. Gustavo Ruiz as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
H. Gustavo Ruiz
Assistant United States Attorney