**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **v.** | * | |
| | * | **CASE NO. BAH-03-457** |
| **KENNETH LIGHTY ET AL,** | * | |
| | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## ORDER

Upon the Motion to Strike the appearance of H. Gustavo Ruiz filed by the Government, it is ORDERED THIS _____ day of January 2025, that H. Gustavo Ruiz is withdrawn as counsel for the Government in the above captioned case.

_____
Honorable Brendan A. Hurson
United States District Court Judge